UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
SUSANNA MIRKIN and BORIS MIRKIN,
Individually and on behalf of all others
similarly situated,

                              Plaintiffs,                              JUDGMENT
                                                                  18-cv-2949-ARR-RER

            v.

XOOM ENERGY, LLC and
XOOM ENERGY NEW YORK, LLC,

                              Defendants.
------------------------------------------------------------ X

        An Opinion and Order of Honorable Allyne R. Ross, United States District Judge, having been filed on September 21, 2018, granting Xoom's motion to dismiss in its entirety; and directing the Clerk of Court to enter judgment and close this case; it is

        ORDERED and ADJUDGED that Xoom's motion to dismiss is granted in its entirety; and that this case is closed.

Dated: Brooklyn, NY                                                         Douglas C. Palmer
September 24, 2018                                                      Clerk of Court

                                                                                  By: /s/*Jalitza Poveda*
                                                                                       Deputy Clerk