# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

SUSANNA MIRKIN and BORIS MIRKIN,
Individually and on Behalf of All Others Similarly
Situated,

                             Plaintiffs,

v.

XOOM ENERGY, LLC and
XOOM ENERGY NEW YORK, LLC

                             Defendants.

Docket No. 18 Civ. 2949
Ross, J.

Second Circuit
Docket No. 18 Civ. 3138

## SECOND AMENDED NOTICE OF APPEAL

Notice of appeal is hereby given that Plaintiffs Susanna Mirkin and Boris Mirkin ("Plaintiffs") hereby appeal to the United States Court of Appeals for the Second Circuit from the Opinion and Order dated September 21, 2018 (ECF No. 24) granting Defendants, Xoom Energy, LLC and Xoom Energy New York, LLC's motion to dismiss Plaintiffs' complaint with prejudice, from the Opinion and Order dated November 2, 2018 (ECF No. 30) denying Plaintiffs' motion to alter or amend the judgment and denying Plaintiffs leave to amend their pleadings, *and, additionally, from the Opinion and Order dated December 6, 2018 (ECF No. 38) denying Plaintiffs' motion for reconsideration.*

Dated: December 13, 2018	Respectfully Submitted,

 /s/ Steven L. Wittels
Steven L. Wittels (SW-810)
J. Burkett McInturff (JM-4564)
Tiasha Palikovic (TP-5697)

WITTELS LAW, P.C.
18 Half Mile Road
Armonk, New York 10504
Telephone: (914) 319-9945
Facsimile: (914) 273-2563
slw@wittelslaw.com
jbm@wittelslaw.com
tpalikovic@wittelslaw.com

*Lead Counsel for Plaintiffs and the Class*


Daniel Hymowitz
HYMOWITZ LAW GROUP, PLLC
1629 Sheepshead Bay Road
Brooklyn, NY 11235
Telephone: (718) 807-9900
Facsimile: (866) 521-6040
daniel@hymowitzlaw.com

Andrey Belenky
Dmitry Kheyfits
KHEYFITS BELENKY LLP
1140 Avenue of the Americas, 9th Floor
New York, NY 10036
Phone: (212) 203-5399
Facsimile: (212) 203-6445
abelenky@kblit.com
dkheyfits@kblit.com

*Co-Counsel for Plaintiffs and the Class*

## **CERTIFICATE OF SERVICE**

I certify that I caused Plaintiffs' Second Amended Notice of Appeal to be served on all parties and counsel of record, as identified below, by filing it with this Court's ECF system on December 13, 2018.

/s/ Steven L. Wittels
Steven L. Wittels