# EXHIBIT 4



**Received**
05/12/22 02:10 pm

**Filed**
05/12/22

Boris A. Mirkin & Susanna Mirkin,

    Petitioners

v.

Commissioner of Internal Revenue

    Respondent

Electronically Filed
Docket No. 4565-21S

# Motion for Continuance

Certificate of Service

**SERVED 05/12/22**

## UNITED STATES TAX COURT

| | |
|---|---|
| BORIS A. MIRKIN & SUSANNA MIRKIN, | ) ) ) |
| Petitioners, | ) ) |
| v. | ) Docket No. 4565-21S ) |
| COMMISSIONER OF INTERNAL REVENUE, | ) Filed Electronically ) |
| Respondent. | ) |

## MOTION FOR CONTINUANCE OF TRIAL

RESPONDENT MOVES, pursuant to the provisions of Tax Court Rule 133, that the Court remove this case from the trial session of the Court scheduled to commence at New York City, New York, on June 13, 2022, and restore the case to the general trial docket.

IN SUPPORT THEREOF, respondent respectfully states:

1. Respondent issued the notice of deficiency dated December 21, 2020, to petitioners for tax years 2017 and 2018. In the notice of deficiency for tax years 2017 and 2018, respondent proposed deficiencies in income tax in the amounts of $20,648 and $20,078, respectively. Respondent further proposed in the notice of deficiency for tax years 2017 and 2018 accuracy-related penalties pursuant to I.R.C. § 6662(a) in the amounts of $4,129.60 and $4,015.60, respectively.

2. The petition in the above-entitled case was filed on February 16, 2021.

Docket No. 4565-21S                                    2

3. Respondent filed his answer on June 11, 2021. Thereafter, this case was transferred to respondent's Independent Office of Appeals for consideration.

4. However, a basis for settlement was not reached and this case was transferred to counsel for respondent for trial preparation.

5. On March 21, 2022, petitioners filed a duplicate petition for tax years 2017 and 2018, bearing the Docket No. 5516-22S. On May 9, 2022, respondent filed a Motion to Dismiss on the Grounds of Duplication, with no objections from the petitioners.

6. On May 5, 2022, the undersigned was advised that petitioner Susanna Mirkin intends to submit a Form 8857, Request for Innocent Spouse Relief ("Form 8857") for the tax years at issue. The undersigned was further advised that petitioner Boris Mirkin intends to submit additional information.

7. The parties are currently in the process of exchanging further information.

8. Continuing this case will conserve the resources of the Court and the parties since the additional time will afford respondent an opportunity to see if a basis for settlement can be reached.

9. This case has not been on a prior Tax Court calendar.

10. On May 5, 2022, respondent was advised that petitioners do not object

Docket No. 4565-21S 3

to the granting of this motion.

    WHEREFORE, it is prayed that this motion be granted.

                                        DRITA TONUZI
                                        Deputy Chief Counsel (Operations)
                                        Internal Revenue Service



Date: 05/12/2022            By: _____
                                        MEHRIN BAKHT
                                        Attorney, Area 1 Long Island 1
                                        (Small Business/Self Employed)
                                        Tax Court Bar No. BM0939
                                        1600 Stewart Ave.
                                        Suite 601
                                        Westbury, NY 11590-6696
                                        Telephone: 516-688-1745
                                        mehrin.bakht@irscounsel.treas.gov

OF COUNSEL:
JOSEPH W. SPIRES
Division Counsel
(Small Business/Self Employed)
MICHAEL R. FIORE
Area Counsel, Area 1
(Small Business/Self Employed)
JOHN M. JANUSZ
Acting Associate Area Counsel, Area 1 Long Island 1
(Small Business/Self Employed)

Docket No. 4565-21S

# CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing MOTION FOR CONTINUANCE OF TRIAL was served on petitioners by mailing the same on    05/12/2022    in a postage paid wrapper addressed as follows:

>   Boris A. Mirkin and Susanna Mirkin
>   1677 East 34th Street
>   Brooklyn, NY 11234

Date:  05/12/2022

_MBakht_
_____
MEHRIN BAKHT
Attorney,  Area 1 Long Island 1
(Small Business/Self Employed)
Tax Court Bar No. BM0939