UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Susanna Mirkin and Boris Mirkin, Individually and on Behalf of All Others Similarly Situated

    Plaintiff(s),

v.

XOOM Energy, LLC and XOOM Energy New York, LLC

    Defendant(s).

No. 18-Civ. 2949 (ARR)(RER)

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL *PRO HAC VICE***

---

I, **David Villarreal**, being duly sworn, hereby depose and say as follows:

1. I am a(n) **Associate** with the law firm of **McDowell Hetherington LLP**.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate(s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of **Texas, Wisconsin and Illinois**.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I **have not** been convicted of a felony. If you have, please describe facts and circumstances.
6. I **have not** been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: **N/A**
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case **No. 18-Civ.2949 (ARR)(RER)** for **Defendants XOOM Energy, LLC and XOOM Energy New York, LLC**

Date **01/10/2023**

Signature of Movant
Firm Name **McDowell Hetherington LLP**
Address **1001 Fannin St., Suite 2400, Houston, Texas 77002**

Email **david.villarreal@mhllp.com**
Phone **(713) 337-5580**

**NOTARIZED**

MARIA CEARLEY
Notary Public, State of Texas
Comm. Expires 01-21-2023
Notary ID 5218007