UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SUSANNA MIRKIN, et al

XOOM ENERGY, LLC, et al
-----------------------------------------------------------X

Class Action No. 18-2949

NOTICE OF MOTION
TO ADMIT COUNSEL
PRO HAC VICE

TO: Steven D. Cohen
Wittels McInturff Palikovic
18 Half Mile Road
Armonk, NY 10504
sdc@wittleslaw.com

PLEASE TAKE NOTICE that upon the annexed affidavit of movant in support of this motion and the Certificate(s) of Good Standing annexed thereto, I __James Chambers__ will move this Court pursuant to Rule 1.3(c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an order allowing the admission of movant, a member of the firm of __McDowell Hetherington LLP__ and a member in good standing of the bar(s) of the State(s) of __Texas and Tennessee__, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for __Xoom Energy, LLC and Xoom Energy New York, LLC__. There are no pending disciplinary proceedings against me in any state or federal court. (If there are any disciplinary proceedings, describe them.)

Dated: 01/10/2023

Respectfully submitted,

[signature]

Signature of Movant
Firm Name  McDowell Hetherington LLP
Address  1000 Ballpark Way, Suite 209
         Arlington, Texas 76011
Email  james.chambers@mhllp.com
Phone  (817) 635-7300