UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

Susanna Mirkin and Boris Mirkin, Individually and on Behalf of All Others Similarly Situated

    Plaintiff(s),

v.

Xoom Energy, LLC and Xoom Energy New York, LLC

    Defendant(s).

No. 18-Civ.2949 (ARR)(RER)

**AFFIDAVIT IN SUPPORT OF MOTION TO ADMIT COUNSEL PRO HAC VICE**

---

I, __James Chambers__, being duly sworn, hereby depose and say as follows:

1. I am a(n) __Associate__ with the law firm of __McDowell Hetherington LLP__.
2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-captioned matter.
3. As shown in the Certificate)s) of Good Standing annexed hereto, I am a member in good standing of the bar of the state(s) of __Texas and Tennessee__.
4. There are no pending disciplinary proceedings against me in any state or federal court
5. I __have not__ been convicted of a felony. If you have, please describe facts and circumstances.
6. I __have not__ been censured, suspended, disbarred or denied admission or readmission by any court. If you have, please describe facts and circumstances.
7. Attorney Registration Number(s) if applicable: __N/A__
8. Wherefore, your affiant respectfully submits that s/he be permitted to appear as counsel and advocate *pro hac vice* in case __No. 18-Civ-2949 (ARR)(RER)__ for __Defendants XOOM Energy, LLC and XOOM Energy New York, LLC__

Date __01/10/2023__

Signature of Movant
Firm Name __McDowell Hetherington LLP__
Address __1000 Ballpark Way, Suite 209__
__Arlington, Texas 76011__
Email __james.chambers@mhllp.com__
Phone __(817) 631-7561__

**NOTARIZED**

MARIA CEARLEY
Notary Public, State of Texas
Comm. Expires 01-21-2023
Notary ID 5218007