AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Susanna Mirkin and Boris Mirkin | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 18- Civ. 2949 (ARR) (RER) |
| XOOM Energy, LLC; XOOM Energy New York, LLC | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

XOOM Energy, LLC and XOOM Energy New York, LLC    .

Date:   01/13/2023

/s/ David L. Villarreal
*Attorney's signature*

David L. Villarreal Texas Bar No. 24095434
*Printed name and bar number*

McDowell Hetherington LLP
1001 Fannin Street, Suite 2400
Houston, Texas 77002

*Address*

david.villarreal@mhllp.com
*E-mail address*

(713) 337-5580
*Telephone number*

(713) 337-8850
*FAX number*