AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Susanna Mirkin and Boris Mirkin ) | | |
| *Plaintiff* ) | | |
| v. ) | Case No. | 18- Civ. 2949 (ARR) (RER) |
| XOOM Energy, LLC; XOOM Energy New York, LLC ) | | |
| *Defendant* ) | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

XOOM Energy, LLC and XOOM Energy New York, LLC.

Date: 01/13/2023

/s/ James M. Chambers
*Attorney's signature*

James M. Chambers Texas Bar No. 24092240
*Printed name and bar number*

McDowell Hetherington LLP
1000 Ballpark Way, Suite 209
Arlington, Texas 76011
*Address*

james.chambers@mhllp.com
*E-mail address*

(817) 635-7300
*Telephone number*

(817) 635-7308
*FAX number*