

March 10, 2023

**<u>Via ECF</u>**
The Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:     <u>*Mirkin, et al. v. XOOM Energy, LLC, et al.*</u>, No. 18 Civ. 2949 (ARR) (RER)

Dear Judge Ross,

We write on behalf of Plaintiffs and the Proposed Class pursuant to Your Honor's Individual Rule I.E., with Defendants' consent, to request a modest one-week extension of Plaintiffs' deadline for Plaintiffs' Reply in Support of Class Certification ("Reply").

The reason for this request is that due to unanticipated work conflicts and the unscheduled absence of a key team member, Plaintiffs' counsel require additional time to adequately prepare our Reply.

In accordance with Your Honor's Individual Rule I.E., the current deadline for Plaintiffs' Reply is March 17, 2023.  Plaintiffs seek a 1-week extension to March 24, 2023.

This is Plaintiffs' first request to extend the deadline for the Reply, and Defendants consent.  No other scheduled dates are affected by this request.

Thank you for the Court's consideration of this request.

                                                                  Respectfully Submitted

                                                                /s/ Ethan D. Roman
                                                                    Ethan D. Roman

                                                               *Counsel for Plaintiffs and the Proposed Class*

cc: All Counsel of Record (*via ECF*)