# Exhibit 18

**Confidential. Filed Under Seal.**