# Exhibit 19

**Confidential. Filed Under Seal.**