# Exhibit 24

**Confidential. Filed Under Seal.**