# Exhibit 26

**Confidential. Filed Under Seal.**