# Exhibit 28

```
 1
 2   UNITED STATES DISTRICT COURT
 3   EASTERN DISTRICT OF NEW YORK
 4   No. 18 Civ. 2949(ARR)(RER)
     - - - - - - - - - - - - - - - - - - - -x
 5
     SUSANNA MIRKIN and BORIS MIRKIN,
 6   Individually and on Behalf of All Others
     Similarly Situated,
 7
                    Plaintiffs,
 8
            -against-
 9
     XOOM ENERGY, LLC AND XOOM ENERGY
10   NEW YORK, LLC,
11              Defendants.
12   - - - - - - - - - - - - - - - - - - - -x
13
        16 Court Street
14      Brooklyn, New York 11241
15
        August 30, 2022
16      10:21 a.m.
17
        DEPOSITION of SUSANNA MIRKIN (REDACTED),
18
19   a Plaintiff in the above-entitled action,
20   held at the above time and place, taken
21   before SAMUEL HITTIN, a Shorthand Reporter
22   and Notary Public of the State of New
23   York, pursuant to the Federal Rules of
24   Civil Procedure, order and stipulations
25   between Counsel.
```

Page 1

```
 1                  S. MIRKIN
 2       A.    I'm not sure.  He takes care of
 3   all the bills, so I'm not sure.
 4       Q.    Okay.  Okay.  And you personally
 5   don't know anything about the natural gas
 6   rates that XOOM charged in New York since
 7   it entered the market here, correct?
 8       A.    The gas?
 9       Q.    Yes, ma'am.
10       A.    No.
11       Q.    You said that your husband is
12   the one who takes care of the bills.  Is
13   he generally -- is it fair to say he's the
14   one who is generally in charge of energy
15   decisions in the house?
16       A.    Correct.
17       Q.    Does he consult with you about
18   retail energy decisions?
19       A.    Sure, we discuss it, but he
20   takes care of it at the end.
21       Q.    Okay.  Just help me understand
22   in a basic way how it works in your
23   household with respect to selecting energy
24   providers for electricity or natural gas.
25       A.    So he basically looks for the
```

Page 37

```
 1                  S. MIRKIN
 2   when I first heard about it.
 3        Q.    Why did he enroll under your
 4   name?
 5        A.    To have something under my name,
 6   to have residential proof.
 7        Q.    Residential proof for you?
 8        A.    Yes.
 9        Q.    Did you need that for
10   employment?
11        A.    For employment.
12        Q.    I see.
13              At the time, did you understand
14   that the rate that you were enrolling with
15   XOOM was a rate that could vary from month
16   to month?
17        A.    My husband probably did, but it
18   wasn't in my understanding.  When we
19   applied, he told me it was the lowest
20   rate, and I agreed, so he took care of the
21   rest.
22        Q.    You didn't have an understanding
23   as to whether the rate was fixed or
24   variable at the time?
25        A.    No.
```

Page 60

```
 1
 2            CERTIFICATION
 3
 4      I, Samuel Hittin, a Notary Public for
 5 and within the State of New York, do
 6 hereby certify:
 7      That the witness whose testimony as
 8 herein set forth, was duly sworn by me;
 9 and that the within transcript is a true
10 record of the testimony given by said
11 witness.
12      I further certify that I am not
13 related to any of the parties to this
14 action by blood or marriage, and that I am
15 in no way interested in the outcome of
16 this matter.
17      IN WITNESS WHEREOF, I have hereunto
18 set my hand this 6th day of September,
19 2022.
20
21            [signature]
22            SAMUEL HITTIN
23
24            *     *     *
25
```

Page 100