# Exhibit 29

**Confidential. Filed Under Seal.**