# Exhibit 31

**Confidential. Filed Under Seal.**