# MDM Declaration Exhibit A-01

**Confidential. Filed Under Seal.**