# MDM Declaration Exhibit A-02

**Confidential. Filed Under Seal.**