# MDM Declaration Exhibit A-08

**Confidential. Filed Under Seal.**