# MDM Declaration Exhibit A-09

**Confidential. Filed Under Seal.**