# MDM Declaration Exhibit A-10

**Confidential. Filed Under Seal.**