# MDM Declaration Exhibit A-11

**Confidential. Filed Under Seal.**