# MDM Declaration Exhibit A-12

**Confidential. Filed Under Seal.**