# MDM Declaration Exhibit A-13

**Confidential. Filed Under Seal.**