# Exhibit 12

**Confidential. Filed Under Seal.**