# Exhibit 24

```
 1
 2   UNITED STATES DISTRICT COURT
 3   EASTERN DISTRICT OF NEW YORK
 4   No. 18 Civ. 2949(ARR)(RER)
     - - - - - - - - - - - - - - - - - - - -x
 5
     SUSANNA MIRKIN and BORIS MIRKIN,
 6   Individually and on Behalf of All Others
     Similarly Situated,
 7
                    Plaintiffs,
 8
            -against-
 9
     XOOM ENERGY, LLC and XOOM ENERGY
10   NEW YORK, LLC,
11              Defendants.
12   - - - - - - - - - - - - - - - - - - - -x
13
        16 Court Street
14      Brooklyn, New York 11241
15      August 30, 2022
                                          1:28 PM
16
17      DEPOSITION of BORIS MIRKIN, a
18   Plaintiff in the above-entitled action,
19   held at the above time and place, taken
20   before SAMUEL HITTIN, a Shorthand Reporter
21   and Notary Public of the State of New
22   York, pursuant to the Federal Rules of
23   Civil Procedure, order and stipulations
24   between Counsel.
25              *     *     *
```

Page 1

```
 1                    B. MIRKIN
 2      Q.    And what was your degree in?
 3      A.    In computer science.
 4      Q.    Computer science.
 5            And what was the first job that
 6   you got after college?
 7      A.    I was fixing computers in
 8   Manhattan, in midtown Manhattan.  I don't
 9   remember the company name.
10      Q.    Okay.  About how long did you do
11   that?
12      A.    Until 2002, when I was laid
13   off -- downsized.
14      Q.    Understood.
15            And then what was the next job
16   you got after that?
17      A.    Then I applied to the police
18   academy.
19      Q.    And you became a New York police
20   officer?
21      A.    Yes.
22      Q.    Thank you for your service.
23            What is your -- I don't know.  I
24   guess -- I'm not -- I'm not that familiar
25   with the police service, but do you have a
```

Page 15

```
 1
 2           CERTIFICATION
 3
 4      I, Samuel Hittin, a Notary Public for
 5   and within the State of New York, do
 6   hereby certify:
 7      That the witness whose testimony as
 8   herein set forth, was duly sworn by me;
 9   and that the within transcript is a true
10   record of the testimony given by said
11   witness.
12      I further certify that I am not
13   related to any of the parties to this
14   action by blood or marriage, and that I am
15   in no way interested in the outcome of
16   this matter.
17      IN WITNESS WHEREOF, I have hereunto
18   set my hand this 6th day of September,
19   2022.
20
21                [signature]
22           SAMUEL HITTIN
23
24            *       *       *
25
```

Page 51