

April 5, 2023

**Via ECF**
The Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *Mirkin, et al. v. XOOM Energy, LLC, et al.*, No. 18 Civ. 2949 (ARR) (RER)

Dear Judge Ross,

We write on behalf of Plaintiffs and the Proposed Class pursuant to Your Honor's Individual Rule I.E., with Defendants' consent, to request a two-day extension of Plaintiffs' deadline for Plaintiffs' Opposition to Defendants' Motion for Summary Judgment ("Opposition").

The reason for this request is that due to unanticipated work conflicts and the upcoming Passover holiday, Plaintiffs' counsel require additional time to adequately prepare our Opposition.

In accordance with Your Honor's Individual Rule I.E., the current deadline for Plaintiffs' Opposition is April 12, 2023. Plaintiffs seek a two-day extension to April 14, 2023.

This is Plaintiffs' first request to extend the deadline for the Opposition, and Defendants consent. No other scheduled dates are affected by this request.

Thank you for the Court's consideration of this request.

                                                  Respectfully Submitted

                                                  /s/ Ethan D. Roman
                                                       Ethan D. Roman

                                                  *Counsel for Plaintiffs and the Proposed Class*

cc: All Counsel of Record (*via ECF*)