# MDM Declaration Exhibit A-03

**Confidential. Filed Under Seal.**