# MDM Declaration Exhibit A-04

**Confidential. Filed Under Seal.**