# MDM Declaration Exhibit A-05

**Confidential. Filed Under Seal.**