# MDM Declaration Exhibit A-06

**Confidential. Filed Under Seal.**