# MDM Declaration Exhibit A-14

**Confidential. Filed Under Seal.**