# MDM Declaration Exhibit A-15

**Confidential. Filed Under Seal.**