# MDM Declaration Exhibit A-18

Page 1 of 2



Energy Supply Account Statement

conEdison
a conEdison, Inc. company



PLAINTIFF'S EXHIBIT
1
8-30-22  SH

11/17/2017

666262379500037

SUSANNA MIRKIN
1677 E 34 ST PD
BROOKLYN NY 11234

1677 E 34 ST PD
BROOKLYN NY 11234

| Post Date | Type | Service | From Date | To Date | Amount | Action | ESCO Name |
|---|---|---|---|---|---|---|---|
| 5/12/2016 | BIL | E | 4/12/2016 | 5/11/2016 | $32.69 | | RELIANT ENERGY NE DBA NRG RETAIL SOLUTIO |
| 4/13/2016 | BIL | E | 3/14/2016 | 4/12/2016 | $30.87 | | RELIANT ENERGY NE DBA NRG RETAIL SOLUTIO |
| 3/15/2016 | BIL | E | 2/11/2016 | 3/14/2016 | $36.31 | | RELIANT ENERGY NE DBA NRG RETAIL SOLUTIO |
| 2/12/2016 | BIL | E | 1/12/2016 | 2/11/2016 | $34.50 | | RELIANT ENERGY NE DBA NRG RETAIL SOLUTIO |
| 1/13/2016 | BIL | E | 12/10/2015 | 1/12/2016 | $36.31 | | RELIANT ENERGY NE DBA NRG RETAIL SOLUTIO |
| 12/14/2015 | BIL | E | 11/9/2015 | 12/10/2015 | $36.31 | | RELIANT ENERGY NE DBA NRG RETAIL SOLUTIO |
| 11/10/2015 | BIL | E | 10/8/2015 | 11/9/2015 | $36.31 | | RELIANT ENERGY NE DBA NRG RETAIL SOLUTIO |
| 10/13/2015 | BIL | E | 9/10/2015 | 10/8/2015 | $50.84 | | RELIANT ENERGY NE DBA NRG RETAIL SOLUTIO |
| 9/11/2015 | BIL | E | 8/11/2015 | 9/10/2015 | $119.84 | | RELIANT ENERGY NE DBA NRG RETAIL SOLUTIO |
| 8/12/2015 | BIL | E | 7/13/2015 | 8/11/2015 | $101.68 | | RELIANT ENERGY NE DBA NRG RETAIL SOLUTIO |
| 7/14/2015 | BIL | E | 6/11/2015 | 7/13/2015 | $87.15 | | RELIANT ENERGY NE DBA NRG RETAIL SOLUTIO |
| 6/12/2015 | BIL | E | 5/12/2015 | 6/11/2015 | $33.50 | | RELIANT ENERGY NE DBA NRG RETAIL SOLUTIO |
| 5/13/2015 | BIL | E | 4/13/2015 | 5/12/2015 | $28.93 | | RELIANT ENERGY NE DBA NRG RETAIL SOLUTIO |
| 4/14/2015 | BIL | E | 3/13/2015 | 4/13/2015 | $30.50 | | RELIANT ENERGY NE DBA NRG RETAIL SOLUTIO |
| 3/16/2015 | BIL | E | 2/11/2015 | 3/13/2015 | $29.05 | | RELIANT ENERGY NE DBA NRG RETAIL SOLUTIO |
| 2/12/2015 | BIL | E | 1/12/2015 | 2/11/2015 | $29.05 | | RELIANT ENERGY NE DBA NRG RETAIL SOLUTIO |
| 1/13/2015 | BIL | E | 12/10/2014 | 1/12/2015 | $34.86 | | RELIANT ENERGY NE DBA NRG RETAIL SOLUTIO |
| 12/12/2014 | BIL | E | 11/7/2014 | 12/10/2014 | $39.22 | | RELIANT ENERGY NE DBA NRG RETAIL SOLUTIO |
| 11/10/2014 | BIL | E | 10/8/2014 | 11/7/2014 | $33.41 | | RELIANT ENERGY NE DBA NRG RETAIL SOLUTIO |
| 10/10/2014 | BIL | E | 9/10/2014 | 10/8/2014 | $36.31 | | RELIANT ENERGY NE DBA NRG RETAIL SOLUTIO |
| 9/11/2014 | BIL | E | 8/11/2014 | 9/10/2014 | $75.85 | | VIRIDIAN ENERGY NY LLC |
| 8/12/2014 | BIL | E | 7/11/2014 | 8/11/2014 | $77.50 | | VIRIDIAN ENERGY NY LLC |
| 7/14/2014 | BIL | E | 6/11/2014 | 7/11/2014 | $69.70 | | VIRIDIAN ENERGY NY LLC |
| 6/12/2014 | BIL | E | 5/12/2014 | 6/11/2014 | $24.27 | | VIRIDIAN ENERGY NY LLC |
| 5/13/2014 | BIL | E | 4/11/2014 | 5/12/2014 | $20.68 | | VIRIDIAN ENERGY NY LLC |
| 4/14/2014 | BIL | E | 3/13/2014 | 4/11/2014 | $18.88 | | VIRIDIAN ENERGY NY LLC |
| 3/14/2014 | BIL | E | 2/11/2014 | 3/13/2014 | $17.98 | | VIRIDIAN ENERGY NY LLC |
| 2/12/2014 | BIL | E | 1/10/2014 | 2/11/2014 | $22.48 | | VIRIDIAN ENERGY NY LLC |
| 1/13/2014 | BIL | E | 12/10/2013 | 1/10/2014 | $19.78 | | VIRIDIAN ENERGY NY LLC |
| 12/12/2013 | BIL | E | 11/7/2013 | 12/10/2013 | $23.37 | | VIRIDIAN ENERGY NY LLC |
| 11/8/2013 | BIL | E | 10/8/2013 | 11/7/2013 | $35.81 | | XOOM ENERGY NEW YORK LLC |
| 10/10/2013 | BIL | E | 9/10/2013 | 10/8/2013 | $41.41 | | XOOM ENERGY NEW YORK LLC |
| 9/11/2013 | BIL | E | 8/9/2013 | 9/10/2013 | $77.77 | | XOOM ENERGY NEW YORK LLC |
| 8/12/2013 | BIL | E | 7/11/2013 | 8/9/2013 | $120.38 | | XOOM ENERGY NEW YORK LLC |
| 7/12/2013 | BIL | E | 6/11/2013 | 7/11/2013 | $88.72 | | XOOM ENERGY NEW YORK LLC |

