# MDM Declaration Exhibit A-20

**Patti Kulesa**

**From:** noreply@xoomenergy.com
**Sent:** Wednesday, March 13, 2013 1:17 PM
**To:** Susanna Mirkin
**Subject:** XOOM Energy: New Customer Enrollment
**Attachments:** Terms and Conditions.pdf



## New Customer Enrollment

### Dear XOOM Energy Applicant,

Thank you for selecting **XOOM Energy**, your choice for energy service. We have received your request for service and are reviewing your enrollment application. Attached is a copy of your Terms and Conditions Statement. If you have not already done so, please print and keep a copy for your records. If you would like a copy sent to you via U.S. Mail, please contact Customer Care at 1-888-997-8979.

**Confirmation Number: 201303130453871**

## Billing Info

Susanna Mirkin
1677 E 34Th St
Brooklyn, NY 11234
**Phone:** 9179719319
**Email:** boruch@juno.com

## Service Info

**Utility Name:** Consolidated Edison (Electricity)
**Account Number:** 666262379500037
1677 E 34Th St
Brooklyn, NY 11234

## Rate Plan



1

XOOM_INIT_000004

**Plan**: SimpleFlex
**Price**: $0.08990/kWh
**Term**: Monthly
**No Monthly Fee**: $0.00

## What happens next?

Your enrollment application has been submitted. Once approved, you will receive a Welcome Email letting you know that your enrollment is accepted. Once accepted, your electricity service will be switched to XOOM Energy on your next meter read. The entire process may take 30-60 days depending on the rules of your local utility.

If you have any questions regarding your enrollment with XOOM Energy, please contact us toll-free at **1-888-997-8979**.

Thank you for choosing XOOM Energy.

Thank you for making a difference! Every time someone becomes a XOOM customer through ACN, a child gets fed.

PROJECT Feeding Kids



**Take control of your home's energy costs!**

With Vivint Home Security and Automation, save money by controlling your temperature, lights and small appliances from anywhere.

**Call to Learn More & Order: 877-479-1668**

The information contained in this message is intended only for the personal and confidential use of the recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately, and delete the original message.

© 2012 XOOM Energy, LLC.
XOOM Energy is an independent retail electricity and natural gas provider.
We are not affiliated with or endorsed by any local, municipal, state or federal agency.