# MDM Declaration Exhibit A-21

## 2013 Retail Power Marketers Sales- Residential

(Data from form EIA-861 schedule 4B)

| Entity | State | Ownership | Customers (Count) | Sales (Megawatthours) | Revenues (Thousands Dollars) | Average Price (cents/kWh) |
|---|---|---|---|---|---|---|
| 3 Phases Renewables | CA | Power Marketer | 109 | 968 | 55.7 | 5.75 |
| Commerce Energy, Inc. | CA | Power Marketer | 10,013 | 86,199 | 7,258.2 | 8.42 |
| Marin Energy Authority | CA | Power Marketer | 110,563 | 536,685 | 38,801.1 | 7.23 |
| Ambit Energy Holdings, LLC | CT | Power Marketer | 17,230 | 176,846 | 13,366.3 | 7.56 |
| Consolidated Edison Sol Inc | CT | Power Marketer | 32,850 | 433,114 | 33,394.0 | 7.71 |
| Direct Energy Services | CT | Power Marketer | 74,344 | 697,249 | 59,062.8 | 8.47 |
| Dominion Retail Inc | CT | Power Marketer | 59,855 | 620,995 | 51,320.0 | 8.26 |
| Energy Plus Holdings LLC | CT | Power Marketer | 20,243 | 214,202 | 27,643.0 | 12.91 |
| Energy Services Providers, Inc | CT | Power Marketer | 4,437 | 41,044 | 3,487.8 | 8.50 |
| Glacial Energy Holdings | CT | Power Marketer | 69 | 2,272 | 1,664.3 | 73.25 |
| HOP Energy, LLC | CT | Power Marketer | 4,563 | 40,990 | 3,563.0 | 8.69 |
| Independence Energy Group LLC | CT | Power Marketer | 1,021 | 8,375 | 1,074.9 | 12.83 |
| Integrys Energy Services, Inc. | CT | Power Marketer | 283 | 4,056 | 326.6 | 8.05 |
| Liberty Power Corp. | CT | Power Marketer | 2,958 | 12,860 | 1,111.0 | 8.64 |
| MxEnergy Electric, Inc. | CT | Power Marketer | 34,182 | 289,118 | 26,104.0 | 9.03 |
| Palmco Power CT, LLC | CT | Power Marketer | 6,989 | 37,603 | 4,969.0 | 13.21 |
| Public Power LLC (CT) | CT | Power Marketer | 97,207 | 884,521 | 90,735.0 | 10.26 |
| Spark Energy, LP | CT | Power Marketer | 12,002 | 151,791 | 14,581.8 | 9.61 |
| Viridian Energy LLC | CT | Power Marketer | 20,934 | 205,286 | 21,743.5 | 10.59 |
| XOOM Energy Connecticut, LLC | CT | Power Marketer | 6,693 | 57,007 | 5,100.4 | 8.95 |
| Ambit Energy Holdings, LLC | DC | Power Marketer | 195 | 443 | 37.1 | 8.37 |
| American Power Partners LLC | DC | Power Marketer | 133 | 118 | 10.5 | 8.90 |
| Constellation NewEnergy, Inc | DC | Power Marketer | 4,254 | 39,514 | 3,596.0 | 9.10 |
| NextEra Energy Services, LLC | DC | Power Marketer | 404 | 6,997 | 617.4 | 8.82 |
| Public Power LLC (CT) | DC | Power Marketer | 4,607 | 38,547 | 3,800.3 | 9.86 |
| Reliant Energy Northeast LLC | DC | Power Marketer | 230 | 2,146 | 188.0 | 8.76 |
| Stream Energy Columbia, LLC | DC | Power Marketer | 303 | 1,392 | 126.0 | 9.05 |
| Viridian Energy PA LLC | DC | Power Marketer | 185 | 1,607 | 130.7 | 8.13 |
| Washington Gas Energy Services | DC | Power Marketer | 6,390 | 65,702 | 5,836.0 | 8.88 |
| Ambit Energy Holdings, LLC | DE | Power Marketer | 1 | 3 | 0.3 | 10.00 |
| Commerce Energy, Inc. | DE | Power Marketer | 139 | 1,462 | 147.1 | 10.06 |
| Glacial Energy Holdings | DE | Power Marketer | 18 | 857 | 85.7 | 10.00 |
| NextEra Energy Services, LLC | DE | Power Marketer | 2,604 | 32,582 | 2,967.9 | 9.11 |
