# MDM Declaration Exhibit A-22

| Entity | Average Price (cents/kWh) |
|---|---|
| NOCO Electric | 6.04 |
| Ambit Energy Holdings, LLC | 8.04 |
| Viridian Energy NY LLC | 8.06 |
| Direct Energy Services | 8.59 |
| Energy Services Providers, Inc | 8.92 |
| Hudson Energy Services | 9.32 |
| MxEnergy Electric, Inc. | 9.61 |
| Agway Energy Services, LLC | 9.76 |
| Public Power LLC (CT) | 9.78 |
| Consolidated Edison Sol Inc | 9.91 |
| Just Energy New York Corp. | 10.64 |
| Liberty Power Corp. | 11.09 |
| Major Energy Electric Services | 11.13 |
| XOOM Energy New York, LLC | 11.19 |
| IDT Energy, Inc. | 12.45 |
| Kiwi Energy NY LLC | 12.52 |
| Accent Energy Holdings, LLC | 12.66 |
| Green Mountain Energy Company | 13.52 |
| Energy Plus Holdings LLC | 13.65 |
| Spark Energy, LP | 14.61 |
| Columbia Utilities Power, LLC | 15.61 |
| **Average:** | 10.81 |



Average ESCO Electric Supply Rate (NY, 2013)

ESCO Average Price 10.81 (cents/kWh)