# Exhibit 4

```
 1
 2     UNITED STATES DISTRICT COURT
 3     EASTERN DISTRICT OF NEW YORK
 4     No. 18 Civ. 2949(ARR)(RER)
       - - - - - - - - - - - - - - - - - - - - -x
 5
       SUSANNA MIRKIN and BORIS MIRKIN,
 6     Individually and on Behalf of All Others
       Similarly Situated,
 7
                    Plaintiffs,
 8
            -against-
 9
       XOOM ENERGY, LLC and XOOM ENERGY
10     NEW YORK, LLC,
11                Defendants.
12     - - - - - - - - - - - - - - - - - - - - -x
13
          16 Court Street
14        Brooklyn, New York 11241
15        August 30, 2022
                                            1:28 PM
16
17        DEPOSITION of BORIS MIRKIN, a
18     Plaintiff in the above-entitled action,
19     held at the above time and place, taken
20     before SAMUEL HITTIN, a Shorthand Reporter
21     and Notary Public of the State of New
22     York, pursuant to the Federal Rules of
23     Civil Procedure, order and stipulations
24     between Counsel.
25                 *      *      *
```

Page 1

```
 1                    B. MIRKIN
 2        Q.      And what was your degree in?
 3        A.      In computer science.
 4        Q.      Computer science.
 5                And what was the first job that
 6    you got after college?
 7        A.      I was fixing computers in
 8    Manhattan, in midtown Manhattan.  I don't
 9    remember the company name.
10        Q.      Okay.  About how long did you do
11    that?
12        A.      Until 2002, when I was laid
13    off -- downsized.
14        Q.      Understood.
15                And then what was the next job
16    you got after that?
17        A.      Then I applied to the police
18    academy.
19        Q.      And you became a New York police
20    officer?
21        A.      Yes.
22        Q.      Thank you for your service.
23                What is your -- I don't know.  I
24    guess -- I'm not -- I'm not that familiar
25    with the police service, but do you have a
```

Page 15

```
 1                     B. MIRKIN
 2               Well, let's talk about XOOM --
 3        A.     Yes.
 4        Q.     -- which is the one we're here
 5   to talk about today.
 6               How did you first hear about
 7   XOOM?
 8        A.     I was shopping around for better
 9   rates.  There were multiple ESCOs
10   available, and they had different offers.
11   And I found XOOM.  It seemed that their
12   rate was better than previous ESCO rates,
13   so I switched to XOOM.
14        Q.     Okay.  And you -- that shopping
15   and those comparisons that you were doing
16   were by comparing the rate that XOOM was
17   offering to your current -- your rate --
18   then current rate with Citizens Choice?
19   That was one part of it, right?
20        A.     Correct.
21        Q.     And the other part was to
22   compare the rates that were being offered
23   by other ESCOs, which you reviewed online?
24        A.     Correct.  Yes.
25        Q.     Did you speak with anyone on the
```

Page 25

1                    B. MIRKIN

2        Q.    Do you remember receiving an

3   e-mail -- this e-mail from XOOM?

4        A.    Yes.  This is my e-mail.

5        Q.    The e-mail address that's listed

6   there under the billing info is your

7   e-mail address?

8        A.    It's mine, yes.

9        Q.    Is that your phone number

10  as well?

11       A.    And my phone number, yes.

12       Q.    Okay.  The account was opened in

13  your wife's name?

14       A.    Correct.  Yes.

15       Q.    And why was that?

16       A.    At the time, she needed proof of

17  residence.

18       Q.    Got it.

19             At the time you enrolled with

20  XOOM, did you understand that your rate

21  would be a rate that could vary from month

22  to month?

23       A.    Yes.  The contract said so.

24       Q.    And if you look with me at

25  Exhibit 5 -- it's in the stack that you

Page 27

```
 1
 2              CERTIFICATION
 3
 4     I, Samuel Hittin, a Notary Public for
 5  and within the State of New York, do
 6  hereby certify:
 7     That the witness whose testimony as
 8  herein set forth, was duly sworn by me;
 9  and that the within transcript is a true
10  record of the testimony given by said
11  witness.
12     I further certify that I am not
13  related to any of the parties to this
14  action by blood or marriage, and that I am
15  in no way interested in the outcome of
16  this matter.
17     IN WITNESS WHEREOF, I have hereunto
18  set my hand this 6th day of September,
19  2022.
20
21
22     SAMUEL HITTIN
23
24        *      *      *
25
```

Page 51