# Exhibit 5

```
 1
 2   UNITED STATES DISTRICT COURT
 3   EASTERN DISTRICT OF NEW YORK
 4   No. 18 Civ. 2949(ARR)(RER)
     - - - - - - - - - - - - - - - - - - - -x
 5
     SUSANNA MIRKIN and BORIS MIRKIN,
 6   Individually and on Behalf of All Others
     Similarly Situated,
 7
                    Plaintiffs,
 8
            -against-
 9
     XOOM ENERGY, LLC AND XOOM ENERGY
10   NEW YORK, LLC,
11               Defendants.
12   - - - - - - - - - - - - - - - - - - - -x
13
        16 Court Street
14      Brooklyn, New York 11241
15
        August 30, 2022
16      10:21 a.m.
17
        DEPOSITION of SUSANNA MIRKIN (REDACTED),
19   a Plaintiff in the above-entitled action,
20   held at the above time and place, taken
21   before SAMUEL HITTIN, a Shorthand Reporter
22   and Notary Public of the State of New
23   York, pursuant to the Federal Rules of
24   Civil Procedure, order and stipulations
25   between Counsel.
```

Page 1

```
 1                S. MIRKIN
 2   And they need to organize either their
 3   playroom or kitchen or children's
 4   dressers.  So I give them the system, and
 5   I teach them how to declutter and how to
 6   make the system running.  Because they are
 7   disabled children, so they don't have the
 8   time to organize their homes -- so I give
 9   them the system and how to go accordingly.
10        Q.    Okay.  And how long have you had
11   that job with Comfort Health?
12        A.    Less than six months.
13        Q.    What was the last job you had
14   before you were employed by Comfort
15   Health?
16        A.    I was -- I had a payroll job.
17        Q.    Who was your employer in the
18   payroll job?
19        A.    NYPD.
20        Q.    And what were your job duties in
21   that position?
22        A.    I did payroll for a company.  I
23   did bookkeeping, day-to-day transactions,
24   overtime sheets, entering database.
25        Q.    And what was the name of that
```

Page 27

```
 1                S. MIRKIN
 2   company?
 3        A.    It's NYPD.
 4        Q.    Oh, okay.  Sorry.  I
 5   misunderstood.  I thought you were talking
 6   about a private company.
 7              You did bookkeeping and
 8   payroll --
 9        A.    For a police department.
10        Q.    -- for NYPD?
11        A.    Correct.
12        Q.    Okay.  And what was the time
13   period that you had that position with
14   NYPD?
15        A.    2015 till 2021.
16        Q.    And what was the job that you
17   had before you went to work for NYPD?
18        A.    The job I had before was Early
19   Intervention.  It's called Early
20   Intervention, by Challenge.  I was a
21   service coordinator.
22        Q.    The name of the company is Early
23   Intervention, or the --
24        A.    Challenge Early Intervention.
25   That's the name of the company.
```

```
 1                  S. MIRKIN
 2       A.    No.
 3       Q.    Have you and Mr. Mirkin ever
 4  owned any other properties?
 5       A.    No.
 6       Q.    Do you remember the address you
 7  lived at before moving to 1677 East 34th?
 8       A.    I lived in Queens.
 9       Q.    I see.
10             Okay.  Ms. Mirkin, you've never
11  live in Staten Island, right?
12       A.    No.
13       Q.    Okay.  And do you understand
14  that there has been some documents
15  produced in this case that show a Boris
16  Mirkin receiving gas service from XOOM
17  Energy?
18       A.    I saw that, yes.
19       Q.    Okay.  But that is not your
20  husband?
21       A.    That is not my husband.
22       Q.    That's a different Boris Mirkin?
23       A.    Correct.
24       Q.    Is that Boris Mirkin related to
25  your husband?
```

Page 34

```
 1                    S. MIRKIN
 2       A.    I think he's a cousin.
 3       Q.    Okay.
 4       A.    My husband would know more about
 5　this Boris Mirkin.
 6       Q.    Yes.  But just to show you --
 7             MR. MATTHEWS:  Can I have the
 8       stickers.  Thank you.
 9       Q.    Ms. Mirkin, I'm going to mark
10  this document, which is an e-mail.  The
11  heading says New Customer Enrollment, just
12  so we're -- we know we're talking about
13  the same thing.
14       A.    Sure.
15       Q.    I'm going to hand you that.
16       A.    Mm-hmm.
17             [Whereupon, document was marked
18       as Defendants' Exhibit 4 for
19       identification, as of this date.]
20       Q.    This is a document that's been
21  Bates-labeled XOOM INIT 12 through 13.
22             Have you seen this document
23  before?
24       A.    No.
25       Q.    No.  Fair enough.
```

