# Exhibit 25

**Confidential. Filed Under Seal.**