# Exhibit 28

**Confidential. Filed Under Seal.**