# Exhibit 30

**Confidential. Filed Under Seal.**