# Exhibit 32

**Confidential. Filed Under Seal.**