# Exhibit 33

**Confidential. Filed Under Seal.**