# Exhibit 34

**Confidential. Filed Under Seal.**