# Exhibit 35

**Confidential. Filed Under Seal.**