# Exhibit 36

**Confidential. Filed Under Seal.**