# Exhibit 37

**Confidential. Filed Under Seal.**