# Exhibit 38

**Confidential. Filed Under Seal.**