# Exhibit 41

**Confidential. Filed Under Seal.**