# Exhibit 42

**Confidential. Filed Under Seal.**