# Exhibit 43

**Confidential. Filed Under Seal.**