# Exhibit 44

**Confidential. Filed Under Seal.**