# Exhibit 47

**Confidential. Filed Under Seal.**