# Exhibit 48

**Confidential. Filed Under Seal.**