# Exhibit 49

**Confidential. Filed Under Seal.**