# Exhibit 50

**Confidential. Filed Under Seal.**