# Defendants' Response to Plaintiffs' Statement of Additional Material Facts

**Confidential. Filed Under Seal.**