# Exhibit C

# LEGAL NOTICE

**If XOOM charged you a variable rate for electricity or natural gas in New York, a class action lawsuit may affect your rights.**

*A federal court authorized sending this Notice. It is not a solicitation from a lawyer.*

## *You are not being sued.*

You could be affected by a class action lawsuit against XOOM over its variable-rate pricing for electricity and natural gas in New York.

The Court certified a "Class," or group of people, that could include you. There is no money available now and no guarantee that there will be in the future. Read this Notice carefully, as your legal rights may be affected. More information is available at the website below.

**Who's affected?**

New York XOOM residential or small commercial customers who were charged a variable rate for electricity or natural gas under specific contract language from January 1, 2013 through the present.

### WHAT IS THE LAWSUIT ABOUT?

The lawsuit alleges that XOOM overcharged customers for electricity and natural gas in violation of its contracts and seeks a refund of the alleged overcharges. XOOM denies the allegations and claims that refunds are not owed. **The Court has not determined who is right** or whether either side won. The Plaintiffs will have to prove their claims at trial.

### HOW ARE YOU IMPACTED?

If you are included in the Class, your rights against XOOM may be impacted by this lawsuit. If you have questions about this lawsuit and your rights, visit www.[website].com or call 1-XXX-XXX-XXX.

### WHO REPRESENTS THE CLASS?

The Court has appointed the law firm Wittels McInturff Palikovic to represent the Class as "Class Counsel." You don't have to pay them. Any fees and costs will be deducted from any money obtained or paid by XOOM. You may hire your own lawyer to appear in Court for you at your own expense.

### WHAT ARE YOUR OPTIONS?

You have a choice of whether to stay in the Class, and **you must decide this now**.

<u>DO NOTHING AND STAY IN THE CLASS:</u> To stay in the Class, you do not have to do anything. If money is obtained, you will be eligible for a share. Class Members who do not opt out will be bound by the Court's orders and any judgment, as well as any settlement that is later reached.

<u>OPT OUT OF THE CLASS:</u> If you exclude yourself, you cannot get money from this lawsuit if any is awarded, but you will keep your right to sue XOOM and will not be bound by this lawsuit. You must exclude yourself by **Month XX, 2023**. To find out how to do so visit **www.[website].com**

# WWW.WEBSITE.COM | 1-XXX-XXX-XXXX