# EXHIBIT A

| | |
|---|---|
| **From:** | Diane Wizig |
| **To:** | Steven D. Cohen; Steven Wittels; Burkett McInturff; Jessica L. Hunter |
| **Cc:** | Matt Matthews; Emily Felix |
| **Subject:** | Mirkin v. XOOM - Supplemental Production |
| **Date:** | Friday, April 8, 2022 5:19:41 PM |
| **Attachments:** | image001.png |

Counsel,

You can retrieve XOOM's latest production from this secure FTP site: https://ftpus.consilio.com/public/folder/UbzwOaF1CUmgerUeR1iGrw/XOOM_MIRKIN_2022.04.08%20-%20XOOM_MIRKIN_2022.04.08%20Overlay

The Bates range for this production is XOOM_MIRKIN_073185 - XOOM_MIRKIN_073191 and contains customer data that XOOM is producing to comply with Judge Reyes's order granting your motion to compel. Please note that these files contain all customer charge information and thus reflect comprehensive charge data for the entire customer set that Judge Reyes ruled you are entitled to discovery on. In other words, this is not just a supplement of the additional data you sought in your motion. Rather it is a comprehensive set intended for ease of evaluation and reference by all parties.

You will also find a reproduction of XOOM_MIRKIN_068564 - XOOM_MIRKIN_068566 in color at the same site. A password for the site and files will follow by separate email.

Thanks, and please let us know if you any questions.

**Diane S. Wizig**
Partner

McDowell Hetherington LLP

1001 Fannin, Suite 2700
Houston, TX 77002
P: 713-333-5889   F: 713-337-8850
www.mhllp.com

**CONFIDENTIALITY NOTICE**
The information in this e-mail may be confidential and/or privileged. This e-mail is intended to be reviewed by only the individual or organization named above. If you are not the intended recipient or an authorized representative of the intended recipient, you are hereby notified that any review, dissemination or copying of this e-mail and its attachments, if any, or the information contained herein is prohibited. If you have received this e-mail in error, please immediately notify the sender by return e-mail and delete this e-mail from your system.