

Michael D. "Matt" Matthews, Jr., Partner
1001 Fannin Street, Suite 2400
Houston, TX 77002
Ph: 713.337.8879 // F: 713.333.8859
matt.matthews@mhllp.com

October 11, 2023

*__Via CM/ECF__*
The Honorable United States Magistrate Judge Ramon E. Reyes, Jr.
United States District Court, Eastern District of New York
225 Cadman Plaza East, Room 1217S
Brooklyn, New York 11201

     Re:    *Mirkin, et al. v. XOOM Energy, LLC, et al.*; No. 1:18-civ-2949 (ARR) (RER)

Dear Judge Reyes:

The parties write to inform the Court that they have reached an agreement regarding Plaintiff's letter motion to compel XOOM to make a production of updated class charge data within ten days. ECF No. 157. Specifically, Plaintiff has agreed to XOOM's proposal that, absent a stay or decertification, XOOM will make a single production of updated class charge data as of January 1, 2024, produced by no later than March 1, 2024. Accordingly, Plaintiff withdraws her letter motion to compel, ECF No. 157, and XOOM withdraws its motion for protection and Rule 37 request for fees, ECF No. 158.

The parties appreciate the Court's attention to this matter.

Respectfully Submitted,

*/s/ Michael D. Matthews, Jr.*             */s/ Steven L. Wittels*
Michael D. Matthews, Jr.                 Steven L. Wittels
**McDowell Hetherington LLP**         **Wittels McInturff Palikovic**
1001 Fannin Street, Suite 2400          18 Half Mile Road
Houston, Texas 77002                Armonk, New York 10504
Tel: (713) 337-5580                   Telephone: (914) 775-8862
matt.matthews@mhllp.com           slw@wittelslaw.com

*Counsel for Defendants*              *Counsel for Plaintiff and*
                                      *The Class*