

Michael D. "Matt" Matthews, Jr.
Partner
1001 Fannin Street, Suite 2400
Houston, TX 77002
Ph: 713.337.8879 // F: 713.333.8859
matt.matthews@mhllp.com

November 3, 2023

*Via CM/ECF*

The Honorable Ramon E. Reyes
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East, Room 1217S
Brooklyn, New York 11201

  Re: *Mirkin, et al. v. XOOM Energy, LLC, et al.*; No. 18 Civ. 2949 (ARR) (RER)

Dear Judge Reyes:

I write pursuant to Part II.C of Your Honor's Rules to request a three-day extension of the briefing deadlines for Defendant XOOM's motion to stay. The reason for the request is that XOOM's counsel Diane Wizig's eleven-month-old is in the ICU with RSV complications. There have been no previous requests for extension of these briefing deadlines and Plaintiff consents to these proposed extensions:

1. The current deadline for XOOM to move to stay is November 3, 2023. The new requested deadline is November 6, 2023.

2. The current deadline for Plaintiff to respond is November 17, 2023. The new requested deadline is November 20, 2023.

3. The current deadline for XOOM to reply is December 1, 2023. The new requested deadline is December 4, 2023.

We appreciate your consideration of this request and are available at your convenience to respond to any questions or concerns.

Respectfully submitted,

Michael D. Matthews, Jr.

CC: All counsel of record (via CM/ECF)

Texas * California * Florida