

Michael D. "Matt" Matthews, Jr.<br>
Partner<br>
1001 Fannin Street, Suite 2400<br>
Houston, TX 77002<br>
Ph: 713.337.8879 // F: 713.333.8859<br>
matt.matthews@mhllp.com

November 6, 2023

*Via CM/ECF*

The Honorable Ramon E. Reyes  
United States Magistrate Judge  
Eastern District of New York  
225 Cadman Plaza East, Room 1217S  
Brooklyn, New York 11201

    Re:    *Mirkin, et al. v. XOOM Energy, LLC, et al.*; No. 18 Civ. 2949 (ARR) (RER)

Dear Judge Reyes:

In accordance with Part III.D of the Court's Motion and Individual Practice Rules, Defendants write to notify Plaintiffs and the Court that unredacted copies of the following papers in support of Defendants' Motion to Stay Proceedings Pending Resolution of Rule 23(f) Petition and Appeal were served today on Plaintiffs' counsel via electronic mail:

- Notice of Defendants' Motion to Stay Proceedings Pending Rule 23(f) Petition and Appeal, dated November 6, 2023;

- Declaration of Michael D. Matthews, Jr. in Support of Defendants' Motion to Stay Proceedings Pending Rule 23 (f) Petition and Appeal, dated November 6, 2023; and

- Memorandum of Law in Support of Defendants' Motion to Stay Proceedings Pending Rule 23(f) Petition and Appeal, dated November 6, 2023.

When the motion is fully briefed, Defendants will file all motion papers and provide the Court with a courtesy copy. Defendants respectfully request that the Court set Defendants' Motion to Stay Proceedings for oral argument at a date and time convenient for the Court.

Respectfully submitted,<br><br>
*/s/ Matt Matthews*<br><br>
Michael D. Matthews, Jr.

CC: All counsel of record (via CM/ECF and email)

Texas * California * Florida