UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSANNA MIRKIN and BORIS MIRKIN, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>v.<br><br>XOOM ENERGY, LLC and XOOM ENERGY NEW YORK, LLC,<br><br>  Defendants. | No. 18 Civ. 2949 (ARR) (RER) |

**<u>CERTIFICATION</u>**

1.  My name is Steven Scalesse. I am over the age of 21, of sound mind, and I am fully competent to certify the matters detailed herein.

2.  I am currently employed as a Senior Production Support Analyst by XOOM Energy, LLC. I have been employed by XOOM since September 2014 and have held the following positions in that time: Operations Analyst II, Junior ETL Developer, ETL Developer, Production Support Analyst, and my current role as Senior Production Support Analyst. Based on my employment experience, I am familiar with and have knowledge about the computer records used by XOOM for storing information about customer accounts. I am thus qualified to make this certification on behalf of XOOM.

3.  I hereby certify that I have pulled electronic files, specifically Excel files, that contain the following information for the Class Members: XOOM enrollment number, full name(s) associated with the account, email addresses, service address, mailing address, all phone numbers associated with the account, and language preference(s), if known. I understand that these Excel

1

files are being produced to Plaintiff's counsel as XOOM_Mirkin_ClassList_01 through XOOM_Mirkin_ClassList_10, and are marked Confidential pursuant to a Protective Order.

4. I certify that these files contain the most current and up-to-date information that XOOM has for the Class Members.

Executed on November 7, 2023.

*/s/ Steven Scalesse*

Steven Scalesse