# MDM Declaration Exhibit E

# Confidential. Filed Under Seal