MDM Declaration Exhibit F

Confidential. Filed Under Seal