# MDM Declaration Exhibit G

# Confidential. Filed Under Seal