# MDM Declaration Exhibit H

# Confidential. Filed Under Seal