# MDM Declaration Exhibit I

## Confidential. Filed Under Seal