# EXHIBIT A

```
                          UNITED STATES DISTRICT COURT

                          EASTERN DISTRICT OF NEW YORK

      SUSANNA MIRKIN, et al.,        .   Docket No.
                                     .   1:18-CV-02949-ARR-JAM
             Plaintiffs,             .
                                     .
                v.                   .   Brooklyn, New York
                                     .   Friday, January 19, 2024
      XOOM ENERGY, LLC, et al.,      .   11:00 a.m.
                                     .
             Defendants.             .
      . . . . . . . . . . . . . . .  .


                       TRANSCRIPT OF STATUS CONFERENCE
                  BEFORE THE HONORABLE JOSEPH A. MARUTOLLO
                        UNITED STATES MAGISTRATE JUDGE

     APPEARANCES:

     For the Plaintiffs:          Wittels McInturff Palikovic
                                  STEVEN  L. WITTELS, ESQ.
                                  J. BURKETT MCINTURFF, III, ESQ.
                                  ETHAN D. ROMAN, ESQ.
                                  18 Half Mile Road
                                  Armonk, New York  10504

     For the Defendants:          McDowell Hetherington LLP
                                  MICHAEL D. MATTHEWS, JR., ESQ.
                                  DIANE S. WIZIG, ESQ.
                                  DAVID L. VILLARREAL, ESQ.
                                  1001 Fannin Street
                                  Suite 2400
                                  Houston, Texas 77002
                                  713-337-5580


     Transcription Service:       Superior Reporting Services LLC
                                     P.O. Box 5032
                                     Maryville, TN 37802
                                     865-344-3150


     Proceedings recorded by electronic sound recording;
     transcript produced by transcription service.
```

```
 1   I'll order that the joint pre-trial order and motions in
 2   limine be filed by April 3rd.  And again, the joint pre-trial
 3   order pursuant to Judge Ross's rule include the motions in
 4   limine, right?  So that's not unique to her rule, so just to
 5   be -- for the parties to follow her rules closely in terms of
 6   what precisely is required for her joint pre-trial order,
 7   that should be filed by no later than April 3rd.
 8             Again, in terms of the class decertification, I
 9   won't set a deadline now, but I will put a note in the docket
10   entry that the Defendant has raised it and is contemplating a
11   motion, unless Defendant has a deadline in mind or a timing
12   in mind as to when that pre-motion conference letter will be
13   filed or if that will be filed.
14             MR. MATTHEWS:  Your Honor, I'm sorry.  On the
15   motion to decertify, I don't believe that falls within Judge
16   Ross's requirements for a pre-motion letter.  That's not one
17   of the categories of motions that is specified requires such
18   a letter, but we don't plan to delay this motion.  It's
19   contended that we started working on and intend to get in
20   front of it in the next few weeks, but I don't think that a
21   letter is required.
22             I feel like I have to note just the suggestion that
23   we have just now -- that Plaintiff is just learning of these
24   motions for the first time on this call is just -- that's not
25   just not accurate.  We forecasted them in writing in prior
```

1    filings.
2              But we can comply with 75 days.  Despite what this
3    call may suggest, we have a pretty good working relationship
4    with Plaintiffs' Counsel, and we'll confer with them to get
5    that set up, and if something comes up that requires and the
6    parties need more time, we'll circle back with you as you
7    suggested.
8              THE COURT:  Well, I am going to order the parties
9    to file a letter that's directed to Judge Ross.  That isn't
10   for a pre-motion conference, but given the unique
11   circumstances here, that lays out a proposed schedule for
12   Defendants' motion to decertify the class, and I'll order you
13   to file that letter -- I'll order Defendants to file that
14   letter -- actually, you know what?  Let me just backtrack
15   here for a second.
16             I appreciate that her rules don't require a
17   pre-motion conference for this type of motion, but given the
18   history of this litigation, I do think it's wise to file
19   something similar to that.  So what I'm going to require is
20   that by January 31st, the parties submit a joint letter not
21   to exceed six pages in which the Defendant briefly goes over
22   the proposed motion to decertify the class and the Plaintiff
23   note their opposition and that a proposed briefing scheduled
24   agreed upon by the parties that the motion precede.
25             And that should be addressed to Judge Ross.

1           Now, that may ultimately get referred to me, but in
2  the first instance, that should be addressed to Judge Ross.
3           I'll put all of this in an order after the
4  conference.
5           MR. MATTHEWS:  Thank you, Your Honor.
6           THE COURT:  One other thing I just want to raise,
7  and this may have already come up over the course of the
8  litigation, but has there been mediation here?  A settlement
9  conference?  Any discussion about settlement?
10          MR. WITTELS:  Your Honor, this is Plaintiffs'
11 Counsel Steven Wittels.  We've repeatedly asked during the
12 past five years for Defendants to mediate in all matter of
13 forms -- letters, orally, and we've received no response.
14 Every turn has been blocked as they're doing now, and we're
15 ready to go to trial.
16          If they want to mediate, we're available and ready.
17          MR. MATTHEWS:  I guess there was -- before my firm
18 substituted in, there was some discussion of, I believe, an
19 individual settlement.  Since we substituted in, Mr. Wittels
20 is right that there have been a couple of times he's raised
21 settlement.  We have responded.  I've gotten back to him both
22 times.
23          We didn't take him up on it, but I just -- again,
24 we haven't ignored him.  It's just not a discussion that
25 we've had --

1  date, that could complicate the process that Your Honor has
2  outlined.
3          So I just wanted to --
4          THE COURT:  Understood.
5          MR. WITTELS:  -- bring that to everyone's
6  attention.
7          THE COURT: Understood.  All right.  Well, thanks
8  very much.  We'll set an order after this conference.
9          MR. MATTHEWS:  Thank you, Your Honor.
10         MR. MCINTURFF:  Thank you, Your Honor.
11         MR. WITTELS:  Good day.
12      (Proceedings adjourned at 11:36 a.m.)
13
14                  TRANSCRIBER'S CERTIFICATE
15      I certify that the foregoing is a correct
16  transcript from the electronic sound recording of the
17  proceedings in the above-entitled matter.
18
19                                      February 6, 2024
    *Faith Vance*
20                                  ___  _____
21  Faith Vance                         DATE
22  Legal Transcriber
23
24
25