# EXHIBIT 1

Lawsuit Exclusion

Karla Ramirez Tavarez <kramireztavarez1@gmail.com>
Sun 2/11/2024 7:32 PM
To:XOOM ENERGY NY LITIGATION <Info@XoomEnergyNYLitigation.com>

Hello,

My name is Crescencio Garcia Frometa. My current address is 2070 Clinton Ave Apt 11F Bronx, New York 10457-3646. My phone number is 347-261-3079. I hereby request that I be excluded from the Class in the Mirkin v. XOOM Energy, LLC litigation and receive none of the money or benefits of the trial.

Thank you.

Best,
Crescencio Garcia Frometa

| | |
|---|---|
| **From:** | Mahmuda Sultana <mahmudasultana1210@gmail.com> |
| **Sent:** | Sunday, January 7, 2024 5:11 PM |
| **To:** | XOOM ENERGY NY LITIGATION |
| **Subject:** | Exclude from Class - |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

Good evening, my name is Mahmuda Sultana.
My current address is, 53-04 Haspel St, apt 3B
& phone number (347)536-9045.

I hereby request I be excluded from the Class in Mirkin v. XOOM Energy, LLC litigation and receive none of the money or benefits of the trial.

Thank you.