

Michael D. "Matt" Matthews, Jr.
Partner
1001 Fannin Street, Suite 2400
Houston, TX 77002
Ph: 713.337.8879 // F: 713.333.8859
matt.matthews@mhllp.com

March 1, 2024

*Via CM/ECF*

The Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Mirkin, et al. v. XOOM Energy, LLC, et al.*; No. 18 Civ. 2949 (ARR) (JAM)

Dear Judge Ross:

In accordance with the Court's Individual Practices and Rules, Defendants write to notify Plaintiff and the Court that unredacted copies of the following papers in support of Defendants' Motion to Decertify the Class were served today on Plaintiff's counsel via electronic mail:

- Notice of Defendants' Motion to Decertify the Class, dated March 1, 2024;

- Declaration of Jason Loehde in Support of Defendants' Motion to Decertify the Class, dated March 1, 2024, with exhibits thereto;

- Declaration of Michael D. Matthews, Jr. in Support of Defendants' Motion to Decertify the Class, dated March 1, 2024, with Exhibits thereto; and

- Memorandum of Law in Support of Defendants' Motion to Decertify the Class, dated March 1, 2024.

When the motion is fully briefed, Defendants will electronically file all motion papers and provide the Court with a courtesy copy.

Defendants respectfully request that the Court set Defendants' Motion to Decertify the Class for oral argument at a date and time convenient for the Court.

                                                           Respectfully submitted,

                                                           Michael D. Matthews, Jr.

CC: All counsel of record via CM/ECF and email