

March 26, 2024

**Via ECF**
The Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:    *Mirkin, et al. v. XOOM Energy, LLC, et al.*, No. 18 Civ. 2949 (ARR) (JAM)

Dear Judge Ross,

We write on behalf of Plaintiff and the Class pursuant to Your Honor's Individual Rule I.E. to request a one-week extension of Plaintiff's deadline to serve Plaintiff's Opposition to Defendants' decertification motion. Defendants do not oppose this request so long as they are given a commensurate one-week extension for Defendants' Reply in support of their decertification motion.

The reason for this request is that due to unanticipated work conflicts and a greater than anticipated amount of time spent preparing for last week's settlement conference with Judge Marutollo, Plaintiff's counsel require additional time to adequately prepare our Opposition. The parties further agreed to a one-week extension for Defendants' Reply to accommodate the revised Opposition date and the defense counsel's work conflicts.

Per Your Honor's Individual Rule I.E., the current and requested new deadlines follow:

| Brief | Current Deadline | Requested New Deadline |
|---|---|---|
| Plaintiff's Opposition | March 29, 2024 | April 5, 2024 |
| Defendants' Reply | April 19, 2024 | May 3, 2024 |

This is Plaintiff's first request to extend these deadlines and Defendants do not oppose the request. No other scheduled dates are affected.

Thank you for the Court's consideration of this request.

                                                                     Respectfully Submitted

                                                                     /s/ Ethan D. Roman
                                                                         Ethan D. Roman

                                                                   *Class Counsel for Plaintiff and the Class*

cc: All Counsel of Record (*via ECF*)