UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SUSANNA MIRKIN, Individually and on
Behalf of All Others Similarly Situated,

        *Plaintiffs*,

  -against-

XOOM ENERGY, LLC, and XOOM ENERGY
NEW YORK, LLC,

        *Defendants*.

18-CV-2949 (ARR) (RER)

**NOTICE OF APPEARANCE**

      **PLEASE TAKE NOTICE** that Bradley Simon, of the law firm of Schlam Stone & Dolan LLP, is appearing in this action as counsel for Plaintiff Susanna Mirkin and the Class, and certifies that he is admitted to practice in this Court. Please take further notice that all papers and correspondence in this proceeding should be directed to the undersigned counsel at the address and email address below.

Dated:  New York, New York
         March 28, 2024

        **SCHLAM STONE & DOLAN LLP**

        By: /s/ *Bradley Simon*
            Bradley Simon
            26 Broadway
            New York, New York 10004
            Tel.: (212) 344-5400
            Fax: (212) 344-7677
            E-mail: bsimon@schlamstone.com

*Attorney for Plaintiff Susanna Mirkin and the Class*