# Exhibit B

```
                        UNITED STATES DISTRICT COURT

                        EASTERN DISTRICT OF NEW YORK

   SUSANNA MIRKIN, et al.,       .   Docket No.
                                 .   1:18-CV-02949-ARR-JAM
        Plaintiffs,              .
                                 .
           v.                    .   Brooklyn, New York
                                 .   Friday, January 19, 2024
   XOOM ENERGY, LLC, et al.,     .   11:00 a.m.
                                 .
        Defendants.              .
   . . . . . . . . . . . . . . . .


                   TRANSCRIPT OF STATUS CONFERENCE
              BEFORE THE HONORABLE JOSEPH A. MARUTOLLO
                   UNITED STATES MAGISTRATE JUDGE

APPEARANCES:

For the Plaintiffs:        Wittels McInturff Palikovic
                           STEVEN  L. WITTELS, ESQ.
                           J. BURKETT MCINTURFF, III, ESQ.
                           ETHAN D. ROMAN, ESQ.
                           18 Half Mile Road
                           Armonk, New York  10504

For the Defendants:        McDowell Hetherington LLP
                           MICHAEL D. MATTHEWS, JR., ESQ.
                           DIANE S. WIZIG, ESQ.
                           DAVID L. VILLARREAL, ESQ.
                           1001 Fannin Street
                           Suite 2400
                           Houston, Texas 77002
                           713-337-5580


Transcription Service:     Superior Reporting Services LLC
                              P.O. Box 5032
                              Maryville, TN 37802
                              865-344-3150



Proceedings recorded by electronic sound recording;
transcript produced by transcription service.
```

2

1               P R O C E E D I N G S

2               THE CLERK:  Docket number 18-cv-2949, Mirkin et al.

3    versus Xoom Energy, LLC, et al.

4               Parties, please state their appearances for the

5    record starting with the plaintiff.

6               MR. MCINTURFF:  Good morning, Your Honor.

7               MR. WITTELS:  For Plaintiffs --

8               MR. MCINTURFF:  Sorry, Your Honor.

9               MR. WITTELS:  Did you want to --

10              MR. MCINTURFF:  Good morning, Your Honor.  This is

11   Burkett McInturff on behalf of Plaintiffs.  Plaintiff in the

12   class, and I have with my colleagues Steven Wittels and Ethan

13   Roman also on behalf of Plaintiff and the class.

14              MR. MATTHEWS:  Good morning, Your Honor.

15              THE COURT:  Good morning.

16              MR. MATTHEWS:  I'm sorry about that, Your Honor.

17   This is Matt Matthews for Xoom and also with me this morning

18   are my colleagues, Diane Wizig and David Villarreal.

19              THE COURT:  Okay. Great. So we're here for a

20   status conference in this case.  This case has been, as

21   you're aware, transferred to me From Judge Reyes.  So let me

22   just get some background here on where things are.

23              From Plaintiffs' perspective, especially in light

24   of the recent developments from the Second Circuit and the

25   proposed path forward from Plaintiff's perspective.

1  submit our in limine motion.

2  So that is something when my colleague Mr.
3  McInturff said we have to work hard at, this just not
4  submitting things to do that you will do.  We have to be
5  giving the judge a package of exactly what motions he has to
6  decide, and they'll be briefed.  So it's quite clear from Mr.
7  Matthews' description if he thinks the motion that he plans
8  that experts can't testify, and of course we disagree with
9  that.  That'll be part of an in limine motion.

10  The second aspect of a motion to decertify the
11  class, I believe it's time barred, number one, but even if it
12  weren't, he's suggesting things about common proof that
13  really go to the class cert issue.  The judge has already
14  articulated a request motion that there's ample ground for
15  the Plaintiffs to present common proof that the Defendants
16  violated the contract.  And this is a simple breach of
17  contract claim, which his courts over the years -- all the
18  courts in the Second Circuit and elsewhere in the country
19  have said that breach of contract cases are ideally suited
20  for common resolution, as is our case.

21  And the question is, will the jury agree that the
22  Defendants breach the contract?  And, Judge, if you read our
23  decision, it's articulated many reasons why she thinks
24  there's a question of fact as to that question, that the
25  (indiscernible) violated the contract by not using and not

1  date, that could complicate the process that Your Honor has
2  outlined.
3            So I just wanted to --
4            THE COURT:  Understood.
5            MR. WITTELS:  -- bring that to everyone's
6  attention.
7            THE COURT: Understood.  All right.  Well, thanks
8  very much.  We'll set an order after this conference.
9            MR. MATTHEWS:  Thank you, Your Honor.
10           MR. MCINTURFF:  Thank you, Your Honor.
11           MR. WITTELS:  Good day.
12       (Proceedings adjourned at 11:36 a.m.)
13
14                   TRANSCRIBER'S CERTIFICATE
15       I certify that the foregoing is a correct
16  transcript from the electronic sound recording of the
17  proceedings in the above-entitled matter.
18
19                                       February 6, 2024
     *Faith Vance*
20                                ___   _____
21  Faith Vance                          DATE
22  Legal Transcriber
23
24
25