UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSANNA MIRKIN, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>XOOM ENERGY, LLC and XOOM ENERGY NEW YORK, LLC,<br><br>Defendants. | Case No.: 18 Civ. 2949 (ARR) (JAM) |

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4 and upon the accompanying Declaration of Steven D. Cohen, I hereby move this Court to withdraw my appearance for Plaintiff Susanna Mirkin and to remove my name from the ECF service lists in the above-captioned action.

Dated: April 1, 2024

                                              By:   /s/ Steven D. Cohen
                                                        Steven D. Cohen

                                                        *Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Motion to Withdraw As Counsel was filed and served via ECF this 1st day of April 2024 upon all counsel of record.

/s/ Steven D. Cohen
Steven D. Cohen