UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSANNA MIRKIN, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>XOOM ENERGY, LLC and XOOM ENERGY NEW YORK, LLC,<br><br>Defendants. | Case No.: 18 Civ. 2949 (ARR) (JAM) |

## DECLARATION OF STEVEN D. COHEN

Steven D. Cohen, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I submit this declaration in compliance with Local Civil Rule 1.4 to notify the Court that I am withdrawing as counsel because I have left the employment of Wittels McInturff Palikovic.

2. My withdrawal will not delay the matter or prejudice any party, and I am not retaining or charging a lien.

3. Wittels McInturff Palikovic will continue to represent Plaintiff Susanna Mirkin and the Class in this matter.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 1, 2024           By:    /s/ Steven D. Cohen
                                      Steven D. Cohen