UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSANNA MIRKIN,<br>Individually and on Behalf of All Others Similarly Situated,<br><br>             Plaintiff,<br><br>  v.<br><br>XOOM ENERGY, LLC, and<br>XOOM ENERGY NEW YORK, LLC,<br><br>             Defendants. | Case No: 1:18-cv-02949-ARR-JAM |

**MOTION TO WITHDRAW AS COUNSEL BY DMITRY KHEYFITS**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4 and upon the accompanying Declaration of Dmitry Kheyfits, I hereby move this Court to withdraw my appearance for Plaintiff Susanna Mirkin and to remove my name from the ECF service list in the above-captioned action.

Given the case's current posture and to streamline trial preparation, my appearance in the case is no longer required. My partner, Andrey Belenky, as well as counsel from Schlam Stone & Dolan and Wittels McInturff Palikovic, remain counsel of record for the Plaintiff and the Class. As stated in the accompanying declaration, I do not assert a retaining or charging lien.

Accordingly, I respectfully ask the Court to withdraw as counsel of record for Plaintiff.

Dated: Austin, TX
   April 1, 2024

By: /s/ Dmitry Kheyfits
Dmitry Kheyfits
KHEYFITS BELENKY LLP
12600 Hill Country Blvd, Suite R-275
Austin, TX 78738
Tel. 737-228-1838
Fax. 737-228-1843

1

E-mail: dkheyfits@kblit.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

  I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on April 1, 2024.

/s/ Dmitry Kheyfits
_____
Dmitry Kheyfits
