**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SUSANNA MIRKIN, Individually and on Behalf of All Others Similarly Situated, <br><br>                                    Plaintiff, <br><br> v. <br><br> XOOM ENERGY, LLC, and XOOM ENERGY NEW YORK, LLC, <br><br>                                    Defendants. | Case No: 1:18-cv-02949-ARR-JAM |

**DECLARATION OF DMITRY KHEYFITS**

Dmitry Kheyfits, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I submit this declaration in compliance with Local Civil Rule 1.4 to notify the Court that I am withdrawing as counsel.

2. My withdrawal will not delay the matter or prejudice any party, and I am not retaining or charging a lien.

3. My partner, Andrey Belenky, as well as counsel from Schlam Stone & Dolan and Wittels McInturff Palikovic, will continue to represent Plaintiff Susanna Mirkin and the Class in this matter.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   April 1, 2024                               By:      /s/ Dmitry Kheyfits
Austin, TX                                                              Dmitry Kheyfits

1