UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

SUSANNA MIRKIN,
Individually and on Behalf of All Others Similarly Situated,

                Plaintiff,

v.

XOOM ENERGY, LLC, and
XOOM ENERGY NEW YORK, LLC,

                Defendants.

Case No: 1:18-cv-02949-ARR-JAM

**MOTION TO WITHDRAW AS COUNSEL BY DANIEL HYMOWITZ**

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4 and upon the accompanying Declaration of Daniel Hymowitz, I hereby move this Court to withdraw my appearance for Plaintiff Susanna Mirkin and to remove my name from the ECF service list in the above-captioned action.

Given the case's current posture and to streamline trial preparation, my appearance in the case is no longer required. My colleagues from Schlam Stone & Dolan, Wittels McInturff Palikovic, and Kheyfits Belenky remain counsel of record for the Plaintiff and the Class. As stated in the accompanying declaration, I do not assert a retaining or charging lien.

Accordingly, I respectfully ask the Court to withdraw as counsel of record for Plaintiff.

Dated: Brookly, NY
       April 2, 2024

By: /s/ Daniel Hymowitz
Daniel Hymowitz
Hymowitz Law Group, PLLC
1629 Sheepshead Bay Rd, Floor 2
Brooklyn, NY 11235
Tel. 718-807-9900
Fax. 866-521-6040

1

E-mail: daniel@hymowitzlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system on April 2, 2024.

/s/ Daniel Hymowitz
Daniel Hymowitz