**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SUSANNA MIRKIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                        Plaintiff,<br><br>v.<br><br>XOOM ENERGY, LLC, and<br>XOOM ENERGY NEW YORK, LLC,<br><br>                       Defendants. | Case No: 1:18-cv-02949-ARR-JAM |

## DECLARATION OF DANIEL HYMOWITZ

Daniel Hymowitz, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I submit this declaration in compliance with Local Civil Rule 1.4 to notify the Court that I am withdrawing as counsel.

2. My withdrawal will not delay the matter or prejudice any party, and I am not retaining or charging a lien.

3. My colleagues from Schlam Stone & Dolan, Wittels McInturff Palikovic, and Kheyfits Belenky will continue to represent Plaintiff Susanna Mirkin and the Class in this matter.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  April 2, 2024                      By:    /s/ Daniel Hymowitz
Brooklyn, NY                                                         Daniel Hymowitz