EXHIBIT B-3
FILED UNDER SEAL