# Exhibit B-4
# Filed Under Seal