EXHIBIT B-5
FILED UNDER SEAL