# Exhibit B-6
# Filed Under Seal