# Exhibit B-7
# Filed Under Seal