# EXHIBIT B-8
# FILED UNDER SEAL