# EXHIBIT B-9
# FILED UNDER SEAL