EXHIBIT B-10
FILED UNDER SEAL