EXHIBIT A-7
FILED UNDER SEAL