# EXHIBIT A-8
# FILED UNDER SEAL