# Exhibit A

**Mirkin v. XOOM Energy Pretrial Schedule**

The parties will continue to meet and confer by telephone on Tuesdays at 2pm EDT.

Deadlines for *motions in limine* (including *Daubert*) will be determined based on the Court's handling of the parties' disagreement regarding Plaintiff's application to amend her expert report.

| Date | Activity |
|---|---|
| April 5, 2024 | **Plaintiff**<br>• Serve Response to Decertification Motion<br>**Both Parties**<br>• Objections to witnesses<br>• Objections to deposition designations<br>• Deposition cross-designations<br>• Objections to exhibits<br>• Rebuttal exhibit list<br>**Defendants**<br>• Redline to jury instructions<br>• Response to jurisdiction statement |
| April 19, 2024 | **Both Parties**<br>• Trial Memorandum for parties to evaluate disagreements regarding governing law |
| April 26, 2024 | **Both Parties**<br>• Objections to deposition cross-designations<br>• Objections to rebuttal exhibit list<br>**Defendants**<br>• Reply on Decertification Motion<br>• File Decertification Motion briefing |
| May 3, 2024 | **Plaintiff**<br>• Draft of the Pretrial Order |
| May 10, 2024 | **Defendants**<br>• Revisions/additions to the Pretrial Order |
| May 14, 2024 | **Defendants** (For filing with the Pretrial Order)<br>• Revisions to trial memorandum<br>• Statement of damages claimed or other relief sought (if any) |
| May 17, 2024 | **Plaintiff**<br>• File the Pretrial Order (excluding motions in limine)<br>**Both Parties**<br>• Submit copies of respective exhibits to Court |