# Exhibit 3

Plaintiff's Deposition Designations
with Defendants' Objections and Counter-Designations

**May 11, 2022 – Andew Coppola:**

| Designation | XOOM's Objections | XOOM's Counterdesignations | Plaintiff's Objections / Further Designations for Completeness | XOOM Objections to Plaintiff's Counter-Counterdesignations |
|---|---|---|---|---|
| 30:22–31:2 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 31:3–32:1 | None | |
| 34:10–12 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 32:21–34:9 <br><br> 34:13–15 | None <br><br> None | |
| 36:1–39:19 | **Rule 401, Relevance** – unrelated to variable-rate setting; **Rule 403, Probative Value** – prejudicial, misleading | 39:21–40:19 <br><br><br><br><br><br> 41:1–4 <br><br><br><br><br> 41:22–43:25 | None through 40:3 40:4–40:19: 402 (relevance); 403 (undue delay, wasting time) <br><br> 402 (relevance – unrelated to rate setting); 403 (undue delay, wasting time); 602 (speculation) <br><br> 402 (relevance – unrelated to XOOM); 403 (undue delay, wasting time) | |
| 49:16–51:20 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 49:2–15 <br><br> 51:21–23 <br><br> 52:11–53:6 | None <br><br> None <br><br> None | |

|  |  | 53:21–22 | None |  |
|---|---|---|---|---|
| 51:24–52:10 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 51:21–23 | None |  |
|  |  | 52:11–53:6 | None |  |
|  |  | 53:21–22 | None |  |
| 75:11–19 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 74:21–75:10 | None |  |
|  |  | 75:20–77:8 | None for 76:10–77:8 |  |
|  |  |  | 75:20–76:9:  402 (relevance – unrelated to rate setting); 403 (undue delay, wasting time) |  |
| 77:22-79:21 | **Rule 401, Relevance** – no bearing on claim at issue; **Rule 403, Probative Value** – prejudicial, misleading; **Rule 602, Personal Knowledge; Rule 701, Speculation** |  |  |  |
| 81:18–83:6 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 83:7 –84:5 | None |  |
| 84:6–85:7 | **Rule 401, Relevance** – unrelated to variable rate-setting; **Rule 403, Probative Value** – prejudicial, misleading; **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 83:7 –84:5 | None |  |
|  |  | 85:8–86:18 | 402 (relevance – unrelated to NY rate setting); 403 (undue delay, wasting time); 602 (speculation) |  |
| 86:19–88:14 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 85:8–86:18 | 402 (relevance – unrelated to NY rate setting); 403 (undue |  |

3

| | | 88:15–91:10 | delay, wasting time); 602 (speculation)<br><br>403 (undue delay, wasting time) | |
|---|---|---|---|---|
| 91:13-96:2 | **Rule 401, Relevance** - unrelated to contract at issue; **Rule 403, Probative Value** - prejudicial, misleading; **Rule 602, Personal Knowledge; Rule 701, Speculation;** XOOM also incorporates its objections to the underlying exhibit | | | |
| 97:22–98:18 | **Rule 401, Relevance** - unrelated to contract at issue; **Rule 403, Probative Value** - prejudicial, misleading | | | |
| 107:6–108:1 | **Rule 401, Relevance** – unrelated to variable rate-setting; **Rule 403, Probative Value** – prejudicial, misleading | | | |
| 125:4–17 | | | | |
| 136:5–24 | **Rule 401, Relevance** – answer to hypothetical question can have no relevance; **Rule 602, Personal Knowledge; Rule 701, Speculation; Foundation; Assumes Facts Not in Evidence** | | | |
| 142:10–144:7 | **Rule 602, Personal Knowledge; Rule 701, Speculation**; **Best Evidence Rule** | | | |
| 147:1–148:9 | **Rule 602, Personal Knowledge; Rule 701, Speculation**; **Best Evidence Rule; Rule 32(a)(6), Incomplete; Rule 403, Misleading** – danger of misleading the jury without context | 148:10–150:13 | None | |
| 150:15–151:20 | **Rule 403, Probative Value** – misleading, prejudicial; **Best Evidence Rule; Rule 32(a)(6), Incomplete; Rule 403, Misleading** – danger of misleading the jury without context | 148:10–150:13 | None | |
| 152:4-23 | | | | |
| 157:2–14 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading** – danger of misleading the jury without context | 154:18–157:1 | 154:5–17 | |

| | | | | |
|---|---|---|---|---|
| 159:9–160:7 | **Rule 401, Relevance –** Coppola's guesses as to what Ryan Park thought or meant are not probative**; Rule 602, Personal Knowledge; Rule 701, Speculation**; **Rule 403, Probative Value –** misleading, prejudicial**; Best Evidence Rule; Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 160:8–25 | 161:1–162:21 | **Rule 602, Personal Knowledge; Rule 701, Speculation**; **Rule 403, Probative Value –** misleading, prejudicial**;** |
| 162:4–21 | **Rule 401, Relevance –** competitive intelligence not relevant to variable rate-setting**; Rule 602, Personal Knowledge; Rule 701, Speculation**; **Rule 403, Probative Value –** misleading, prejudicial**; Best Evidence Rule** | | | |
| 163:20–164:3 | XOOM incorporates its objections to the underlying exhibit | | | |
| 167:22–168:14 | **Rule 401, Relevance –** ratio of variable-rate to fixed-rate customers not pertinent**; Rule 403, Probative Value –** misleading, prejudicial**; Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 166:14–167:21 | None | |
| 168:22–170:19 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 170:20–173:11 | Unrelated to designation; 403 (wasting time, undue delay) | |
| 175:7–24 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 169:4–173:11 | Unrelated to designation; 403 (wasting time, undue delay) | |
| | | 175:25–177:25 | Unrelated to designation; 403 (wasting time, undue delay) | |

