# Exhibit 4

# Defendants' Deposition Designations with Plaintiff's Objections and Counter-Designations

Civil Action No. 1:18-cv-02949-ARR-JAM
*Mirkin, et al. v. XOOM Energy, LLC, et al.*

**XOOM's Deposition Designations
with Plaintiff's Objections and Counterdesignations and
XOOM's Objections to Plaintiff's Counterdesignations**

XOOM intends to call Andrew Coppola, Ryan Park, Tom Ulry, and Jason Loehde to testify live at trial, and each has indicated a willingness to attend if available. However, as Plaintiff knows, each is a former employee and none lives within the Court's subpoena jurisdiction, so XOOM cannot guarantee their attendance or compel any of these witnesses to testify at trial. Further, the lack of a trial date makes ensuring the attendance of any of these witnesses even more challenging. XOOM therefore designates the following deposition testimony for use at trial in the event that any of these witnesses is unable to testify either at trial, in person or by videoconference, or via trial deposition. XOOM expects that its remaining witnesses will be able to testify live at trial. However, XOOM reserves the right to revise or supplement these designations if the availability of any other trial witness changes.

Finally, the deposition designations below are made consistent with, subject to, and without waiver of, any rights or defenses asserted in XOOM's motions in limine. XOOM reserves the right to revise or supplement the deposition designations based on the Court's rulings on the parties' motions in limine and any other pre-trial motion practice, as well as any trial stipulations the parties enter into.

XOOM reserves the right to amend and update these designations as appropriate.

**Andrew Coppola, 5/11/2022**

| XOOM Designation | Plaintiff's Objections to Designation | Plaintiff's Counter-Designations | XOOM's Objections to Counter |
|---|---|---|---|
| 12:17-13:7 | None | | |
| 23:13-26:12 | 402 (relevance – unrelated to XOOM); 403 (undue delay, wasting time) | | |
| 30:22-32:1 | None | | |
| 32:21-34:15 | None | | |
| 36:1-37:10 | None | | |
| 39:21-40:19 | 39:21–40:3: None | | |

| | | | |
|---|---|---|---|
| | 40:4–40:19:<br>402 (relevance); 403 (undue delay, wasting time) | | |
| 41:1-4 | 402 (relevance – unrelated to rate setting); 403 (undue delay, wasting time); 602 (speculation) | | |
| 41:22-43:25 | 402 (relevance – unrelated to XOOM); 403 (undue delay, wasting time) | | |
| 49:2-53:6 | None | | |
| 53:21-22 | None | | |
| 55:19-24 | 403 (cumulative of prior designations) | | |
| 56:7-17 | 403 (cumulative of prior designations) | | |
| 57:1-58:25 | 403 (cumulative of prior designations) | | |
| 65:4-66:7 | None | | |
| 69:19-71:11 | None | | |
| 74:21-77:8 | 75:20–76:9: 402 (relevance – unrelated to rate setting); 403 (undue delay, wasting time)<br>None for remainder. | | |
| 81:18-84:11 | None | | |
| 84:23-91:10 | 84:23–85:7: None<br>85:8–86:18: 402 (relevance – unrelated to NY rate setting); 403 (undue delay, wasting time); 602 (speculation)<br>88:15–91:10 | | |
| 169:4-173:11 | None | | |
| 175:25-177:25 | None | | |
| 198:9-200:15 | 403 (wasting time, undue delay; misleading the jury); 602 (speculation); NR | | |
| 203:19-204:16 | 402 (relevance – company preferences not at issue) | 204:17–205:24 | **Foundation**, questions misstate the testimony; **Rule 401, Relevance** – volume of fixed-rate business and comparison between fixed-rate and variable-rate products has |

| | | | no bearing on rate-setting or contract at issue; **Rule 403, Probative Value** – prejudicial, misleading |
|---|---|---|---|
| 217:13-218:3 | None | | |
| 220:23-222:18 | Incomplete; 403 (misleading the jury) | 222:19–223:4 | 222:19–223:4 – **Foundation; Question Assumes Facts Not in Evidence** |
| 226:6-229:7 | None | | |
| 247:4-249:11 | None | | |
| 249:24–251:15 | Incomplete; 403 (misleading the jury) | 249:12–23 | |
| 252:9-254:22 | None | | |
| 261:10-264:19 | None | | |
| 275:17-276:3 | 402 (relevance); 403 (undue delay, wasting time) | | |
| 278:2-281:13 | AS; 611c | | |
| 282:22-285:25 | AS; 611c | | |
| 286:12-20 | AS; 611c | | |

