# Exhibit 6

Plaintiff's Trial Exhibit List and
Rebuttal Exhibit List

**Plaintiff's Trial Exhibit List**

| No. | Title | Agreed | Objections |
|---|---|---|---|
| PX1 | Mirkin new customer enrollment<br>Mirkins_00001-06 | **Agreed** | |
| PX2 | Mirkin billing records<br>Mirkins_00061 | **Agreed** | |
| PX3 | Residential NY electricity agreement<br>XOOM_INIT_000133-35 | **Agreed** | |
| PX4 | Residential NY electricity agreement<br>XOOM_INIT_000162-65 | | **Rule 401, Relevance -** contract with different pricing term subject to MIL; **Rule 403, Probative Value -** prejudicial, misleading |
| PX5 | RE: Auditor questions<br>XOOM_MIRKIN_008641 | | **Rule 403, Probative Value -** rejudicial, misleading |
| PX6 | RE: Supply/Pricing update<br>XOOM_MIRKIN_012147 | **Agreed** | |
| PX7 | RE: Pricing strategy update<br>XOOM_MIRKIN_012175 | **Agreed** | |
| PX8 | Fixed rate vs variable rate product mix continues to shift<br>XOOM_MIRKIN_015251–53 | | **Rule 401, Relevance -** unrelated to variable rate-setting, fixed-rate data subject to MIL; **Rule 403, Probative Value** – prejudicial, misleading |
| PX9 | Attrition Report (Updated 9-12-2014).xlsx<br>XOOM_MIRKIN_016476-77 | | **Rule 401, Relevance -** unrelated to variable rate-setting; **Rule 403, Probative Value** – prejudicial, misleading |
| PX10 | FW: Slides<br>XOOM_MIRKIN_018416-19 | **Agreed** | |
| PX11 | RE: All Hands Meeting<br>XOOM_MIRKIN_018504 | **Agreed** | |
| PX12 | RE: updated power unit margins due to NYISO change<br>XOOM_MIRKIN_020937 | **Agreed** | |
| PX13 | Conversation with Jason Loehde<br>XOOM_MIRKIN_023637 | **Agreed** | |

| No. | Title | Agreed | Objections |
|---|---|---|---|
| PX14 | Revised Rate Setting - National Fuel NY/PA Gas - June 2018<br>XOOM_MIRKIN_029663–65 | | **Rule 401, Relevance** - unrelated to variable rate-setting, fixed-rate data subject to MIL; **Rule 403, Probative Value** – prejudicial, misleading |
| PX15 | Re: Markets where we can push the prevailing rates in Feb<br>XOOM_MIRKIN_036470 | **Agreed** | |
| PX16 | Power Point for Product Lunch and learn<br>XOOM_MIRKIN_037157-97 | **Agreed** | |
| PX17 | RE: December Margin Update<br>XOOM_MIRKIN_038363 | **Agreed** | |
| PX18 | 2017-12-28 ConEd & Keyspan Gas Pricing - January 2018.xlsx<br>XOOM_MIRKIN_045211–13 | **Agreed** | |
| PX19 | _gas_model_natfuel_nypa_REVISION_backup_ 2018-5-4.xlsx<br>XOOM_MIRKIN_062171 | **Agreed** | |
| PX20 | _gas_model_o&r_REVISION_backup_2018-5-4.xlsx<br>XOOM_MIRKIN_062186 | **Agreed** | |
| PX21 | _gas_model_nimo_rge_RATE.xlsx<br>XOOM_MIRKIN_062305 | **Agreed** | |
| PX22 | Re: NY Pricing<br>XOOM_MIRKIN_063242 | | **Rule 801 - Hearsay** |
| PX23 | RE: Feedback on rate setting<br>XOOM_MIRKIN_065172 | **Agreed** | |
| PX24 | RE: Switch Rate Update<br>XOOM_MIRKIN_065820 | | **Rule 401, Relevance** - unrelated to variable rate-setting, fiXed-rate data subject to MIL, other market participant data subject to MIL; **Rule 403, Probative Value** – prejudicial, misleading |
| PX25 | variable margins today<br>XOOM_MIRKIN_071139 | **Agreed** | |

