# Exhibit 11

# Plaintiff's Proposed Jury Verdict Form

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

SUSANNA MIRKIN,
  Individually and on Behalf of All Others Similarly Situated,

        Plaintiffs,

v.

XOOM ENERGY, LLC and
XOOM ENERGY NEW YORK, LLC

        Defendants.

Case No. 18 Civ. 2949 (ARR) (JAM)

## VERDICT FORM

Once you have reached a unanimous verdict, please complete the below questions. Upon completing the verdict form, the Foreperson should sign it and notify the marshal that your deliberations are complete.

**I.** **Breach of Contract**

Did the Defendants breach their contracts with the Plaintiff and the Class?

Yes____    No____

If you answer "Yes," complete Sections II and III below. If you answer "No," do not complete Sections II and III.

**II.** **Damages**

What is the total amount of damages the Class incurred as a result of Defendants' breach of contract?

$_____

**III.     Punitive Damages**

What is the appropriate amount of punitive damages Defendants should pay in this case?

$_____

_____

                                                                                    FOREPERSON