UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSANNA MIRKIN and BORIS MIRKIN, Individually and on Behalf of All Others Similarly Situated,<br><br>  Plaintiffs,<br><br>v.<br><br>XOOM ENERGY, LLC and XOOM ENERGY NEW YORK, LLC,<br><br>  Defendants. | No. 18 Civ. 2949 (ARR) (JAM) |

**REPLY DECLARATION OF MICHAEL D. MATTHEWS, JR.
IN FURTHER SUPPORT OF XOOM'S MOTION TO DECERTIFY THE CLASS**

Michael D. Matthews, Jr., under penalty of perjury, declares as follows:

1. I am a partner of the law firm McDowell Hetherington LLP, attorneys for Defendants XOOM Energy, LLC and XOOM Energy New York, LLC. I submit this Reply Declaration in further support of XOOM's motion to decertify the class.

2. Annexed hereto as **Exhibit 1** is a true and correct copy of XOOM's proposed verdict form.

3. Annexed hereto as **Exhibit 2** is a true and correct copy of the Expert Report of Frank Felder, Ph.D., which was electronically filed on August 6, 2021 in *Gonzales v. Agway Energy Svcs, LLC*, N.D.N.Y. No. 18-cv-00235.

4. Annexed hereto as **Exhibit 3** is Plaintiff's individual overcharge calculation under her Model Two using, in place of the corresponding-fixed-rate-margin input that Plaintiff's expert used, the average of the same model's variable-rate margins for Plaintiff alone.

1

2

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

      Executed on May 10, 2024.

_____<br>
Michael D. Matthews, Jr., Esq.