# EXHIBIT 3

**WP7: Damages Model 2 Calculation for Mirkins**
*Yellow Highlighting Reflects Modified Inputs*

| year | month | date | Xoomrates Interval Data $/kWh | Usage kWh | SimpleFlex Margin (%) | ~~SureLock Margin (%)~~ Average SimpleFlex Margin (%) | (2) Xoom * Usage * Excess Margin |
|---|---|---|---|---|---|---|---|
| | | | ConED_zoneJ | ConED_zoneJ | ConED_zoneJ | ConED_zoneJ | ConED_zoneJ |
| 2013 | 6 | 6/1/2013 | 0.1290 | 370 | 16% | 22% | -3 |
| 2013 | 7 | 7/1/2013 | 0.1440 | 710 | 18% | 22% | -4 |
| 2013 | 8 | 8/1/2013 | 0.1490 | 800 | 18% | 22% | -4 |
| 2013 | 9 | 9/1/2013 | 0.1399 | 500 | 27% | 22% | 4 |
| 2013 | 10 | 10/1/2013 | 0.1490 | 280 | 21% | 22% | 0 |
| 2013 | 11 | 11/1/2013 | 0.1299 | 230 | 30% | 22% | 3 |