## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSANNA MIRKIN, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>XOOM ENERGY, LLC and XOOM ENERGY NEW YORK, LLC,<br><br>Defendants. | Case No.: 18 Civ. 2949 (ARR) (JAM) |

### PLAINTIFF SUSANNA MIRKIN AND THE CERTIFIED CLASS'S NOTICE OF MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF DAVID COLEMAN

**PLEASE TAKE NOTICE THAT** upon the accompanying Memorandum of Law in Support of Plaintiff and the Certified Class's Motion *in Limine* to Exclude the Testimony of David Coleman, dated May 20, 2024 and the Declaration of Ethan D. Roman in Support of Plaintiff and the Certified Class's Motion *in Limine* to Exclude the Testimony of David Coleman, dated May 20, 2024 and with all exhibits thereto, Plaintiff and the Class, by their undersigned attorneys, will move the Court before the Honorable Judge Allyne R. Ross, at the United States District Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, on such day and time as counsel may be heard, for an Order granting Plaintiff and the Certified Class's Motion *in Limine* to Exclude the Testimony of David Coleman.

Dated: May 20, 2024

**WITTELS MCINTURFF PALIKOVIC**

 /s/ Ethan D. Roman
Ethan D. Roman
J. Burkett McInturff
Steven L. Wittels
305 BROADWAY 7TH FLOOR
NEW YORK, NEW YORK 10007
Telephone: (914) 775-8862
Facsimile: (914) 775-8862
edr@wittelslaw.com
jbm@wittelslaw.com
slw@wittelslaw.com

*Class Counsel for Plaintiff and the Class*

Richard Dolan
Bradley D. Simon
**SCHLAM STONE & DOLAN LLP**
26 BROADWAY
NEW YORK, NEW YORK 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
rdolan@schlamstone.com
bsimon@schlamstone.com

Andrey Belenky
**KHEYFITS BELENKY LLP**
1140 AVENUE OF THE AMERICAS, 9TH FLOOR
NEW YORK, NY 10036
Telephone: (212) 203-5399
Facsimile: (212) 203-6445
abelenky@kblit.com

*Co-Counsel for Plaintiff and the Class*