# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSANNA MIRKIN and BORIS MIRKIN, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>v.<br><br>XOOM ENERGY, LLC and XOOM ENERGY NEW YORK, LLC,<br><br>       Defendants. | No. 18 Civ. 2949 (ARR) (JAM)<br><br>**ORAL ARGUMENT REQUESTED** |

## NOTICE OF XOOM'S MOTIONS *IN LIMINE*

**PLEASE TAKE NOTICE** that, upon the Memorandum of Law in Support of XOOM's Motions *in Limine* and the accompanying Declaration of Michael D. Matthews, Jr. and Exhibits thereto, Defendants XOOM Energy, LLC and XOOM Energy New York, LLC move for an order resolving the enumerated evidentiary issues *in limine*.

A Proposed Order is submitted herewith.

Dated: May 20, 2024         McDOWELL HETHERINGTON LLP

                  */s/ Michael D. Matthews, Jr*
                  Michael D. Matthews, Jr.
                  Diane S. Wizig (admitted *pro hac vice*)
                  James M. Chambers (admitted *pro hac vice*)
                  David L. Villarreal (admitted *pro hac vice*)
                  Netra Sreeprakash
                  Justin Chapa (*pro hac* forthcoming)
                  1001 Fannin Street, Suite 2400
                  Houston, Texas 77002
                  Telephone: (713) 337-5580
                  Facsimile: (713) 337-8850
                  matt.matthews@mhllp.com
                  diane.wizig@mhllp.com
                  james.chambers@mhllp.com

david.villarreal@mhllp.com
netra.sreeprakash@mhllp.com
justin.chapa@mhllp.com

*Attorneys for Defendants XOOM Energy, LLC and XOOM Energy New York, LLC*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing has been served on the 20th day of May, 2024 via email on all counsel of record.

/s/*Michael D. Matthews, Jr.*
Michael D. Matthews, Jr.
