UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSANNA MIRKIN and BORIS MIRKIN, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　　Plaintiffs,<br><br>v.<br><br>XOOM ENERGY, LLC and XOOM ENERGY NEW YORK, LLC,<br><br>　　　　　　　　Defendants. | No. 18 Civ. 2949 (ARR) (JAM) |

**DECLARATION OF MICHAEL D. MATTHEWS, JR.
IN SUPPORT OF XOOM'S MOTIONS *IN LIMINE***

Michael D. Matthews, Jr., under penalty of perjury, declares as follows:

　　I am a partner of the law firm McDowell Hetherington LLP, attorneys for Defendants XOOM Energy, LLC and XOOM Energy New York, LLC. I submit this Declaration in support of Defendants' motions *in limine*.

　　1.　　Annexed hereto as **Exhibit 1** is a true and correct copy of Plaintiff's Opening Appellant's Brief, which was filed in the Second Circuit on January 18, 2019.

　　2.　　Annexed hereto as **Exhibit 2** is a true and correct copy of Plaintiff's Appellant's Reply Brief, which was filed in the Second Circuit on March 15, 2019.

　　3.　　Annexed hereto as **Exhibit 3** is a true and correct of relevant excerpts from the deposition of Susanna Mirkin dated August 30, 2022.

　　4.　　Annexed hereto as **Exhibit 4** is a true and correct copy of relevant excerpts from the deposition of Seabron Adamson dated November 8, 2022.

1

5.	Annexed hereto as **Exhibit 5** is a true and correct copy of relevant excerpts from the deposition of Derya Eryilmaz dated November 15, 2022.

6.	Annexed hereto as **Exhibit 6** is a true and correct copy of relevant excerpts from the deposition of Jason Loehde dated July 27, 2022.

7.	Annexed hereto as **Exhibit 7** is a true and correct copy of relevant excerpts from the deposition of Ryan Park dated July 22, 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 20, 2024.

_____
Michael D. Matthews, Jr., Esq.