# EXHIBIT 3

```
 1
 2   UNITED STATES DISTRICT COURT
 3   EASTERN DISTRICT OF NEW YORK
 4   No. 18 Civ. 2949(ARR)(RER)
     - - - - - - - - - - - - - - - - - - - -x
 5
     SUSANNA MIRKIN and BORIS MIRKIN,
 6   Individually and on Behalf of All Others
     Similarly Situated,
 7
                    Plaintiffs,
 8
            -against-
 9
     XOOM ENERGY, LLC AND XOOM ENERGY
10   NEW YORK, LLC,
11              Defendants.
12   - - - - - - - - - - - - - - - - - - - -x
13
        16 Court Street
14      Brooklyn, New York 11241
15
        August 30, 2022
16      10:21 a.m.
17
        DEPOSITION of SUSANNA MIRKIN (REDACTED),
18
19   a Plaintiff in the above-entitled action,
20   held at the above time and place, taken
21   before SAMUEL HITTIN, a Shorthand Reporter
22   and Notary Public of the State of New
23   York, pursuant to the Federal Rules of
24   Civil Procedure, order and stipulations
25   between Counsel.
```

Page 1

**Page 76**

```
1          S. MIRKIN
2  don't remember anything specific about the
3  decision to switch from XOOM to Viridian?
4      A.   Correct.
5      Q.   Okay.  You later sued Viridian
6  in a putative class action like this one,
7  right?
8      A.   Correct.
9      Q.   And why?
10     A.   Because of their rates.
11     Q.   What about their rates?
12     A.   We spoke to the lawyers, and
13 they were overcharging us as well, so
14 that's when we decided to sue them.
15     Q.   Okay.  Tell me in your words
16 what that case was.
17     A.   It was about the rates and how
18 they were overcharging us.
19     Q.   Okay.  And do you know how that
20 case was resolved?
21     A.   Yes.  It was settled.
22     Q.   When?
23     A.   I believe two years ago.
24     Q.   And what payment did you receive
25 in connection with that settlement?
```

**Page 77**

```
1          S. MIRKIN
2      A.   I received $10,000 under my
3  name, and under 10,000 under my husband's
4  name.
5      Q.   Okay.  Ms. Mirkin, do you mind
6  if we take a break?
7      A.   Sure.
8          THE VIDEOGRAPHER:  We're going
9  off the record at 11:39 a.m.
10         [Whereupon, a short break was
11 taken.]
12         THE VIDEOGRAPHER:  We're back on
13 the record at 11:52 a.m.
14     Q.   Ms. Mirkin, can you tell me the
15 names of the lawyers who are representing
16 you in this case?
17     A.   Steven Cohen, Daniel Hymowitz,
18 and Steven.
19     Q.   Mr. Wittels?
20     A.   Yes.
21     Q.   Anybody else?
22     A.   No.
23     Q.   Okay.  Do you have any
24 agreements with other lawyers about this
25 lawsuit --
```

**Page 78**

```
1          S. MIRKIN
2      A.   No.
3      Q.   -- or with -- about XOOM?
4      A.   No.
5      Q.   How did you find your lawyers?
6      A.   From Daniel, Daniel Hymowitz.
7      Q.   Is he someone you know?
8      A.   He's a family friend.
9      Q.   I see.
10         And you spoke with him initially
11 about Viridian?  Well, strike that.
12         I don't -- I don't mean to ask
13 about discussions you had with your
14 lawyers.  I don't think that an initial
15 consultation would be, but in any event,
16 Mr. Daniel was the lawyer you first met
17 with about a variable rate lawsuit?
18         MR. WITTELS:  Objection.
19     Q.   Is that right?
20     A.   With which company?
21     Q.   Any company.
22     A.   With Viridian and XOOM, correct.
23     Q.   Okay.  Okay.  We talked a little
24 bit earlier about XOOM and other ESCOs
25 seeking a profit in connection with their
```

**Page 79**

```
1          S. MIRKIN
2  business.  Do you remember that?
3      A.   Correct.
4      Q.   Do you have any opinion about
5  what's a reasonable profit margin for XOOM
6  to charge?
7      A.   No.
8          [Whereupon, testimony continues
9  in confidential transcript.]
```

## Page 98

```
 2   A.  No.
 3   Q.  Okay.  Okay.  Thank you very
 4   much.
 5   A.  Okay.
 6       THE VIDEOGRAPHER:  We are off
 7   the record at 12:08 p.m., and this
 8   concludes today's testimony given by
 9   Susanna Mirkin.
10
11       [TIME NOTED:  12:07 p.m.]
12
     _____
13       SUSANNA MIRKIN
14   _____
     SUBSCRIBED AND SWORN TO
15   BEFORE ME THIS _____
     DAY OF _____, 2022.
16
     _____
17   NOTARY PUBLIC
```

## Page 99

```
         I N D E X

    WITNESS      EXAMINATION BY    PAGE

    SUSANNA MIRKIN   MATT MATTHEWS   7, 94
              STEVEN WITTELS   92

         E X H I B I T S

PLAINTIFF'S    DESCRIPTION       PAGE
EXHIBIT 1 - CON EDISON RECORD     20
EXHIBIT 2 - PAGE 19 OF WITNESS'S  20
           COMPLAINT

EXHIBIT 3 - FIRST PAGE OF SOME    20
           CONTRACT TERMS AND
           CONDITIONS

EXHIBIT 4 - BILLING INFORMATION   35
           FOR BORIS MIRKIN,
           21 PEGGY LANE, STATEN
           ISLAND, NEW YORK 10306
EXHIBIT 5 - FULL COPY OF THOSE    71
           TERMS AND CONDITIONS
```

## Page 100

```
         CERTIFICATION

   I, Samuel Hittin, a Notary Public for
and within the State of New York, do
hereby certify:
   That the witness whose testimony as
herein set forth, was duly sworn by me;
and that the within transcript is a true
record of the testimony given by said
witness.
   I further certify that I am not
related to any of the parties to this
action by blood or marriage, and that I am
in no way interested in the outcome of
this matter.
   IN WITNESS WHEREOF, I have hereunto
set my hand this 6th day of September,
2022.


              SAMUEL HITTIN

              * * *
```

## Page 101

```
         ERRATA SHEET
     VERITEXT/NEW YORK REPORTING, LLC

  CASE NAME: SUSANNA MIRKIN AND BORIS
     MIRKIN, ET AL VS. XOOM ENERGY,
     LLC, ET AL
  DATE OF DEPOSITION: AUGUST 30, 2022
  WITNESS' NAME: SUSANNA MIRKIN

  PAGE/LINE(S)/   CHANGE       REASON
  ___/___/_____/_____
  ___/___/_____/_____
  ...

       _____
         SUSANNA MIRKIN
  SUBSCRIBED AND SWORN TO
     BEFORE ME THIS_____DAY
  OF_____, 2022.
     _____
       NOTARY PUBLIC

  MY COMMISSION EXPIRES_____
```