UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSANNA MIRKIN and BORIS MIRKIN, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiffs,<br><br>v.<br><br>XOOM ENERGY, LLC and XOOM ENERGY NEW YORK, LLC,<br><br>    Defendants. | No. 18 Civ. 2949 (ARR) (JAM) |

### [PROPOSED] ORDER ON XOOM'S MOTIONS IN LIMINE

The Court, having considered XOOM's Motions *in Limine*, Plaintiff's responses, XOOM's replies, and the arguments of counsel, if any, is of the opinion that XOOM's Motions *in Limine* should be **GRANTED** as follows:

1. **MIL No. 1: The Court should prohibit Plaintiff from offering evidence or argument that XOOM breached any implied contract term, including the implied covenant of good faith and fair dealing.**

    GRANTED _____        DENIED _____

2. **MIL No. 2: The Court should prohibit Plaintiff from offering evidence or argument that an implied or unwritten rate cap exists in Plaintiff's or the Class's contracts.**

    GRANTED _____        DENIED _____

3. **MIL No. 3: The Court should prohibit Plaintiff from offering evidence or argument that XOOM's variable rates or variable-rate margins were unreasonable.**

    GRANTED _____        DENIED _____

4. **MIL No. 4: The Court should prohibit Plaintiff from offering evidence or argument of XOOM's fixed rates or fixed-rate margins.**

   GRANTED _____        DENIED _____

5. **MIL No. 5: The Court should prohibit Plaintiff from offering evidence or argument of any proposed "exemplar margin."**

   GRANTED _____        DENIED _____

6. **MIL No. 6: The Court should prohibit Plaintiff from offering evidence or argument suggesting that a particular variable rate or variable-rate margin was profitable for XOOM, or that an alternative rate or margin would have been profitable.**

   GRANTED _____        DENIED _____

7. **MIL No. 7: The Court should prohibit Plaintiff from offering evidence or argument relating to the rates and margins of other ESCOs, including: rates charged by other ESCOs; costs incurred by other ESCOs; margins achieved by other ESCOs; and how XOOM's rates, costs, or margins compared to those of other ESCOs.**

   GRANTED _____        DENIED _____

8. **MIL No. 8: The Court should prohibit Plaintiff from offering evidence regarding regulated utility rates, including: rates charged by regulated utilities; costs incurred by regulated utilities; margins achieved by regulated utilities; and how XOOM's rates, costs, or margins compared to those of regulated utilities.**

   GRANTED _____        DENIED _____

9. **MIL No. 9: The Court should prohibit Plaintiff from offering evidence regarding contracts that do not include the same pricing term as Plaintiff's contract.**

   GRANTED _____        DENIED _____

**10.**    **MIL No. 10: The Court should prohibit Plaintiff from offering expert evidence regarding the meaning of contract terms.**

GRANTED _____          DENIED _____

**11.**    **MIL No. 11: The Court should prohibit Plaintiff from offering evidence or argument regarding or referring to NRG Energy Inc. or any other non-party affiliated with XOOM.**

GRANTED _____          DENIED _____

**12.**    **MIL No. 12: The Court should prohibit Plaintiff from offering evidence or argument related to the PSC's 2019 Reset Order, or any other proceedings or filings before regulatory and legislative bodies.**

GRANTED _____          DENIED _____

**13.**    **MIL No. 13: The Court should prohibit Plaintiff from seeking or referring to punitive damages and from referencing a "deceptive advertising" theory.**

GRANTED _____          DENIED _____

**14.**    **MIL No. 14: The Court should prohibit Plaintiff from introducing deposition testimony from available witnesses as part of her case in chief.**

GRANTED _____          DENIED _____

**15.**    **MIL No. 15: XOOM should be permitted to redact from any party or joint trial exhibit its trade-secret information that the Court excludes.**

GRANTED _____          DENIED _____

**IT IS SO ORDERED.**

Dated: _____    _____
                                                                                        HON. ALLYNE R. ROSS
                                                                                        UNITED STATES DISTRICT JUDGE