# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSANNA MIRKIN and BORIS MIRKIN, Individually and on Behalf of All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>v.<br><br>XOOM ENERGY, LLC and XOOM ENERGY NEW YORK, LLC,<br><br>      Defendants. | No. 18 Civ. 2949 (ARR) (JAM) |

**DECLARATION OF MICHAEL D. MATTHEWS, JR. IN SUPPORT OF XOOM's MOTION TO EXCLUDE PLAINTIFF'S UNTIMELY EXPERT DISCLOSURES**

Michael D. Matthews, Jr., under penalty of perjury, declares as follows:

 I am a partner of the law firm McDowell Hetherington LLP, attorneys for Defendants XOOM Energy, LLC and XOOM Energy New York, LLC. I submit this Declaration in support of XOOM'S Motion to Exclude Plaintiff's Untimely Expert Disclosures.

 1. Annexed hereto as **Exhibit A-1** is a true and correct copy of relevant excerpts from the deposition of Seabron Adamson dated November 8, 2022.

 2. Annexed hereto as **Exhibit A-2** is a true and correct copy of is a true and correct copy of the Expert Report of Derya Eryilmaz and Seabron Adamson dated October 3, 2022, without its attachments.

 3. Annexed hereto as **Exhibit A-3** is a true and correct copy of is a true and correct copy of the Amended Expert Report of Seabron Adamson dated May 10, 2024 and served on XOOM at 11:47 pm EDT that day, without its attachments.

1

4. Annexed hereto as **Exhibit A-4** is a true and correct copy of relevant excerpts from the deposition of Derya Eryilmaz dated November 15, 2022.

5. Annexed hereto as **Exhibit A-5** is a true and correct copy of is a true and correct copy of Exhibit 1 to the Expert Report of Derya Eryilmaz and Seabron Adamson dated October 3, 2022.

6. Annexed hereto as **Exhibit A-6** is a true and correct copy of relevant excerpts from the transcript of proceedings held before Judge Marutollo on January 19, 2024.

7. Annexed hereto as **Exhibit A-7** is a true and correct copy of of the Expert Report of Frank Felder, Ph.D., which was electronically filed on August 6, 2021 in *Gonzales v. Agway Energy Svcs, LLC*, N.D.N.Y. No. 18-cv-00235.

8. Annexed hereto as **Exhibit A-8** is a true and correct copy of relevant excerpts from the Deposition of Frank Felder, Ph.D., which was electronically filed on August 6, 2021 in *Gonzales v. Agway Energy Svcs, LLC*, N.D.N.Y. No. 18-cv-00235.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 30, 2024.

Michael D. Matthews, Jr., Esq.