Mirkins_00061

http://intapps3.coned.com/CUBS4CSR/UserControls/PrintStatement.aspx

11/17/2017

Case 1:18-cv-02949-ARR-RER   Document 145-20   Filed 05/05/23   Page 3 of 3 PageID #: 4299

Page 2 of 2

| Date | Type | | Period Start | Period End | Amount | Supplier |
|---|---|---|---|---|---|---|
| 6/12/2013 | BIL | E | 5/10/2013 | 6/11/2013 | $34.76 | XOOM ENERGY NEW YORK LLC |
| 1/11/2013 | BIL | E | 12/10/2012 | 1/10/2013 | $24.58 | CITIZENS CHOICE ENERGY LLC |
| 12/12/2012 | BIL | E | 11/7/2012 | 12/10/2012 | $22.61 | CITIZENS CHOICE ENERGY LLC |
| 11/8/2012 | BIL | E | 10/9/2012 | 11/7/2012 | $19.38 | CITIZENS CHOICE ENERGY LLC |
| 10/11/2012 | BIL | E | 9/10/2012 | 10/9/2012 | $27.43 | CITIZENS CHOICE ENERGY LLC |
| 9/11/2012 | BIL | E | 8/9/2012 | 9/10/2012 | $100.34 | CITIZENS CHOICE ENERGY LLC |
| 7/13/2011 | BIL | E | 6/10/2011 | 7/12/2011 | $100.26 | ENERGY PLUS |
| 6/13/2011 | BIL | E | 5/11/2011 | 6/10/2011 | $74.86 | ENERGY PLUS |
| 5/12/2011 | BIL | E | 4/12/2011 | 5/11/2011 | $20.98 | ENERGY PLUS |

--%> **Legend:** **LPC**- Late Payment Charge | **BIL** - Bill | **CRD** - Credit | **DBT** - Debit | **PMT** - Payment



Mirkins_00062

http://intapps3.coned.com/CUBS4CSR/UserControls/PrintStatement.aspx     11/17/2017