| Reliant Energy Northeast LLC | DE | Power Marketer | 331 | 4,040 | 375.8 | 9.30 |
| Viridian Energy PA LLC | DE | Power Marketer | 1,330 | 18,479 | 1,526.0 | 8.26 |
| Washington Gas Energy Services | DE | Power Marketer | 6,838 | 73,090 | 6,600.0 | 9.03 |
| XOOM Energy Delaware, LLC | DE | Power Marketer | 592 | 643 | 63.3 | 9.84 |
| AEP Energy | IL | Power Marketer | 2,950 | 25,604 | 1,597.6 | 6.24 |
| Ambit Energy Holdings, LLC | IL | Power Marketer | 30,826 | 299,556 | 17,966.3 | 6.00 |
| Champion Energy Services | IL | Power Marketer | 5,065 | 55,825 | 3,306.6 | 5.92 |
| Commerce Energy, Inc. | IL | Power Marketer | 13,794 | 103,815 | 8,069.0 | 7.77 |
| Constellation NewEnergy, Inc | IL | Power Marketer | 94,650 | 869,767 | 47,792.0 | 5.49 |
| Direct Energy Services | IL | Power Marketer | 147,195 | 1,584,408 | 88,797.0 | 5.60 |
| Dominion Retail Inc | IL | Power Marketer | 18,333 | 167,294 | 10,447.0 | 6.24 |
| Energy Plus Holdings LLC | IL | Power Marketer | 20,462 | 186,449 | 18,271.0 | 9.80 |
| Energy Services Providers, Inc | IL | Power Marketer | 14,265 | 105,181 | 7,985.7 | 7.59 |
| Entrust Energy | IL | Power Marketer | 4 | 5 | 0.3 | 6.00 |
| FTR Energy Services | IL | Power Marketer | 124 | 1,016 | 40.3 | 3.97 |
| FairPoint Energy LLC | IL | Power Marketer | 496 | 1,016 | 40.3 | 3.97 |
| First Energy Solutions Corp. | IL | Power Marketer | 583,044 | 5,298,409 | 254,598.0 | 4.81 |
| Green Mountain Energy Company | IL | Power Marketer | 21,584 | 67,082 | 4,635.9 | 6.91 |
| Homefield Energy | IL | Power Marketer | 175,986 | 3,886,214 | 166,226.0 | 4.28 |
| IDT Energy, Inc. | IL | Power Marketer | 1,860 | 1,996 | 119.0 | 5.96 |
| Independence Energy Group LLC | IL | Power Marketer | 14,749 | 103,666 | 10,594.0 | 10.22 |
| Integrys Energy Services, Inc. | IL | Power Marketer | 915,607 | 6,021,716 | 319,695.8 | 5.31 |
| Liberty Power Corp. | IL | Power Marketer | 75,722 | 363,959 | 24,559.0 | 6.75 |
| MC Squared Energy Services, LLC | IL | Power Marketer | 134,312 | 1,563,536 | 75,385.0 | 4.82 |
| MidAmerican Energy Co | IL | Investor Owned | 732 | 5,689 | 274.0 | 4.82 |
| Palmco Power IL, LLC | IL | Power Marketer | 6,083 | 33,856 | 2,578.0 | 7.61 |
| Plymouth Rock Energy, LLC | IL | Power Marketer | 662 | 1,305 | 86.5 | 6.63 |
| Public Power LLC (CT) | IL | Power Marketer | 19,683 | 161,292 | 12,920.3 | 8.01 |
| Reliant Energy Northeast LLC | IL | Power Marketer | 1,583 | 14,158 | 807.8 | 5.71 |
| Respond Power LLC | IL | Power Marketer | 1,113 | 7,169 | 572.0 | 7.98 |
| Spark Energy, LP | IL | Power Marketer | 45,070 | 363,876 | 28,811.0 | 7.92 |
| Viridian Energy PA LLC | IL | Power Marketer | 24,287 | 206,834 | 15,998.8 | 7.74 |
| XOOM Energy Illinois, LLC | IL | Power Marketer | 12,665 | 95,266 | 7,405.7 | 7.77 |
| Consolidated Edison Sol Inc | MA | Power Marketer | 143,628 | 1,069,550 | 83,427.0 | 7.80 |
| Direct Energy Services | MA | Power Marketer | 28,182 | 250,284 | 23,417.3 | 9.36 |