Page 35

```
 1                 S. MIRKIN
 2              The billing info there, you
 3     see it shows Boris Mirkin, 21 Peggy Lane,
 4     Staten Island, New York 10306?  Do you see
 5     that?
 6         A.    I see that.
 7         Q.    And that's not your husband?
 8         A.    That's not my husband.
 9         Q.    And the phone number is not --
10         A.    That's --
11         Q.    -- your husband's phone number,
12     and you've never seen that e-mail address
13     either?
14         A.    No.
15         Q.    Okay.  So this account that is
16     referred to in Exhibit 4 is not an account
17     that ever belonged to or was used by you
18     or your husband?
19         A.    Correct.
20         Q.    And to the best of your
21     knowledge, you've never had natural gas
22     service with XOOM Energy, correct?
23         A.    Yes.  Correct.
24         Q.    And neither has your husband, to
25     the best of your knowledge?
```

Page 36

```
 1                  S. MIRKIN
 2      A.    I'm not sure.  He takes care of
 3   all the bills, so I'm not sure.
 4      Q.    Okay.  Okay.  And you personally
 5   don't know anything about the natural gas
 6   rates that XOOM charged in New York since
 7   it entered the market here, correct?
 8      A.    The gas?
 9      Q.    Yes, ma'am.
10      A.    No.
11      Q.    You said that your husband is
12   the one who takes care of the bills.  Is
13   he generally -- is it fair to say he's the
14   one who is generally in charge of energy
15   decisions in the house?
16      A.    Correct.
17      Q.    Does he consult with you about
18   retail energy decisions?
19      A.    Sure, we discuss it, but he
20   takes care of it at the end.
21      Q.    Okay.  Just help me understand
22   in a basic way how it works in your
23   household with respect to selecting energy
24   providers for electricity or natural gas.
25      A.    So he basically looks for the
```

Page 37

```
 1                    S. MIRKIN
 2       A.    Right.
 3       Q.    And specifically, the phrase
 4   "actual" -- "XOOM's actual and estimated
 5   supply costs," right?
 6       A.    Mm-hmm.
 7       Q.    And my question is just, do you
 8   today or have you ever known what XOOM's
 9   actual and estimated supply costs were?
10             MR. WITTELS:  Objection.
11             You can answer.
12       A.    No.
13       Q.    Okay.  Your husband enrolled the
14   two of you in this contract with XOOM that
15   we see at Exhibit 3, correct?
16       A.    Correct.
17       Q.    And the -- do you know how he
18   enrolled?
19       A.    In my understanding, I think it
20   was online.
21       Q.    Okay.  And when did you first
22   hear about XOOM?
23       A.    When we applied.  When he talked
24   about it, the different rates and what's
25   out there was the lowest rate.  So that's
```

Page 59

```
 1                    S. MIRKIN
 2   when I first heard about it.
 3        Q.    Why did he enroll under your
 4   name?
 5        A.    To have something under my name,
 6   to have residential proof.
 7        Q.    Residential proof for you?
 8        A.    Yes.
 9        Q.    Did you need that for
10   employment?
11        A.    For employment.
12        Q.    I see.
13              At the time, did you understand
14   that the rate that you were enrolling with
15   XOOM was a rate that could vary from month
16   to month?
17        A.    My husband probably did, but it
18   wasn't in my understanding.  When we
19   applied, he told me it was the lowest
20   rate, and I agreed, so he took care of the
21   rest.
22        Q.    You didn't have an understanding
23   as to whether the rate was fixed or
24   variable at the time?
25        A.    No.
```

Page 60

```
 1
 2              CERTIFICATION
 3
 4      I, Samuel Hittin, a Notary Public for
 5  and within the State of New York, do
 6  hereby certify:
 7      That the witness whose testimony as
 8  herein set forth, was duly sworn by me;
 9  and that the within transcript is a true
10  record of the testimony given by said
11  witness.
12      I further certify that I am not
13  related to any of the parties to this
14  action by blood or marriage, and that I am
15  in no way interested in the outcome of
16  this matter.
17      IN WITNESS WHEREOF, I have hereunto
18  set my hand this 6th day of September,
19  2022.
20
21                 [signature]
22          SAMUEL HITTIN
23
24             *       *       *
25
```

Page 100