|  |  | 198:9–200:15 | Unrelated to designation; 403 (wasting time, undue delay; misleading the jury); 602 (speculation) |  |
|---|---|---|---|---|
| 178:1–8 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading** – danger of misleading the jury without context | 175:25–177:25 | Unrelated to designation; 403 (wasting time, undue delay) |  |
| 189:20-190:1 | XOOM incorporates its objections to the underlying exhibit |  |  |  |
| 191:25–195:10 | **Rule 401, Relevance** – unrelated to variable rate-setting; **Rule 403, Probative Value** – **prejudicial, misleading; Rule 602, Personal Knowledge; Rule 701, Speculation; Best Evidence Rule** |  |  |  |
| 198:4–8 | **Rule 401, Relevance** – unrelated to variable rate-setting; **Rule 403, Probative Value** – prejudicial, misleading; **Rule 602, Personal Knowledge; Rule 701, Speculation; Best Evidence Rule; Rule 32(a)(6), Incomplete; Rule 403, Misleading** – danger of misleading the jury without context | 198:9–200:15 | 403 (wasting time, undue delay; misleading the jury); 602 (speculation); NR |  |
| 202:21–203:1 | **Relevance** –unrelated to variable rate-setting; **Rule 403, Probative Value** – prejudicial, misleading; **Rule 602, Personal Knowledge; Rule 701, Speculation;** **Best Evidence Rule; Rule 32(a)(6), Incomplete; Rule 403, Misleading** – danger of misleading the jury without context | 203:19–204:16 | Unrelated to designation; 403 (wasting time, undue delay) |  |
| 215:24–216:11 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading** – danger of misleading the jury without context; **Best Evidence Rule** | 217:13–218:3 | Unrelated to designation; 403 (wasting time, undue delay) |  |

| 220:23–221:18 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 221:19–222:18 | 403 (wasting time, undue delay)<br><br>222:19–223:4 | 222:19–223:4 – **Foundation; Question Assumes Facts Not in Evidence** |
| 229:19–230:7 | | | | |
| 233:17–234:9 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 230:24–233:8 | None for 230:24–231:22<br><br>231:23–233:8:  403 (undue delay, wasting time) | |
| | | 234:10–19 | 403 (misleading the jury); 602 (speculation) | |
| | | 248:18–251:15 | Unrelated to designation; 403 (wasting time, undue delay) | |
| | | 284:14–285:2 | 611c | |
| | | 285:3–25 | 611c; AS | |
| | | 286:12—286:20 | 611c | |
| 235:6–25 | | | | |
| 237:22–239:3 | **Rule 401, Relevance** –unrelated to variable rate-setting; **Rule 403, Probative Value** – prejudicial, misleading; **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 237:8–21<br><br>284:14–285:2 | None<br><br>611c | |

|  |  | 286:12—286:20 | 611c |  |
|---|---|---|---|---|
| 252:9-20 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading** – danger of misleading the jury without context | 252:21–253:5 | None |  |
| 253:6–254:4 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading** – danger of misleading the jury without context | 252:21–253:5<br><br>254:5–22<br><br><br><br>254:23–256:3 | None<br><br>403 (misleading the jury); 602 (speculation) |  |
| 259:9–18 | **Rule 401, Relevance** –unrelated to variable rate-setting; **Rule 403, Probative Value** – prejudicial, misleading; **Rule 32(a)(6), Incomplete; Rule 403, Misleading** – danger of misleading the jury without context | 257:23–259:8<br><br><br>259:19–260:8 | 403 (misleading the jury); 602 (speculation); A<br><br>403 (undue delay, wasting time); NR | Rule 401, Relevance – Coppola's testimony concerning what Loehde said is not probative; **Rule 602, Personal Knowledge; Rule 701, Speculation** |
| 262:24–263:20 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading** – danger of misleading the jury without context | 261:10–262:23<br><br>263:21–19 | 602 (speculation)<br><br>Improper designation |  |
| 277:16–278:1 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading** – danger of misleading the jury without context | 278:2–281:13 | None for 279:7–280:22<br><br>403 (cumulative); 611c; AS |  |
| 282:3–20 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading** – danger of misleading the jury without context | 282:21–285:25 | 611c; AS |  |