**Ryan Park, 7/22/2022**

| XOOM Designation | Objections to Designation | Plaintiff's Counter-Designations | XOOM's Objections to Counter |
|---|---|---|---|
| 4:8-10 | None | | |
| 8:2-19 | None | | |
| 23:3-26:2 | 402 (relevance – unrelated to XOOM); 403 (wasting time, undue delay) | | |
| 29:10-37:3 | None | | |
| 39:13-41:17 | None | | |
| 43:21-48:3 | None | | |

| | | | |
|---|---|---|---|
| 57:2-15 | 402 (relevance – unrelated to XOOM); 403 (wasting time, undue delay) | | |
| 78:11-84:23 | None | | |
| 98:6-110:14 | None | | |
| 150:3-153:3 | None | 153:4–9 | 153:10–14 |
| 173:7-23 | None | | |
| 180:21-181:8 | None | | |
| 196:13-200:7 | None | | |

### Thomas Ulry, 5/12/2022

| XOOM Designation | Objections to Designation | Plaintiff's Counter-Designations | XOOM's Objections to Counter |
|---|---|---|---|
| 10:11-11:2 | None | | |
| 13:23-14:4 | None | | |
| 14:23-15:23 | None | | |
| 16:14-17:3 | 402 (relevance – unrelated to XOOM) | | |
| 17:4-18:8 | 402 (relevance – unrelated to XOOM) | | |
| 22:25-24:6 | None | | |
| 26:18-23 | None | | |
| 27:18-21 | None | | |
| 29:8-32:4 | None | | |
| 33:7-13 | None | | |
| 35:7-37:2 | 35:7–19: None<br>35:20–37:2: 402 (relevance – unrelated to rate setting); 403 (wasting time, undue delay) | | |
| 62:22-64:4 | Improper designation<br>If 62:22–64:3: None | | |
| 67:21-69:3 | None | | |
| 75:17-77:20 | None | | |
| 78:11-81:10 | None | | |

| 106:6-107:2 | 402 (relevance – unrelated to rate setting); 403 (cumulative, wasting time, undue delay) | | |
|---|---|---|---|
| 119:13-15 | 402 (relevance); 403 (undue delay, wasting time) | | |
| 120:19-21 | 402 (relevance); 403 (undue delay, wasting time) | | |
| 131:20-23 | 402 (relevance); 403 (undue delay, wasting time) | | |

**Jason Loehde (Individually), 7/27/2022**

| XOOM Designation | Objections to Designation | Plaintiff's Counter-Designations | XOOM's Objections to Counter |
|---|---|---|---|
| 16:15-18:2 | None | | |
| 30:21-31:21 | 403 (undue delay, wasting time) | | |
| 32:9-11 | 403 (undue delay, wasting time) | | |
| 33:2-12 | 403 (undue delay, wasting time) | | |
| 34:12-37:5 | 403 (undue delay, wasting time) | | |
| 37:24-38:23 | 37:24–38:6: 403 (undue delay, wasting time)<br>38:7–38:23: None | | |
| 39:19-41:23 | None | | |
| 44:19-45:13 | None | | |
| 45:21-49:25 | None | | |
| 50:14-58:12 | None | | |
| 59:11-60:2 | None | | |
| 60:14-61:19 | None | | |
| 62:4-65:2 | None | | |
| 65:24-72:6 | None | | |
| 75:9-23 | None | | |
| 77:11-78:15 | None | | |
| 79:2-12 | Incomplete; 403 (misleading the jury) | 79:14–80:2 | |
| 82:10-87:14 | 403 (cumulative, misleading the jury); NR | | |
| 88:18-89:1 | None | | |
| 91:5-11 | None | | |