| No. | Title | Agreed | Objections |
|---|---|---|---|
| PX26 | Contract expiration notice XOOM_MIRKIN_073216 | | **Rule 401, Relevance** - unrelated to variable rate-setting; **Rule 403, Probative Value** – prejudicial, misleading, cumulative, wasteful |
| PX27 | Residential NY natural gas agreement XOOM_MIRKIN_073888 | **Agreed** | |
| PX28 | 1.18.2018 renewal notice XOOM_MIRKIN_073908 | | **Rule 401, Relevance** - unrelated to variable rate-setting; **Rule 403, Probative Value** – prejudicial, misleading, cumulative, wasteful |
| PX29 | 3.4.21 renewal notice XOOM_MIRKIN_073931 | | **Rule 401, Relevance** - unrelated to variable rate-setting; **Rule 403, Probative Value** – prejudicial, misleading, cumulative, wasteful |
| PX30 | 6.27.17 renewal notice XOOM_MIRKIN_073933 | | **Rule 401, Relevance** - unrelated to variable rate-setting; **Rule 403, Probative Value** – prejudicial, misleading, cumulative, wasteful |
| PX31 | 7.6.17 renewal notice XOOM_MIRKIN_073941 | | **Rule 401, Relevance** - unrelated to variable rate-setting; **Rule 403, Probative Value** – prejudicial, misleading, cumulative, wasteful |
| PX32 | Commercial NY electricity agreement XOOM_MIRKIN_074113 | **Agreed** | |
| PX33 | Commercial NY natural gas agreement XOOM_MIRKIN_074128 | **Agreed** | |
| PX34 | Residential NY natural gas agreement XOOM_MIRKIN_INT_000014 | **Agreed** | |
| PX35 | May 20, 1996, Cases 94-E-0952 et al., NY Public Service Commission Opinion No. 96-12 | | **Rule 401, Relevance** - unrelated to variable rate-setting, PSC information subject to MIL; **Rule 403, Probative Value** – prejudicial, misleading |
| PX36 | February 12, 2014, Bill No. A01558 Sponsoring Memorandum for GBL § 349-d | | **Rule 401, Relevance** - irrelevant proceedings and authority subject to MIL; **Rule 403, Probative Value** – prejudicial, misleading |
| PX37 | December 2, 2016, Cases 15-M-0127 et al., New York Public Service Commission, "Notice of | | **Rule 401, Relevance** - unrelated to variable rate-setting, PSC information subject to MIL; **Rule 403, Probative Value** – prejudicial, misleading |

| No. | Title | Agreed | Objections |
|---|---|---|---|
| | Evidentiary and Collaborative Tracks and Deadline for Initial Testimony and Exhibits" | | |
| PX38 | March 30, 2018, Case 15-M-0127, Department of Public Service Staff Redacted Initial Brief | | **Rule 401, Relevance** - unrelated to variable rate-setting, PSC information subject to MIL; **Rule 403, Probative Value** – prejudicial, misleading |
| PX39 | December 12, 2019 Case 15-M-0127, Order Adopting Changes to the Retail Energy Market and Establishing Further Process | | **Rule 401, Relevance** - unrelated to variable rate-setting, PSC information subject to MIL; **Rule 403, Probative Value** – prejudicial, misleading |
| PX40 | January 8, 2024, Notice of Apparent Violation to Xoom Energy New York LLC, New York State Department of Public Service | | **Rule 401, Relevance** - unrelated to variable rate-setting, PSC information subject to MIL; **Rule 403, Probative Value** – prejudicial, misleading |
| PX41 | February 8, 2024, NRG Energy, Inc. 2023 Form 10-K | | **Rule 401, Relevance** - nonparty financial documents subject to MIL; **Rule 403, Probative Value** – prejudicial, misleading |
| PX42 | Summary exhibit of Rate Setting Workbooks pursuant to FRE 1006 | | **Rule 1006, No Opportunity for Examination:** Plaintiff was unable to provide the summary exhibit to XOOM prior to filing the pretrial order. The parties therefore agreed that XOOM's objections may be asserted at a later date. |
| PX43 | Summary exhibit of Rate Setting Workbooks pursuant to FRE 1006 | | **Rule 1006, No Opportunity for Examination:** Plaintiff was unable to provide the summary exhibit to XOOM prior to filing the pretrial order. The parties therefore agreed that XOOM's objections may be asserted at a later date. |
| PX44 | Summary exhibit of Rate Setting Workbooks pursuant to FRE 1006 | | **Rule 1006, No Opportunity for Examination:** Plaintiff was unable to provide the summary exhibit to XOOM prior to filing the pretrial order. The parties therefore agreed that XOOM's objections may be asserted at a later date. |
| PX45 | Summary exhibit of Rate Setting Workbooks pursuant to FRE 1006 | | **Rule 1006, No Opportunity for Examination:** Plaintiff was unable to provide the summary exhibit to XOOM prior to filing the pretrial order. The parties |