## 2013 Retail Power Marketers Sales- Residential

(Data from form EIA-861 schedule 4B)

| Entity | State | Ownership | Customers (Count) | Sales (Megawatthours) | Revenues (Thousands Dollars) | Average Price (cents/kWh) |
|---|---|---|---|---|---|---|
| Dominion Retail Inc | MA | Power Marketer | 98,499 | 830,260 | 72,095.0 | 8.68 |
| Energy Plus Holdings LLC | MA | Power Marketer | 9,756 | 77,695 | 8,401.0 | 10.81 |
| Energy Services Providers, Inc | MA | Power Marketer | 4,958 | 35,496 | 3,059.1 | 8.62 |
| Glacial Energy Holdings | MA | Power Marketer | 762 | 14,313 | 2,029.1 | 14.18 |
| HOP Energy, LLC | MA | Power Marketer | 1 | 7 | 0.5 | 7.14 |
| Hudson Energy Services | MA | Power Marketer | 158 | 6,751 | 467.1 | 6.92 |
| Integrys Energy Services, Inc. | MA | Power Marketer | 91 | 1,382 | 105.7 | 7.65 |
| Just Energy | MA | Power Marketer | 68,383 | 507,074 | 47,811.2 | 9.43 |
| Liberty Power Corp. | MA | Power Marketer | 1 | 9 | 0.6 | 6.67 |
| MxEnergy Electric, Inc. | MA | Power Marketer | 8,842 | 69,269 | 6,499.0 | 9.38 |
| Public Power LLC (CT) | MA | Power Marketer | 4,801 | 32,883 | 2,567.1 | 7.81 |
| Reliant Energy Northeast LLC | MA | Power Marketer | 1,723 | 14,634 | 1,046.2 | 7.15 |
| Spark Energy, LP | MA | Power Marketer | 11 | 110 | 10.9 | 9.91 |
| Viridian Energy LLC | MA | Power Marketer | 16,991 | 146,961 | 13,378.3 | 9.10 |
| XOOM Energy Massachusetts, LLC | MA | Power Marketer | 3,842 | 31,569 | 3,437.6 | 10.89 |
| AP Holdings LLC | MD | Power Marketer | 1,135 | 1,286 | 54.0 | 4.20 |
| Ambit Energy Holdings, LLC | MD | Power Marketer | 19,486 | 264,456 | 22,865.6 | 8.65 |
| American Power Partners LLC | MD | Power Marketer | 6,479 | 65,210 | 5,922.8 | 9.08 |
| Commerce Energy, Inc. | MD | Power Marketer | 15,157 | 161,004 | 14,913.3 | 9.26 |
| Consolidated Edison Sol Inc | MD | Power Marketer | 7,215 | 96,099 | 7,431.0 | 7.73 |
| Direct Energy Services | MD | Power Marketer | 37,905 | 441,349 | 42,680.6 | 9.67 |
| Dominion Retail Inc | MD | Power Marketer | 28,432 | 393,963 | 34,265.0 | 8.70 |
| Energy Plus Holdings LLC | MD | Power Marketer | 14,857 | 202,065 | 25,536.0 | 12.64 |
| Energy Services Providers, Inc | MD | Power Marketer | 2,578 | 28,676 | 2,665.2 | 9.29 |
| Entrust Energy | MD | Power Marketer | 1,537 | 1,973 | 199.9 | 10.13 |
| First Energy Solutions Corp. | MD | Power Marketer | 8,254 | 136,909 | 8,360.2 | 6.11 |
| Glacial Energy Holdings | MD | Power Marketer | 2 | 314 | 33.9 | 10.80 |
| Green Mountain Energy Company | MD | Power Marketer | 1,358 | 4,857 | 482.5 | 9.93 |
| IDT Energy, Inc. | MD | Power Marketer | 17,876 | 126,984 | 12,642.0 | 9.96 |
| Liberty Power Corp. | MD | Power Marketer | 10,336 | 39,673 | 3,890.0 | 9.81 |
| MidAmerican Energy Co | MD | Investor Owned | 25 | 411 | 31.0 | 7.54 |
| MxEnergy Electric, Inc. | MD | Power Marketer | 189,536 | 1,434,307 | 128,175.0 | 8.94 |
| NextEra Energy Services, LLC | MD | Power Marketer | 295 | 6,144 | 518.9 | 8.45 |