**May 12, 2022 – Thomas Ulry:**

| Designation | XOOM's Objections | XOOM's Counterdesignations | Plaintiff's Objections / Further |
|---|---|---|---|

| | | | **Designations for Completeness** |
|---|---|---|---|
| 14:23–15:23 | | | |
| 29:3–18 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading** – danger of misleading the jury without context | 29:19-30:4 | None |
| 30:5–21 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading** – danger of misleading the jury without context | 29:19-30:4 | None |
| | | 30:22-32:4 | None |
| 32:20–33:2 | **Foundation**; **Assumes Facts Not in Evidence** | 31:3–32:4 | None |
| 35:7–19 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading** – danger of misleading the jury without context | 35:20-37:2 | 402 (relevance – unrelated to NY rate setting) |
| 42:9–43:1 | **Rule 401, Relevance** - unrelated to contract at issue; **Rule 403, Probative Value** – prejudicial, misleading; **Best Evidence Rule**. | | |
| 44:3–47:12 | **Rule 401, Relevance** - unrelated to contract at issue; **Rule 403, Probative Value** – prejudicial, misleading; **Best Evidence Rule**. | | |
| 52:20–53:7 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading** – danger of misleading the jury without context | 31:3–32:4 | None |
| 58:10–59:2 | XOOM incorporates its objections to the underlying exhibit | | |
| 59:16–62:1 | **Rule 401, Relevance** – sales partner focused on acquisition, meaning fixed and introductory rates, not variable rates; **Rule 403, Probative Value** - misleading, prejudicial; **Rule 602, Personal Knowledge; Rule 701, Speculation; Rule 801, Hearsay** | 59:3–15 | 402 (relevance – unrelated to NY rate setting); 403 (undue delay, wasting time) |
| | | 62:2–14 | None |
| 62:15–63:4 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading** – danger of misleading the jury without context | 63:5-23 | None |
| 63:24–64:3 | | | |
| 65:1–67:6 | **Rule 602, Personal Knowledge; Rule 701, Speculation** | 67:7-12 | None |

| 67:13–69:17 | 67:13–20: **Rule 602, Personal Knowledge; Rule 701, Speculation; Rule 401, Relevance** – Ulry's testimony that he does not know what a range in a document means is not relevant<br><br>69:4–17: **Rule 602, Personal Knowledge; Rule 701, Speculation** | 67:7-12 | None |
| 69:19–70:2 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading** – danger of misleading the jury without context | 31:3–32:4<br><br>70:3–16 | None<br><br>None |
| 74:17–75:6 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading** – danger of misleading the jury without context | 75:17-77:20<br><br>78:11-81:10 | Unrelated to designation; 403 (wasting time, undue delay)<br><br>Unrelated to designation; 403 (wasting time, undue delay) |
| 86:4–88:9 | **Rule 602, Personal Knowledge; Rule 701, Speculation; Rule 403, Probative Value** - prejudicial, misleading, ambiguous, compound questions; **Rule 401, Relevance** –unrelated to variable rate-setting | 85:7–86:3 | 602 (speculation) |
| 91:4–20 | XOOM incorporates its objections to the underlying exhibit | | |
| 92:23–94:1 | **Rule 401, Relevance** – unrelated to variable rate-setting; **Rule 403, Probative Value** – prejudicial, misleading | 106:6–107:2 | Unrelated to designation; 402 (relevance – unrelated to rate setting); 403 (wasting time, undue delay) |
| 94:2–20 | **Rule 602, Personal Knowledge; Rule 701, Speculation** | | |

**June 24, 2022 – Troy Chidester:**

| Designation | XOOM's Objections | XOOM's Counterdesignations | Plaintiff's Objections / Further Designations for Completeness |
|---|---|---|---|
| 15:14–16:5 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 16:6–22<br><br>36:14–22 | None<br><br>None |
| 17:9–18:2 | **Assumes facts not in evidence; Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 18:3–19:25 | None |
| 21:4–16 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 21:17-18 | None |
| 48:19–49:19 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context<br><br>49:15-19: **Rule 602, Personal Knowledge; Rule 701, Speculation** | 49:20–50:2 | None |
| 50:3–10 | **Rule 602, Personal Knowledge; Rule 701, Speculation** | | |
| 64:2–16 | **Rule 401, Relevance** – unrelated to variable rate-setting; **Rule 403, Probative Value** – prejudicial, misleading; **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 66:11–67:11<br><br>70:7–17 | None<br><br>None |
| 68:17–24 | **Rule 401, Relevance** –fixed-rate data subject to MIL, unrelated to variable rate-setting; **Rule 403, Probative Value** – prejudicial, misleading; **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 68:25-69:6 | None |

| 69:7–17 | **Rule 401, Relevance** – unrelated to variable rate-setting; **Rule 403, Probative Value** – prejudicial, misleading | 66:11–67:11<br><br>18:13-19:25 | None<br><br>None |
|---|---|---|---|
| 93:21–94:15 | | | |
| 99:8–14 | **Rule 401, Relevance** – unrelated to variable rate-setting; **Rule 403, Probative Value** – prejudicial, misleading | 66:11–67:11<br><br>18:13-19:25 | None<br><br>None |
| 104:13–20 | **Rule 401, Relevance** – unrelated to variable rate-setting; **Rule 403, Probative Value** – prejudicial, misleading | 66:11–67:11<br><br>18:13-19:25 | None<br><br>None |
| 129:3–20 | | | |
| 133:6–134:19 | **Rule 401, Relevance** – unrelated to variable rate-setting; **Rule 403, Probative Value** – prejudicial, misleading<br><br>Objection to 134:9-15: **Best Evidence Rule**. | | |
| 135:20–136:11 | **Rule 401, Relevance** | | |
| 137:18–138:8 | **Rule 401, Relevance** – unrelated to variable rate-setting; **Rule 403, Probative Value** – prejudicial, misleading; **Best Evidence Rule**. | | |