| XOOM Designation | Objections to Designation | Plaintiff's Counter-Designations | XOOM's Objections to Counter |
|---|---|---|---|
| 127:20-128:20 | 402 (relevance – unrelated to rate setting under the contract); 403 (undue delay, wasting time) | | |
| 134:21-135:10 | 403 (cumulative, undue delay, wasting time); underlying exhibit subject to MIL | | |
| 136:9-137:4 | 403 (cumulative, undue delay, wasting time); underlying exhibit subject to MIL | | |
| 143:1-144:2 | 403 (cumulative, undue delay, wasting time); underlying exhibit subject to MIL | | |
| 147:10-148:5 | 403 (cumulative, undue delay, wasting time); underlying exhibit subject to MIL | | |
| 154:25-156:22 | 403 (cumulative, undue delay, wasting time); underlying exhibit subject to MIL | | |
| 158:13-159:19 | 403 (cumulative, undue delay, wasting time); underlying exhibit subject to MIL | | |
| 160:7-162:3 | Improper designation; 403 (cumulative, undue delay, wasting time); underlying exhibit subject to MIL | | |
| 163:20-22 | Incomplete; 403 (misleading the jury) | 162:4–163:19<br>163:23–165:7 | **Rule 602, Personal Knowledge; Rule 701, Speculation** |
| 164:18-165:7 | None | | |
| 181:3-188:14 | None | | |
| 238:8-241:12 | 403 (cumulative, undue delay, wasting time); underlying exhibit subject to MIL | | |
| 250:13-251:22 | None | | |

**Jason Loehde (30(b)(6)), 7/28/2022**

| XOOM Designation | Objections to Designation | Plaintiff's Counter-Designations | XOOM's Objections to Counter |
|---|---|---|---|
| 10:9-21 | None | | |
| 20:5-21 | Improper designation | | |

|  | 20:5–20:  None |  |  |
|---|---|---|---|
| 26:10-28:15 | None |  |  |
| 28:25-29:8 | 402 (relevance); 403 (undue delay, wasting time) |  |  |
| 30:17-31:8 | 402 (relevance); 403 (undue delay, wasting time) |  |  |
| 32:8-39:25 | None |  |  |
| 45:6-52:4 | None |  |  |
| 53:7-24 | Incomplete; 403 (misleading the jury) | 53:25–54:9 | **Rule 401,** Relevance – Plaintiff has not suggested that rate-setting worksheets did not accurately capture estimated costs (indeed Plaintiff relies on the RSWs), so no relevance; **Rule 403, Probative Value** – prejudicial, misleading; **Rule 602, Personal Knowledge; Rule 701, Speculation;** |
| 54:25-55-9 | None |  |  |
| 56:6-57:23 | None |  |  |
| 62:3-64:12 | None |  |  |
| 64:23-73:24 | None |  |  |
| 75:3-80:14 | None |  |  |
| 81:13-85:16 | None |  |  |
| 93:18-95:22 | 403 (undue delay, wasting time) |  |  |
| 104:21-105:16 | 403 (undue delay, wasting time); 602 (speculation) |  |  |
| 108:22-111:20 | None |  |  |
| 115:2-116:15 | None |  |  |
| 118:10-121:25 | 403 (undue delay, wasting time) |  |  |
| 122:25-123:10 | None |  |  |
| 183:13-189:2 | None |  |  |

| | | | |
|---|---|---|---|
| 189:17-192:7 | None | | |
| 193:24-195:5 | None | | |
| 202:17-206:25 | 403 (cumulative, undue delay, wasting time); underlying exhibit subject to MIL | | |
| 207:17-219:6 | 403 (cumulative, undue delay, wasting time); underlying exhibit subject to MIL | | |
| 221:14-225:18 | None | | |
| 226:14-20 | None | | |
| 227:22-228:12 | None | | |
| 270:2-11 | 403 (cumulative, undue delay, wasting time); underlying exhibit subject to MIL | | |
| 272:15-273:22 | 403 (cumulative, undue delay, wasting time); underlying exhibit subject to MIL | | |
| 284:3-22 | None | | |
| 287:6-290:12 | AS; 611c | | |

Objections Key:

| Objection | Description |
|---|---|
| AS | Attorney statement; no question asked |
| NR | Non-responsive |
| 402 | Relevance |
| 403 | Asked and answered, unduly prejudicial, confusing, misleading, waste time, cumulative |
| 611c | Leading |