| No. | Title | Agreed | Objections |
|-----|-------|--------|------------|
| | | | therefore agreed that XOOM's objections may be asserted at a later date. |
| PX46 | FW: updated proposed rates for June after NYISO capacity tag recalibration<br>XOOM_MIRKIN_018851–54 | | **Rule 401, Relevance** - unrelated to variable rate-setting, other market participant data subject to MIL;<br>**Rule 403, Probative Value** – prejudicial, misleading |
| PX47 | 2013-05-22-New York Pricing-Version 2.xlsx<br>XOOM_MIRKIN_032762 | **Agreed** | |
| PX48 | 2013-06-04-New York Pricing-Version 3.xlsx<br>XOOM_MIRKIN_032763 | **Agreed** | |
| PX49 | 2013-06-07-New York Pricing-Version 4.xlsx<br>XOOM_MIRKIN_032764 | **Agreed** | |
| PX50 | 2013-06-11-New York Pricing-Version 5.xlsx<br>XOOM_MIRKIN_032765 | **Agreed** | |
| PX51 | 2013-06-11-New York Pricing-Version 6.xlsx<br>XOOM_MIRKIN_032766 | **Agreed** | |
| PX52 | 2013-06-14-New York Pricing-Version 7.xlsx<br>XOOM_MIRKIN_032767 | **Agreed** | |
| PX53 | 2013-06-18-New York Pricing-Version 8.xlsx<br>XOOM_MIRKIN_032768 | **Agreed** | |
| PX54 | 2013-06-18-New York Pricing-Version 9.xlsx<br>XOOM_MIRKIN_032769 | **Agreed** | |
| PX55 | 2013-06-24-ConED-KNY-KLI-BGE-PECO-Version 12-July 2013 Pricing Month.xlsx<br>XOOM_MIRKIN_032770 | **Agreed** | |
| PX56 | 2013-06-24-New York Pricing-Version 10.xlsx<br>XOOM_MIRKIN_032771 | **Agreed** | |
| PX57 | 2013-06-24-New York Pricing-Version 11 (2).xlsx<br>XOOM_MIRKIN_032772 | **Agreed** | |
| PX58 | 2013-06-24-New York Pricing-Version 11-June 2013.xlsx<br>XOOM_MIRKIN_032773 | **Agreed** | |