| Palmco Power MD, LLC | MD | Power Marketer | 9,411 | 78,045 | 10,157.0 | 13.01 |
| Plymouth Rock Energy, LLC | MD | Power Marketer | 326 | 586 | 56.4 | 9.62 |
| Public Power & Utility of Maryland, LLC | MD | Power Marketer | 21,489 | 247,999 | 27,264.9 | 10.99 |
| Reliant Energy Northeast LLC | MD | Power Marketer | 436 | 7,196 | 571.5 | 7.94 |
| Respond Power LLC | MD | Power Marketer | 7,015 | 54,709 | 5,411.0 | 9.89 |
| Spark Energy, LP | MD | Power Marketer | 8,524 | 45,108 | 5,170.8 | 11.46 |
| Stream Energy Maryland, LLC | MD | Power Marketer | 13,556 | 183,302 | 16,951.0 | 9.25 |
| Viridian Energy PA LLC | MD | Power Marketer | 14,844 | 201,813 | 21,302.8 | 10.56 |
| Washington Gas Energy Services | MD | Power Marketer | 88,713 | 1,092,845 | 91,169.0 | 8.34 |
| XOOM Energy Maryland, LLC | MD | Power Marketer | 14,429 | 157,469 | 16,099.4 | 10.22 |
| C. N. Brown Electricity, LLC | ME | Power Marketer | 902 | 6,624 | 450.5 | 6.80 |
| CECG Maine, LLC | ME | Power Marketer | 125,006 | 749,511 | 48,323.0 | 6.45 |
| Competitive Energy Services, L | ME | Power Marketer | 12 | 7 | 0.8 | 11.43 |
| Electricity Maine, LLC | ME | Power Marketer | 136,796 | 1,089,714 | 76,973.2 | 7.06 |
| FairPoint Energy LLC | ME | Power Marketer | 12,853 | 85,145 | 6,526.4 | 7.67 |
| Glacial Energy Holdings | ME | Power Marketer | 317 | 4,011 | 405.0 | 10.10 |
| Integrys Energy Services, Inc. | ME | Power Marketer | 207 | 2,109 | 144.8 | 6.87 |
| NEPM II | ME | Power Marketer | 157,113 | 947,193 | 70,247.0 | 7.42 |
| New Brunswick Power Generation Corp. | ME | Power Marketer | 484,102 | 1,878,285 | 117,318.9 | 6.25 |
| XOOM Energy Maine, LLC | ME | Power Marketer | 73 | 33 | 0.2 | 0.61 |
| Electricity NH, LLC d/b/a ENH Power, LLC | NH | Power Marketer | 38,207 | 339,994 | 24,501.3 | 7.21 |
| FairPoint Energy LLC | NH | Power Marketer | 9,452 | 63,867 | 5,767.2 | 9.03 |
| Glacial Energy Holdings | NH | Power Marketer | 1,468 | 10,696 | 791.0 | 7.40 |
| Integrys Energy Services, Inc. | NH | Power Marketer | 480 | 3,122 | 227.8 | 7.30 |
| PNE Energy Supply LLC | NH | Power Marketer | 753 | 12,394 | 927.0 | 7.48 |
| XOOM Energy New Hampshire, LLC | NH | Power Marketer | 81 | 51 | 4.3 | 8.43 |
| AEP Energy | NJ | Power Marketer | 86 | 153 | 14.7 | 9.61 |
| AP Holdings LLC | NJ | Power Marketer | 468 | 4,110 | 195.0 | 4.74 |
| Ambit Energy Holdings, LLC | NJ | Power Marketer | 33,175 | 363,243 | 32,612.5 | 8.98 |
| Champion Energy Services | NJ | Power Marketer | 555 | 4,338 | 469.0 | 10.81 |
| Commerce Energy, Inc. | NJ | Power Marketer | 7,936 | 71,163 | 7,223.4 | 10.15 |
| Consolidated Edison Sol Inc | NJ | Power Marketer | 1,769 | 26,240 | 1,676.0 | 6.39 |
| Constellation NewEnergy, Inc | NJ | Power Marketer | 22,695 | 183,554 | 19,800.0 | 10.79 |
| Direct Energy Services | NJ | Power Marketer | 55,109 | 555,118 | 62,080.5 | 11.18 |
| Dominion Retail Inc | NJ | Power Marketer | 21,749 | 221,236 | 21,154.0 | 9.56 |