**June 29, 2022 – Patricia Kulesa:**

| Designation | XOOM's Objections | XOOM's Counterdesignations | Plaintiff's Objections / Further Designations for Completeness |
|---|---|---|---|
| 39:20–41:8 | **Rule 401, Relevance** – unrelated to variable rate-setting; **Rule 32(a)(6), Incomplete; Rule 403, Misleading** – danger of misleading the jury without context | 38:17-39:19<br><br>41:9–43:12 | None<br><br>None |
| 100:4–11 | **Rule 401, Relevance** – unrelated to variable rate-setting or contract at issue; **Rule 32(a)(6),** | 99:19-100:3 | None |

| | | | |
|---|---|---|---|
| | **Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | | |
| 102:5–9 | **Rule 401, Relevance** – unrelated to variable rate-setting or contract at issue; **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 101:9–102:4<br><br>102:10–22 | None<br><br>None |

**July 22, 2022 – Ryan Park:**

| Designation | XOOM's Objections | XOOM's Counterdesignations | Plaintiff's Objections / Further Designations for Completeness |
|---|---|---|---|
| 29:15–30:6 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 30:7–32:19 | None |
| 32:20–35:23 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 30:7-32:19<br><br>35:24-36:16 | None<br><br>None |
| 36:17–37:16 | **Rule 403, Probative Value** - prejudicial, misleading, ambiguous; **Foundation; Assumes Facts Not in Evidence**. | 35:24-36:16 | None |
| 41:10–17 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 40:3-41:9 | None |
| 43:20–45:11 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 45:12-46:22 | None |
| 46:23–48:3 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 45:12-46:22 | None |
| 75:20–76:4 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 76:9–22 | None |
| 90:13–91:11 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 91:12-92:11 | None |
| 94:15–95:3 | | | |

| 98:10–15 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 98:6–9; | None |
| | | 98:16–99:19 | None |
| | | 100:23–107:7 | Unrelated to designation; 403 (wasting time, undue delay) |
| | | 107:16–110:14 | Unrelated to designation; 403 (wasting time, undue delay) |
| 99:20–100:22 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 98:6–9; | None |
| | | 98:16–99:19 | 402 (relevance – unrelated to Class rates); 403 (wasting time, undue delay) |
| | | 100:23–107:7 | Unrelated to designation; 403 (wasting time, undue delay) |
| | | 107:16–110:14 | Unrelated to designation; 403 (wasting time, undue delay) |
| 107:8–15 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 98:6–9; | None |
| | | 98:16–99:19 | 402 (relevance – unrelated to Class |

| | | | |
|---|---|---|---|
| | | | rates); 403 (wasting time, undue delay) |
| | | 100:23–107:7 | Unrelated to designation; 403 (wasting time, undue delay) |
| | | 107:16–110:14 | Unrelated to designation; 403 (wasting time, undue delay) |
| 145:25–146:16 | XOOM incorporates its objections to the underlying exhibit | | |
| 149:5–18 | **Rule 401, Relevance** – fixed-rate margins have no bearing on this case; **Rule 403, Probative Value** – misleading, prejudicial | 149:19–153:3 | 602 (speculation) |
| 190:14–191:4 | | | |
| 197:19–198:25 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading** – danger of misleading the jury without context | 196:13–197:18 | None |
| | | 199:1–200:7 | 402 (relevance – unrelated to rate setting); 403 (wasting time, undue delay, misleading the jury); 602 (speculation) |
| 211:24–212:24 | 212:15-24: **Rule 401, Relevance** – unrelated to variable-rate setting; **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 212:25–214:11 | None |
| 217:7–17 | | | |
| 220:8–12 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 219:25-220:11 | None |

**July 27 2022 – Jason Loehde:**

| Designation | XOOM's Objections | XOOM's Counterdesignations | Plaintiff's Objections / Further Designations for Completeness |
|---|---|---|---|
| 39:25–41:15 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 38:7–39:3<br><br>39:19–24 | None<br><br>None |
| 46:14–48:25 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 46:3–13<br><br>49:1–25 | None<br><br>None |
| 51:4–52:10 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 50:14–51:3<br><br>52:11-53:20 | None<br><br>None |
| 53:21–54:11 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 52:11-53:20<br><br>54:12–22 | None<br><br>None |
| 56:7–16 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 55:10–56:6<br><br>56:17–58:12 | None<br><br>None |
| 59:11–61:19 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 61:20–63:22 | None |
| 63:23–64:5 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 61:20–63:22<br><br>64:6–65:23 | None<br><br>None |
| 65:24–66:10 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 64:6–65:23<br><br>66:11–67:8 | None<br><br>None |
| 67:9–16 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 66:11–67:8<br><br>67:17–22 | None<br><br>None |