| No. | Title | Agreed | Objections |
|---|---|---|---|
| PX59 | 2013-06-24-New York Pricing-Version 11.xlsx XOOM_MIRKIN_032774 | **Agreed** | |
| PX60 | 2013-07-24-ConED-KNY-KLI-BGE-PECO-Version 11-August 2013 Pricing Month-Final.xlsx XOOM_MIRKIN_032775 | **Agreed** | |
| PX61 | 2013-07-24-ConED-KNY-KLI-BGE-PECO-Version 11-August 2013 Pricing Month.xlsx XOOM_MIRKIN_032776 | **Agreed** | |
| PX62 | 2013-06-24-ConED-KNY-KLI-BGE-PECO-Version 11-July 2013 Pricing Month.xlsx XOOM_MIRKIN_033382 | **Agreed** | |
| PX63 | NY_Variable_SC.pdf XOOM_MIRKIN_037782–805 | | **Rule 403, Probative Value -** prejudicial, misleading, cumulative, wasteful: fixed-rate contracts are not relevant; fixed-rate information and other contracts subject to MILs; the relevant contract language is included elsewhere |
| PX64 | copy2017-11-22 Orange and Rockland - December 2017 (with low income).xlsx XOOM_MIRKIN_061971 | **Agreed** | |
| PX65 | _NY_BIZCHOICE_ELECTRIC_COMMERCIAL_CONFIDENTIAL.xlsx XOOM_MIRKIN_074171 | **Agreed** | |
| PX66 | _NY_BIZCHOICE_GAS_COMMERCIAL_CONFIDENTIAL.xlsx XOOM_MIRKIN_074172 | **Agreed** | |
| PX67 | _NY_BIZCLEAN_ELECTRIC_COMMERCIAL_CONFIDENTIAL.xlsx XOOM_MIRKIN_074173 | **Agreed** | |
| PX68 | _NY_FIXED_TO_VAR_BASIC_ELECTRIC_COMMERCIAL_CONFIDENTIAL.xlsxXOOM_MIRKIN_074174 | **Agreed** | |

| No. | Title | Agreed | Objections |
|---|---|---|---|
| PX69 | _NY_FIXED_TO_VAR_BASIC_ELECTRIC_RESIDENTIAL_CONFIDENTIAL.xlsx<br>XOOM_MIRKIN_074175 | **Agreed** | |
| PX70 | _NY_FIXED_TO_VAR_BASIC_GAS_COMMERCIAL_CONFIDENTIAL.xlsx<br>XOOM_MIRKIN_074176 | **Agreed** | |
| PX71 | _NY_FIXED_TO_VAR_BASIC_GAS_RESIDENTIAL_CONFIDENTIAL.xlsx<br>XOOM_MIRKIN_074177 | **Agreed** | |
| PX72 | _NY_SIMPLECLEAN_ELECTRIC_RESIDENTIAL_CONFIDENTIAL.xlsx<br>XOOM_MIRKIN_074178 | **Agreed** | |
| PX73 | _NY_SIMPLEFLEX_ELECTRIC_RESIDENTIAL_CONFIDENTIAL.xlsx<br>XOOM_MIRKIN_074179 | **Agreed** | |
| PX74 | _NY_SIMPLEFLEX_GAS_RESIDENTIAL_CONFIDENTIAL.xlsx<br>XOOM_MIRKIN_074180 | **Agreed** | |

### Plaintiff's Rebuttal Trial Exhibit List

| No. | Title | Agreed | Objections |
|---|---|---|---|
| PX75 | Mirkin new customer enrollment<br>XOOM_MIRKIN_INT_000004–05 | **Agreed** | |
| PX76 | Residential NY electricity agreement<br>XOOM_MIRKIN_INT_000006–08 | **Agreed** | |
| PX77 | Org chart<br>XOOM_MIRKIN_INT_000021<br>(Coppola Ex. 3) | **Agreed** | |

| PX78 | Product Mix May2015.pptx<br>XOOM_MIRKIN_018363–64 (Ulry Ex. 28) | | **Rule 401, Relevance** - unrelated to variable rate-setting, fixed-rate data subject to MIL; **Rule 403, Probative Value** – prejudicial, misleading |
|---|---|---|---|
| PX79 | Xoom Gas Position Report - 08.27.13.xlsx<br>XOOM_MIRKIN_010425–26* | **Agreed** | |
| PX80 | Xoom Valuation Summary 10.20.15(Updated VAR).xlsx<br>XOOM_MIRKIN_020457–63* | **Agreed** | |
| PX81 | August Flash Report<br>XOOM_MIRKIN_066857–58* | **Agreed** | |

Documents marked with "*" (for example, JX4) are subject to Plaintiff's forthcoming motion *in limine* regarding their admissibility.

Plaintiff reserves the right to amend this list pursuant to the Court's orders on the parties' forthcoming motions *in limine* and any other developments, as needed.