## 2013 Retail Power Marketers Sales- Residential

(Data from form EIA-861 schedule 4B)

| Entity | State | Ownership | Customers (Count) | Sales (Megawatthours) | Revenues (Thousands Dollars) | Average Price (cents/kWh) |
|---|---|---|---:|---:|---:|---:|
| Energy Plus Holdings LLC | NJ | Power Marketer | 34,230 | 341,980 | 45,814.0 | 13.40 |
| Energy Services Providers, Inc | NJ | Power Marketer | 8,672 | 80,268 | 9,327.7 | 11.62 |
| Glacial Energy Holdings | NJ | Power Marketer | 65 | 999 | 105.3 | 10.54 |
| HOP Energy, LLC | NJ | Power Marketer | 148 | 1,111 | 111.5 | 10.04 |
| Hudson Energy Services | NJ | Power Marketer | 22 | 914 | 85.2 | 9.32 |
| IDT Energy, Inc. | NJ | Power Marketer | 11,658 | 85,418 | 10,038.0 | 11.75 |
| Independence Energy Group LLC | NJ | Power Marketer | 551 | 4,981 | 760.0 | 15.26 |
| Integrys Energy Services, Inc. | NJ | Power Marketer | 3 | 62 | 5.2 | 8.39 |
| Liberty Power Corp. | NJ | Power Marketer | 3,424 | 11,096 | 1,279.0 | 11.53 |
| MxEnergy Electric, Inc. | NJ | Power Marketer | 5,984 | 47,355 | 5,015.0 | 10.59 |
| NextEra Energy Services, LLC | NJ | Power Marketer | 4,304 | 41,366 | 3,656.6 | 8.84 |
| Palmco Power NJ, LLC | NJ | Power Marketer | 26,598 | 154,202 | 21,783.0 | 14.13 |
| Plymouth Rock Energy, LLC | NJ | Power Marketer | 6,696 | 41,154 | 4,053.2 | 9.85 |
| Public Power & Utility - New Jersey | NJ | Power Marketer | 20,647 | 183,971 | 22,441.0 | 12.20 |
| Reliant Energy Northeast LLC | NJ | Power Marketer | 668 | 7,749 | 689.2 | 8.89 |
| Respond Power LLC | NJ | Power Marketer | 4,509 | 9,936 | 1,062.0 | 10.69 |
| Spark Energy, LP | NJ | Power Marketer | 3,632 | 27,090 | 4,006.2 | 14.79 |
| Stream Energy New Jersey, LLC | NJ | Power Marketer | 28,098 | 262,756 | 26,264.0 | 10.00 |
| TriEagle Energy, L.P. | NJ | Power Marketer | 6 | 78 | 7.3 | 9.36 |
| Viridian Energy PA LLC | NJ | Power Marketer | 63,312 | 651,476 | 77,404.0 | 11.88 |
| XOOM Energy New Jersey, LLC | NJ | Power Marketer | 9,249 | 81,004 | 10,052.6 | 12.41 |
| AP Holdings LLC | NY | Power Marketer | 4,216 | 37,150 | 2,720.0 | 7.32 |
| Accent Energy Holdings, LLC | NY | Power Marketer | 20,922 | 123,334 | 15,618.7 | 12.66 |
| Advantage Energy, Inc | NY | Power Marketer | 1,504 | 34,276 | 2,031.9 | 5.93 |
| Agway Energy Services, LLC | NY | Power Marketer | 40,437 | 320,341 | 31,269.0 | 9.76 |
| Ambit Energy Holdings, LLC | NY | Power Marketer | 209,393 | 2,039,031 | 163,906.8 | 8.04 |
| American Power Partners LLC | NY | Power Marketer | 1 | 2 | 0.2 | 10.00 |
| BluCo Energy LLC | NY | Power Marketer | 1,862 | 11,534 | 1,296.0 | 11.24 |
| Bounce Energy, Inc. | NY | Power Marketer | 691 | 1,525 | 103.7 | 6.80 |
| Columbia Utilities Power, LLC | NY | Power Marketer | 11,469 | 62,862 | 9,811.0 | 15.61 |
| Consolidated Edison Sol Inc | NY | Power Marketer | 36,093 | 251,062 | 24,881.0 | 9.91 |
| Direct Energy Services | NY | Power Marketer | 186,139 | 1,634,254 | 140,317.0 | 8.59 |