| | | | |
|---|---|---|---|
| 67:23–68:10 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 67:17–22 | None |
| | | 68:11–72:6 | None |
| 148:22–149:15 | **Rule 401, Relevance** – whether Loehde reviewed the document in preparation for deposition is irrelevant; **Rule 602, Personal Knowledge**; **Rule 701, Speculation**; **Best Evidence Rule** | | |
| 152:19–154:17 | 152:19-23: **Rule 401, Relevance** – the testimony by the attorney concerning the email is not admissible and is irrelevant; Rule 403, Probative Value; Best Evidence Rule | | |
| 165:9–167:18 | **Rule 401, Relevance** – Loehde's speculation concerning the meaning of Park's comments is not relevant**; Rule 602, Personal Knowledge; Rule 701, Speculation; Best Evidence Rule** | | |
| 180:11–19 | | | |
| 181:20–182:1 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 181:3–19 | None |
| 189:8–15 | | | |
| 195:12–196:4 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 194:13–195:11 | None |
| 200:3–12 | **Rule 401, Relevance –** unrelated to variable rate-setting**; Rule 403, Probative Value; Rule 602, Personal Knowledge; Rule 701, Speculation; Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 75:9–23 | Unrelated to designation; 403 (undue delay, wasting time) |
| | | 198:3–199:1 | 403 (cumulative); NR (deponent does not answer the question asked) |
| 200:23–201:7 | **Rule 401, Relevance –** unrelated to variable rate-setting**; Rule 403, Probative Value;** XOOM incorporates its objections to the underlying exhibit | | |

| | | | |
|---|---|---|---|
| 209:2–211:8 | **Rule 403, Probative Value** – prejudicial, misleading; **Rule 32(a)(6), Incomplete; Rule 403, Misleading** – danger of misleading the jury without context | 211:9–15 | None |
| 211:16–212:4 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading** – danger of misleading the jury without context | 211:9–15<br><br>212:5–22 | None<br><br>None |
| 212:23–213:22 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading** – danger of misleading the jury without context | 212:5–22<br><br>213:23–214:25 | None<br><br>None |
| 215:12–218:14 | **Foundation; Assumes Facts Not in Evidence; Rule 403, Probative Value** – prejudicial, misleading; **Rule 32(a)(6), Incomplete; Rule 403, Misleading** – danger of misleading the jury without context | 213:23–214:25<br><br>218:15–219:4 | None<br><br>None |
| 219:5–22 | **Rule 403, Probative Value** – prejudicial, misleading; **Rule 32(a)(6), Incomplete; Rule 403, Misleading** – danger of misleading the jury without context | 218:15–219:4<br><br>219:23–220:12 | None<br><br>403 (cumulative; confusing the issues) |
| 221:13–23 | **Rule 401, Relevance** – unrelated to variable rate-setting **Rule 32(a)(6), Incomplete; Rule 403, Misleading** – danger of misleading the jury without context | 220:14–221:12<br><br>221:24–224:5 | None<br><br>403 (confusing the issues, wasting time, undue delay) |
| 226:2–227:11 | **Rule 401, Relevance** – whether Loehde was or considered himself part of the management team is irrelevant; **Rule 403, Probative Value** – prejudicial, misleading; | | |
| 227:20–228:4 | XOOM incorporates its objections to the underlying exhibit | | |
| 230:14–231:1 | **Foundation; Assumes Facts Not in Evidence; Rule 403, Probative Value** – prejudicial, misleading; **Rule 32(a)(6), Incomplete; Rule 403, Misleading** – danger of misleading the jury without context | 230:10-13 | None |

18

| | | | |
|---|---|---|---|
| 233:15–234:2 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 234:3–25 | None |
| 235:2–18 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 234:3–25 | None |
| 235:19–236:17 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 236:18–237:23 | 403 (cumulative, wasting time, undue delay) |
| 241:19–242:4 | | | |
| 247:11–250:11 | **Rule 403, Probative Value** – prejudicial, misleading; **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 245:5–247:10 | Unrelated to designation; 403 (wasting time, undue delay) |
| 251:6–22 | | | |
| 255:13–23 | | | |
| 256:7–257:10 | **Rule 602, Personal Knowledge; Rule 701, Speculation**; **Best Evidence Rule; Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 257:11–259:1 | None |
| 266:15–24 | | | |
| 268:11–269:22 | **Rule 403, Probative Value** – prejudicial, misleading; Rule **602, Personal Knowledge; Rule 701, Speculation**; **Best Evidence Rule** | | |
| 278:21–279:6 | | | |
| 279:7–281:12 | **Rule 403, Probative Value** – prejudicial, misleading; **Rule 602, Personal Knowledge; Rule 701, Speculation**; **Best Evidence Rule** | | |
| 287:25–291:5 | **Foundation; Assumes Facts Not in Evidence; Rule 403, Probative Value** – prejudicial, misleading; **Rule 602, Personal Knowledge; Rule 701, Speculation; Best Evidence Rule** | | |
| 296:7–22 | **Foundation; Assumes Facts Not in Evidence**; **Rule 401, Relevance; Rule 602, Personal Knowledge; Rule 701, Speculation; Best Evidence Rule** | | |

| 299:2–9 | | | |
|---|---|---|---|
| 299:16–301:23 | **Foundation; Assumes Facts Not in Evidence**; **Rule 403, Probative Value** – prejudicial, misleading; **Rule 602, Personal Knowledge; Rule 701, Speculation**; **Best Evidence Rule** | | |