| Dominion Retail Inc | NY | Power Marketer | 757 | 5,884 | 400.0 | 6.80 |
| Energy Coop of New York, Inc | NY | Power Marketer | 4,420 | 97,746 | 5,659.0 | 5.79 |
| Energy Plus Holdings LLC | NY | Power Marketer | 33,613 | 246,116 | 33,596.0 | 13.65 |
| Energy Services Providers, Inc | NY | Power Marketer | 35,794 | 313,353 | 27,949.1 | 8.92 |
| EnergyMark, LLC | NY | Power Marketer | 699 | 4,443 | 301.9 | 6.79 |
| Entrust Energy | NY | Power Marketer | 144 | 141 | 11.7 | 8.30 |
| FTR Energy Services | NY | Power Marketer | 1,042 | 8,729 | 477.9 | 5.47 |
| FairPoint Energy LLC | NY | Power Marketer | 2,504 | 8,740 | 479.1 | 5.48 |
| Glacial Energy Holdings | NY | Power Marketer | 134 | 3,687 | 354.3 | 9.61 |
| Green Mountain Energy Company | NY | Power Marketer | 49,030 | 194,050 | 26,228.3 | 13.52 |
| Hudson Energy Services | NY | Power Marketer | 20,524 | 255,993 | 23,863.7 | 9.32 |
| IDT Energy, Inc. | NY | Power Marketer | 121,764 | 632,087 | 78,697.0 | 12.45 |
| Independence Energy Group LLC | NY | Power Marketer | 1,064 | 6,166 | 866.0 | 14.04 |
| Just Energy New York Corp. | NY | Power Marketer | 143,969 | 1,008,271 | 107,268.1 | 10.64 |
| Kiwi Energy NY LLC | NY | Power Marketer | 38,402 | 178,598 | 22,353.8 | 12.52 |
| Liberty Power Corp. | NY | Power Marketer | 37,327 | 97,632 | 10,826.0 | 11.09 |
| Major Energy Electric Services | NY | Power Marketer | 24,790 | 209,715 | 23,338.0 | 11.13 |
| MxEnergy Electric, Inc. | NY | Power Marketer | 18,051 | 122,292 | 11,758.0 | 9.61 |
| NOCO Electric | NY | Power Marketer | 11,626 | 106,650 | 6,438.0 | 6.04 |
| Plymouth Rock Energy, LLC | NY | Power Marketer | 4,219 | 27,363 | 3,320.1 | 12.13 |
| Public Power LLC (CT) | NY | Power Marketer | 13,345 | 65,139 | 6,368.7 | 9.78 |
| Robison Energy, LLC | NY | Power Marketer | 2,201 | 39,522 | 3,357.0 | 8.49 |
| Spark Energy, LP | NY | Power Marketer | 20,642 | 89,081 | 13,014.8 | 14.61 |
| Stream Energy New York, LLC | NY | Power Marketer | 2,399 | 19,489 | 1,267.0 | 6.50 |
| U.S. Energy Partners LLC | NY | Power Marketer | 2,472 | 22,496 | 1,378.0 | 6.13 |
| Village of Hilton - (NY) | NY | Power Marketer | 1,262 | 12,117 | 746.0 | 6.16 |
| Viridian Energy NY LLC | NY | Power Marketer | 20,051 | 198,193 | 15,969.9 | 8.06 |
| XOOM Energy New York, LLC | NY | Power Marketer | 16,054 | 80,661 | 9,027.2 | 11.19 |
| AEP Energy | OH | Power Marketer | 175,888 | 1,631,579 | 104,070.5 | 6.38 |
| AP Holdings LLC | OH | Power Marketer | 7,356 | 93,615 | 3,746.0 | 4.00 |
| Cincinnati Bell Energy LLC | OH | Power Marketer | 10,914 | 135,712 | 8,317.8 | 6.13 |
| Commerce Energy, Inc. | OH | Power Marketer | 24,743 | 230,754 | 17,806.0 | 7.72 |
| Constellation NewEnergy, Inc | OH | Power Marketer | 11,983 | 107,364 | 6,267.0 | 5.84 |
| DPL Energy Resources | OH | Power Marketer | 111,595 | 1,367,620 | 86,535.0 | 6.33 |
| Direct Energy Services | OH | Power Marketer | 30,606 | 287,505 | 18,527.7 | 6.44 |
| Dominion Retail Inc | OH | Power Marketer | 34,139 | 442,429 | 26,996.0 | 6.10 |