**July 28, 2022 – Rule 30(b)(6) (Jason Loehde):**

| Designation | XOOM's Objections | XOOM's Counterdesignations | Plaintiff's Objections / Further Designations for Completeness |
|---|---|---|---|
| 17:3–18:7 | **Foundation; Assumes Facts Not in Evidence; Rule 403, Probative Value** – prejudicial, misleading; **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 18:8–22 | |
| 18:23–19:6 | **Rule 401, Relevance** - unrelated to contract at issue; **Rule 403, Probative Value** - prejudicial, misleading; **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 18:8–22 | |
| 20:5–10 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 20:11–20 | None |
| 26:10–28:11 | | | |

| 31:9–32:7 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 32:8–39:25 | Unrelated to designation; 403 (wasting time, undue delay) |
| | | 49:23–52:4 | Unrelated to designation; 403 (cumulative, wasting time, undue delay) |
| | | 79:9–80:14 | None |
| 66:3–6 | | 65:2–66:2 | None |
| 81:11–12 | | | |
| 85:11–87:13 | **Best Evidence Rule**; **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 83:10–85:10 | None |
| 91:5–92:8 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 90:1–91:4 | None |
| 126:16–127:1 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 127:2–18 | None |
| 127:24–131:24 | **Rule 401, Relevance** – unrelated to variable rate-setting and contract at issue; **Rule 403, Probative Value** – prejudicial, misleading; **Best Evidence Rule** | | |
| 132:6–136:8 | **Rule 401, Relevance** –unrelated to contract at issue; **Rule 403, Probative Value** – prejudicial, misleading; **Best Evidence Rule;** XOOM also incorporates its objections to the underlying exhibit | | |
| 138:13–22 | **Rule 401, Relevance** – unrelated to variable rate-setting; **Rule 403, Probative Value** – prejudicial, misleading; **Best Evidence Rule; Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 137:13–138:3 | None |

| | | | |
|---|---|---|---|
| 141:5–142:3 | **Rule 401, Relevance** – other contract terms, and even their existence, is irrelevant; **Rule 403, Probative Value** – prejudicial, misleading; **Best Evidence Rule** | | |
| 202:17–203:8 | | | |
| 217:25–218:7 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 218:8–16 | None |
| 218:17–219:6 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 218:8–16 | None |
| 221:14-222:16 | | | |
| 247:5–11 | | | |
| 248:17–24 | **Rule 401, Relevance** – unrelated to variable rate-setting | | |
| 264:6–18 | **Foundation; Assumes Facts Not in Evidence;** **Rule 403, Probative Value** – Prejudicial, Misleading; **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 264:19–265:13<br><br>284:3–22 | None<br><br>None |
| 266:2–9 | | | |
| 267:8–268:18 | **Foundation; Assumes Facts Not in Evidence;** **Rule 403, Probative Value** – Prejudicial, Misleading; **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 267:1–7<br><br>268:19–269:7 | None<br><br>None |
| 278:22–279:12 | **Rule 401, Relevance** – XOOM's overall gross margins in relation to gross margin targets is irrelevant to contract claim; **Rule 403, Probative Value** – prejudicial, misleading; | 276:24-278:21 | 276:24–278:8:  402 (relevance – unrelated to NY rate setting); 403 (wasting time, undue delay)<br><br>278:9–20:  None |

22

| 279:25–280:17 | **Rule 403, Probative Value** – prejudicial, misleading; **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 280:18-281:14 | 403 (wasting time, undue delay, misleading the jury) |
|---|---|---|---|
| 285:15–24 | | | |
| 288:25–289:8 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 288:12–24 | None |
| | | 289:9–290:12 | 611c; AS |

**November 22, 2022 – David Coleman:**

| Designation | XOOM's Objections | XOOM's Counterdesignations | Plaintiff's Objections / Further Designations for Completeness |
|---|---|---|---|
| 9:21–10:11 | **Rule 401, Relevance –** when and how expert was retained does not affect credibility or any issue in the case; **Rule 403, Probative Value** – prejudicial, misleading | | |
| 18:6–19:4 | **Rule 401, Relevance –** PSC information subject to MIL; **Rule 403, Probative Value** – prejudicial, misleading; XOOM also incorporates its objections to the underlying exhibit | | |
| 19:10–20:20 | **Rule 401, Relevance –** PSC information subject to MIL; **Rule 403, Probative Value** – prejudicial, misleading; XOOM also incorporates its objections to the underlying exhibit | 19:5-9 | None |