## 2013 Retail Power Marketers Sales- Residential

(Data from form EIA-861 schedule 4B)

| Entity | State | Ownership | Customers (Count) | Sales (Megawatthours) | Revenues (Thousands Dollars) | Average Price (cents/kWh) |
|---|---|---|---|---|---|---|
| Duke Energy Retail Sales, LLC | OH | Power Marketer | 93,930 | 1,235,196 | 71,479.2 | 5.79 |
| Energy Plus Holdings LLC | OH | Power Marketer | 701 | 7,479 | 615.0 | 8.22 |
| Energy Services Providers, Inc | OH | Power Marketer | 46 | 162 | 9.6 | 5.93 |
| Entrust Energy | OH | Power Marketer | 1,091 | 2,178 | 145.3 | 6.67 |
| FTR Energy Services | OH | Power Marketer | 120 | 1,368 | 71.1 | 5.20 |
| FairPoint Energy LLC | OH | Power Marketer | 195 | 1,316 | 68.1 | 5.17 |
| First Energy Solutions Corp. | OH | Power Marketer | 1,671,807 | 14,024,133 | 842,649.8 | 6.01 |
| Glacial Energy Holdings | OH | Power Marketer | 1,248 | 36,458 | 2,304.4 | 6.32 |
| Independence Energy Group LLC | OH | Power Marketer | 421 | 3,858 | 296.0 | 7.67 |
| Integrys Energy Services, Inc. | OH | Power Marketer | 3,809 | 39,050 | 2,393.7 | 6.13 |
| Palmco Power OH, LLC | OH | Power Marketer | 1,905 | 15,238 | 1,352.0 | 8.87 |
| Public Power LLC (CT) | OH | Power Marketer | 5,463 | 62,065 | 4,373.4 | 7.05 |
| AEP Energy | PA | Power Marketer | 8,069 | 67,845 | 5,860.8 | 8.64 |
| AP Holdings LLC | PA | Power Marketer | 3,508 | 94,042 | 3,745.0 | 3.98 |
| Ambit Energy Holdings, LLC | PA | Power Marketer | 39,200 | 492,194 | 36,824.8 | 7.48 |
| American Power Partners LLC | PA | Power Marketer | 4,464 | 38,558 | 2,914.0 | 7.56 |
| Anthracite Power & Light | PA | Power Marketer | 802 | 11,105 | 791.6 | 7.13 |
| Bounce Energy, Inc. | PA | Power Marketer | 4,096 | 46,500 | 3,538.2 | 7.61 |
| Champion Energy Services | PA | Power Marketer | 8,156 | 80,103 | 6,989.0 | 8.73 |
| Commerce Energy, Inc. | PA | Power Marketer | 20,744 | 180,285 | 17,084.7 | 9.48 |
| Consolidated Edison Sol Inc | PA | Power Marketer | 40,515 | 479,455 | 35,090.0 | 7.32 |
| Constellation NewEnergy, Inc | PA | Power Marketer | 14,897 | 157,301 | 13,452.0 | 8.55 |
| Direct Energy Services | PA | Power Marketer | 119,990 | 1,411,511 | 123,434.0 | 8.74 |
| Dominion Retail Inc | PA | Power Marketer | 227,866 | 2,550,248 | 215,966.0 | 8.47 |
| Energy Plus Holdings LLC | PA | Power Marketer | 38,267 | 384,486 | 45,882.0 | 11.93 |
| Energy Services Providers, Inc | PA | Power Marketer | 75,298 | 838,500 | 72,312.7 | 8.62 |
| Entrust Energy | PA | Power Marketer | 894 | 2,161 | 207.7 | 9.61 |
| First Energy Solutions Corp. | PA | Power Marketer | 379,441 | 4,490,192 | 309,345.2 | 6.89 |
| Glacial Energy Holdings | PA | Power Marketer | 62 | 1,880 | 171.1 | 9.10 |
| Green Mountain Energy Company | PA | Power Marketer | 16,192 | 88,275 | 8,124.7 | 9.20 |
| HOP Energy, LLC | PA | Power Marketer | 3,610 | 40,196 | 3,654.0 | 9.09 |
| Hudson Energy Services | PA | Power Marketer | 100 | 9,327 | 666.2 | 7.14 |
| IDT Energy, Inc. | PA | Power Marketer | 96,065 | 1,130,516 | 91,602.0 | 8.10 |
| Independence Energy Group LLC | PA | Power Marketer | 1,204 | 12,185 | 1,590.0 | 13.05 |
| Integrys Energy Services, Inc. | PA | Power Marketer | 99 | 732 | 49.0 | 6.69 |