| 24:20–25:3 | **Rule 401, Relevance –** expert's opinion concerning contract interpretation is not pertinent; **Rule 403, Probative Value** – prejudicial, misleading; **Rule 602, Personal Knowledge; Rule 701, Speculation; Rule 702, Expertise –** outside the scope of opinion and expertise; **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 24:6–19<br><br>56:4–21 | None<br><br>Unrelated to designation; 402 (relevance – related to legal issue, not factual); 403 (wasting time, undue delay) |
|---|---|---|---|
| 27:16–29:12 | **Rule 401, Relevance –** expert's opinion concerning lay person's understanding of contract terms is not pertinent; **Rule 403, Probative Value** – prejudicial, misleading; **Rule 602, Personal Knowledge; Rule 701, Speculation; Rule 702, Expertise –** outside the scope of opinion and expertise; **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 27:2–15<br><br><br>56:4–21 | 403 (confusing the issues, misleading the jury); NR<br><br>Unrelated to designation; 402 (relevance – related to legal issue, not factual); 403 (wasting time, undue delay) |
| 31:24-32:8 | **Rule 401, Relevance –** expert's opinion concerning lay person's understanding of contract terms is not pertinent; **Rule 403, Probative Value** – prejudicial, misleading; **Rule 602, Personal Knowledge; Rule 701, Speculation; Rule 702, Expertise –** outside the scope of opinion and expertise; **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 32:9–24<br><br>56:4–21 | None<br><br>Unrelated to designation; 402 (relevance – related to legal issue, not factual); 403 (wasting time, undue delay) |
| 33:16–21 | **Foundation; Assumes Facts Not in Evidence; Rule 602, Personal Knowledge; Rule 701, Speculation; Rule 702, Expertise -** outside the scope of opinions and expertise**; Rule 401, Relevance -** expert's opinion Plaintiff's experts' understanding of contract terms is not pertinent; **Rule 403, Probative Value** – prejudicial, misleading; **Rule 32(a)(6), Incomplete;** | 33:22 | Unnecessary |

| | **Rule 403, Misleading –** danger of misleading the jury without context | | |
|---|---|---|---|
| 35:6–17 | **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 34:8 –35:5<br><br>35:18 – 36:20 | None for 34:22–35:5<br><br>34:8–21: NR<br><br>402 (relevance – not related to supply costs); 403 (confusing the issues, misleading the jury); NR |
| 36:23–37:18 | **Rule 401, Relevance** – Model One has been abandoned; **Rule 403, Probative Value** – prejudicial, misleading | | |
| 38:4–16 | **Rule 401, Relevance** – Model One has been abandoned; **Vague Question; Rule 403, Probative Value –** prejudicial, misleading | | |
| 40:16–20 | **Rule 401 – Relevance** – whether ESCOS provided lower rates than utilities is irrelevant to contract claim**; Rule 403, Probative Value** – prejudicial, misleading; **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 39:23–15 | None |
| 42:5–11 | **Rule 401 – Relevance** – whether ESCOS provided lower rates than utilities is irrelevant to contract claim**; Rule 403, Probative Value** – prejudicial, misleading; **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 41:17–42:4 | None |
| 42:12–43:4 | **Rule 401 – Relevance** – whether ESCOS provided lower rates than utilities is irrelevant to contract claim; **Rule 403, Probative Value** – prejudicial, misleading; **Rule 32(a)(6), Incomplete; Rule 403,** | 43:5–15 | 402 (relevance – witness admits he doesn't want to speculate on motives |

| | | | |
|---|---|---|---|
| | **Misleading –** danger of misleading the jury without context | | of the Mirkins); 602 (speculation); NR |
| 50:3–51:22 | **Rule 401 – Relevance –** expert's opinion concerning contract interpretation is not pertinent; **Rule 403, Probative Value –** prejudicial, misleading, wasteful; **Rule 602, Personal Knowledge; Rule 701, Speculation; Rule 702, Expertise -** meaning of contractual language is outside the scope of opinions and expertise; **Argumentative questions**; **Best Evidence Rule; Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 56:4–21 | Unrelated to designation; 402 (relevance – related to legal issue, not factual); 403 (wasting time, undue delay) |
| 54:11–21 | **Rule 401, Relevance –** expert's opinion concerning what factors XOOM considered in setting rates is not relevant; **Rule 403, Probative Value –** prejudicial, misleading, cumulative, wasteful; **Rule 602, Personal Knowledge; Rule 701, Speculation; Rule 702, Expertise –** outside the scope of opinion and expertise; **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 54:22–55:7 | None to 54:22–55:2  55:3–55:7: 403 (wasting time, undue delay) |
| 55:8–17 | **Rule 401, Relevance –** expert's opinion concerning what factors XOOM considered in setting rates is not relevant; **Rule 403, Probative Value –** prejudicial, misleading, cumulative, wasteful | | |
| 55:18–56:3 | **Rule 401, Relevance –** expert's opinion concerning what factors XOOM considered in setting rates is not relevant; **Rule 403, Probative Value –** prejudicial, misleading, cumulative | | |
| 58:1–7 | **Rule 401, Relevance –** unrelated to contract at issue; **Rule 403, Probative Value –** prejudicial, misleading; **Rule 602, Personal Knowledge; Rule 701, Speculation; Rule 702, Expertise –** outside the | 56:4–21 | Unrelated to designation; 402 (relevance – related to legal issue, not |