| Just Energy | PA | Power Marketer | 4,701 | 40,245 | 3,467.0 | 8.61 |
| Liberty Power Corp. | PA | Power Marketer | 9,907 | 61,475 | 5,422.0 | 8.82 |
| MidAmerican Energy Co | PA | Investor Owned | 9 | 84 | 6.0 | 7.14 |
| MxEnergy Electric, Inc. | PA | Power Marketer | 22,376 | 239,124 | 22,813.0 | 9.54 |
| NextEra Energy Services, LLC | PA | Power Marketer | 7,227 | 54,271 | 4,246.7 | 7.82 |
| PPL EnergyPlus LLC | PA | Power Marketer | 71,633 | 1,235,909 | 95,636.7 | 7.74 |
| Palmco Power PA, LLC | PA | Power Marketer | 9,618 | 90,008 | 10,773.0 | 11.97 |
| Plymouth Rock Energy, LLC | PA | Power Marketer | 490 | 4,044 | 357.8 | 8.85 |
| Public Power LLC (PA) | PA | Power Marketer | 17,113 | 164,022 | 16,189.0 | 9.87 |
| Reliant Energy Northeast LLC | PA | Power Marketer | 21,154 | 295,069 | 20,504.1 | 6.95 |
| Respond Power LLC | PA | Power Marketer | 49,195 | 455,434 | 45,185.0 | 9.92 |
| Spark Energy, LP | PA | Power Marketer | 19,525 | 142,714 | 14,743.1 | 10.33 |
| Stream Energy Pennsylvania, LLC | PA | Power Marketer | 92,152 | 1,029,606 | 87,241.0 | 8.47 |
| The Energy Coop | PA | Cooperative | 3,674 | 29,706 | 3,533.4 | 11.89 |
| TriEagle Energy, L.P. | PA | Power Marketer | 9,472 | 99,025 | 7,466.1 | 7.54 |
| UGI Energy Services, Inc. | PA | Power Marketer | 1,025 | 13,181 | 1,069.0 | 8.11 |
| Viridian Energy PA LLC | PA | Power Marketer | 9,940 | 106,730 | 11,512.2 | 10.79 |
| Washington Gas Energy Services | PA | Power Marketer | 16,146 | 155,079 | 12,303.0 | 7.93 |
| XOOM Energy Pennsylvania, LLC | PA | Power Marketer | 9,331 | 89,356 | 9,118.9 | 10.21 |
| Ambit Energy Holdings, LLC | RI | Power Marketer | 38 | 22 | 1.5 | 6.82 |
| Glacial Energy Holdings | RI | Power Marketer | 1,531 | 18,111 | 1,617.8 | 8.93 |
| Integrys Energy Services, Inc. | RI | Power Marketer | 7 | 50 | 3.5 | 7.00 |
| XOOM Energy Rhode Island, LLC | RI | Power Marketer | 93 | 77 | 5.7 | 7.40 |
| Adjustment 2013 | CA | Other | -15,540 | 6,912 | 481.3 | . |
| Adjustment 2013 | CT | Other | 220,307 | 2,061,266 | 191,802.5 | . |
| Adjustment 2013 | DC | Other | 17,054 | 184,042 | 16,834.3 | . |
| Adjustment 2013 | DE | Other | 6,067 | 89,907 | 8,083.1 | . |
| Adjustment 2013 | IL | Other | 476,822 | 2,966,222 | 252,750.5 | . |
| Adjustment 2013 | MA | Other | 16,094 | 13,600 | 1,020.6 | . |
| Adjustment 2013 | MD | Other | -25,714 | 1,141,609 | 106,869.7 | . |
| Adjustment 2013 | ME | Other | -223,881 | -181,368 | -10,592.7 | . |
| Adjustment 2013 | MI | Other | 53 | 562 | 44.2 | . |
| Adjustment 2013 | MT | Other | 4 | 23 | 1.4 | . |

**2013 Retail Power Marketers Sales- Residential**

(Data from form EIA-861 schedule 4B)

| Entity | State | Ownership | Customers (Count) | Sales (Megawatthours) | Revenues (Thousands Dollars) | Average Price (cents/kWh) |
|---|---|---|---|---|---|---|
| Adjustment 2013 | NH | Other | 30,798 | 311,135 | 23,562.8 | . |
| Adjustment 2013 | NJ | Other | 155,848 | 1,566,966 | 176,305.0 | . |
| Adjustment 2013 | NY | Other | 293,113 | 1,667,342 | 162,833.0 | . |
| Adjustment 2013 | OH | Other | -82,399 | 1,895,377 | 116,146.4 | . |
| Adjustment 2013 | PA | Other | 264,470 | 2,828,372 | 230,753.1 | . |
| Adjustment 2013 | RI | Other | 7,516 | 61,710 | 5,332.8 | . |