| | scope of opinion and expertise; **Best Evidence Rule; Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | | factual); 403 (wasting time, undue delay) |
|---|---|---|---|
| 60:5–62:8 | **Rule 401, Relevance** – expert's opinion concerning contract interpretation is not pertinent; **Rule 403, Probative Value –** prejudicial, misleading; **Rule 602, Personal Knowledge; Rule 701, Speculation; Rule 702, Expertise –** outside the scope of opinion and expertise; **Best Evidence Rule; Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 56:4–21 | Unrelated to designation; 402 (relevance – related to legal issue, not factual); 403 (wasting time, undue delay) |
| 66:11–15 | **Rule 401, Relevance** – expert's opinion concerning what factors XOOM considered in setting rates is not relevant; **Rule 403, Probative Value –** prejudicial, misleading; cumulative, wasteful; **Rule 602, Personal Knowledge; Rule 701, Speculation; Rule 702, Expertise –** outside the scope of opinion and expertise | 56:4–21 | Unrelated to designation; 402 (relevance – related to legal issue, not factual); 403 (wasting time, undue delay) |
| 72:1–19 | **Rule 401, Relevance** - unrelated to variable rate-setting; **Rule 403, Probative Value –** prejudicial, misleading; **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 72:20–73:24 | 403 (cumulative of designation, wasting time, undue delay) |
| 75:3–7 | **Rule 403, Probative Value –** prejudicial, misleading, compound question | | |
| 80:18–81:1 | **Rule 401, Relevance** – PSC information subject to MIL, whether ESCOS provided lower rates than utilities is irrelevant to contract claim; **Rule 403, Probative Value –** prejudicial, misleading | | |
| 85:9–12 | **Rule 401, Relevance** – speculation concerning a rate that undisputedly was not applied is not pertinent; **Rule 403, Probative Value –** prejudicial, misleading | | |

| 86:1–11 | **Rule 401, Relevance** – whether expert had access to other ESCOs' margin information is irrelevant; **Rule 403, Probative Value** – prejudicial, misleading | | |
|---|---|---|---|
| 88:4–7 | **Rule 401, Relevance**; **Rule 403, Probative Value** – prejudicial, misleading | | |
| 88:13–89:1 | **Rule 401, Relevance**; **Rule 403, Probative Value** – prejudicial, misleading | | |
| 90:3–7 | **Rule 401, Relevance – whether fixed-rate products were profitable is irrelevant to case concerning variable rates**; **Rule 403, Probative Value** – prejudicial, misleading | | |
| 91:18–92:22 | **Rule 401, Relevance** – Model One has been abandoned; **Rule 403, Probative Value** – prejudicial, misleading | | |
| 95:17–96:4 | **Rule 401, Relevance** – the fact that XOOM did not ask the expert to calculate prior period adjustments does not bear on whether XOOM based its rates on actual costs; **Rule 403, Probative Value** – prejudicial, misleading; **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 97:22–98:7 | None |
| 98:12–99:12 | **Rule 401, Relevance** – not relevant to the contract as interpreted by the Court on summary judgment; **Rule 403, Probative Value** – prejudicial, misleading; **Rule 32(a)(6), Incomplete; Rule 403, Misleading –** danger of misleading the jury without context | 99:13–21 | 402 (relevance – different contract interpretation than found at summary judgment; NR |
| 101:11–18 | **Rule 401, Relevance** – the amount XOOM has paid its expert does not bear on the case or his credibility; **Rule 403, Probative Value** – prejudicial, misleading | | |
| 106:12–107:18 | 106:12–107:12: **Rule 401, Relevance -- XOOM's written responses to document requests not relevant to merits; Rule 602, Personal Knowledge; Rule 701, Speculation; Rule 702, Expertise –** | | |

| | outside the scope of opinion and expertise; **Rule 403, Probative Value** – prejudicial, misleading | | |
|---|---|---|---|

**Thomas Ulry, Todd v. XOOM Energy, LLC, 3/20/2019 (produced at XOOM_INIT_000305)**

| Designation | Defendants' Objections | XOOM's Counterdesignations | Plaintiff's Objections / Further Designations for Completeness |
|---|---|---|---|
| 101:10–22 | **Rule 401, Relevance** - deposition testimony concerning rate-setting in totally different state, under contract with different pricing terms, has no bearing here; **Rule 403, Probative Value** – misleading, prejudicial; **Rule 602, Personal Knowledge; Rule 701, Speculation; Rule 32(a)(8), Deposition from Earlier Action** – deposition from earlier action not involving the same subject matter or the same parties cannot be introduced | 108:9–20 | Unrelated to designation; 403 (wasting time, undue delay) |

XOOM's objections, responses, and counterdesignations (like all pretrial exchanges) are subject to XOOM's forthcoming *in limine* motions and XOOM's objections and responses to Plaintiff's proposed exhibits.

XOOM reserves the right to introduce any deposition excerpt on Plaintiff's list. XOOM further reserves the right to amend and update its objections and counterdesignations until trial.

XOOM serves these objections, responses, and counterdesignations subject to its general objections, including its objection to the disclosure of any non-relevant confidential and trade-secret information, whether within the deposition testimony designated by either party or in any exhibit referenced therein. XOOM anticipates redacting such non-relevant confidential and trade-secret information from all trial exhibits following the Court's rulings on XOOM's motions *in limine*. XOOM further objects to the use of deposition testimony from any witness who is available for trial, other than for the purpose of impeachment. *See* Fed. R. Evid. 32(a)(4). XOOM further incorporates by reference to these objections all objections it makes to the exhibits being discussed or referenced in Plaintiff's deposition designations.