# EXHIBIT A-5

# Exhibit 1

# Documents Considered

## I. Case Documents

*Susanna Mirkin and Boris Mirkin, individually and on behalf of all others similar situated v. XOOM Energy LLC and XOOM Energy New York LLC*, First Amended Class Action Complaint, dated August 21, 2019 (and Exhibits 1, 2, and 3 to the Amended Complaint).

Judge Ross's Opinion and Order on Defendants' Motion to Dismiss, ECF No. 24, dated September 21, 2018.

Second Circuit Opinion and Order on Plaintiffs' Appeal of Dismissal, ECF No. 40, dated July 26, 2019.

Plaintiffs' Motion to Compel, ECF No. 103, dated January 28, 2022.

XOOM v. Mirkin Conference Transcript Before Judge Reyes, dated February 3, 2022.

## II. Depositions

Deposition Transcript of Andrew Coppola, dated May 11, 2022.

Deposition Transcript of Thomas Ulry, dated May 12, 2022.

Deposition Transcript of Troy Chidester, dated June 24, 2022.

Deposition Transcript of Patricia Kulesa, dated June 29, 2022.

Deposition Transcript of Ryan Park, dated July 22, 2022.

Deposition Transcript of Jason Loehde, dated July 27, 2022.

30(b)(6) Deposition Transcript of XOOM Energy LLC and XOOM Energy New York LLC by Jason Loehde, Designee, dated July 28, 2022.

## III. Other Discovery Material[1]

Customer-level interval data produced in discovery.

Rate setting workbooks produced in discovery.

Margin reports produced in discovery.

High-level financial summaries produced in discovery.

Historical utility data produced in discovery.

XOOM New York rate history produced in discovery.

Responses to Plaintiffs' First Requests for the Production of Documents to All Defendants, dated December 24, 2019.

Letter from Christopher Rojao, dated November 20, 2020.

---

[1] A full list of the Bates numbers of documents produced in discovery that were considered is in Appendix A to this Exhibit.

Email from Diane Wizig dated April 8, 2022, Subject: Mirkin v. XOOM - Supplemental Production.

**IV. Public Sources**

Tirole, J. (1988). The Theory of Industrial Organization. The MIT Press Massachusetts Institute of Technology Cambridge, MA.

New York Public Service Commission, "Order Adopting Changes to the Retail Access Energy Market and Establishing Further Process," December 12, 2019. Available at https://www3.dps.ny.gov/W/PSCWeb.nsf/96f0fec0b45a3c6485257688006a701a/3f6ed8de50c6306185257687006f3a5f/$FILE/15-M-0127%20Order%20Adopting%20Changes%20to%20the%20Retail%20Access%20Energy%20Market%20and%20Establishing%20Further%20Process%2012.12.19.pdf.

New York Public Service Commission, Cases 15-M-0127 et al., "Notice of Evidentiary and Collaborative Tracks and Deadline for Initial Testimony and Exhibits," issued December 2, 2016.

State of Connecticut Office of Legislative Research, "Electric Supplier Variable Rates," January 6, 2021. Available at https://www.cga.ct.gov/2021/rpt/pdf/2021-R-0017.pdf.

Connecticut Office of the Consumer Counsel, "OCC Fact Sheet: Electric Supplier Market, Legacy Variable Rate Analysis," March 5, 2020. Available at https://portal.ct.gov/-/media/OCC/Variable-Rate-OCC-Fact-Sheet---March-2020.pdf.

## Appendix A: Bates Numbers of Documents Produced in Discovery

| | | |
|---|---|---|
| XOOM_INIT_000162 | XOOM_MIRKIN_010349 | XOOM_MIRKIN_034012 |
| XOOM_INIT_001119 | XOOM_MIRKIN_010350 | XOOM_MIRKIN_034014 |
| XOOM_INIT_001203 | XOOM_MIRKIN_010372 | XOOM_MIRKIN_034015 |
| XOOM_INIT_001205 | XOOM_MIRKIN_010377 | XOOM_MIRKIN_034016 |
| XOOM_INIT_001207 | XOOM_MIRKIN_010380 | XOOM_MIRKIN_034019 |
| XOOM_INIT_001209 | XOOM_MIRKIN_010382 | XOOM_MIRKIN_034022 |
| XOOM_INIT_001211 | XOOM_MIRKIN_010409 | XOOM_MIRKIN_034026 |
| XOOM_INIT_001213 | XOOM_MIRKIN_010494 | XOOM_MIRKIN_034027 |
| XOOM_INIT_001214 | XOOM_MIRKIN_010496 | XOOM_MIRKIN_034029 |
| XOOM_INIT_001216 | XOOM_MIRKIN_010543 | XOOM_MIRKIN_034031 |
| XOOM_INIT_001219 | XOOM_MIRKIN_010545 | XOOM_MIRKIN_034034 |
| XOOM_INIT_001220 | XOOM_MIRKIN_010643 | XOOM_MIRKIN_034036 |
| XOOM_INIT_001222 | XOOM_MIRKIN_010697 | XOOM_MIRKIN_034038 |
| XOOM_INIT_001223 | XOOM_MIRKIN_010970 | XOOM_MIRKIN_034045 |
| XOOM_INIT_001225 | XOOM_MIRKIN_010972 | XOOM_MIRKIN_034047 |
| XOOM_INIT_001226 | XOOM_MIRKIN_011030 | XOOM_MIRKIN_034049 |
| XOOM_INIT_001227 | XOOM_MIRKIN_011047 | XOOM_MIRKIN_034051 |
| XOOM_INIT_001230 | XOOM_MIRKIN_011104 | XOOM_MIRKIN_034052 |
| XOOM_INIT_001233 | XOOM_MIRKIN_011229 | XOOM_MIRKIN_034054 |
| XOOM_INIT_001234 | XOOM_MIRKIN_011234 | XOOM_MIRKIN_034056 |
| XOOM_INIT_001235 | XOOM_MIRKIN_011339 | XOOM_MIRKIN_034061 |
| XOOM_INIT_001239 | XOOM_MIRKIN_011363 | XOOM_MIRKIN_034062 |
| XOOM_INIT_001241 | XOOM_MIRKIN_011456 | XOOM_MIRKIN_034063 |
| XOOM_INIT_001243 | XOOM_MIRKIN_011517 | XOOM_MIRKIN_034065 |
| XOOM_INIT_001247 | XOOM_MIRKIN_011519 | XOOM_MIRKIN_034066 |
| XOOM_INIT_001248 | XOOM_MIRKIN_011531 | XOOM_MIRKIN_034068 |
| XOOM_INIT_001250 | XOOM_MIRKIN_011717 | XOOM_MIRKIN_034069 |
| XOOM_INIT_001252 | XOOM_MIRKIN_011765 | XOOM_MIRKIN_034073 |
| XOOM_INIT_001254 | XOOM_MIRKIN_011862 | XOOM_MIRKIN_034074 |
| XOOM_INIT_001257 | XOOM_MIRKIN_011941 | XOOM_MIRKIN_034075 |
| XOOM_INIT_001259 | XOOM_MIRKIN_011973 | XOOM_MIRKIN_034077 |
| XOOM_INIT_001261 | XOOM_MIRKIN_012023 | XOOM_MIRKIN_034079 |
| XOOM_INIT_001263 | XOOM_MIRKIN_012118 | XOOM_MIRKIN_034080 |
| XOOM_INIT_001265 | XOOM_MIRKIN_012171 | XOOM_MIRKIN_034084 |
| XOOM_INIT_001267 | XOOM_MIRKIN_012172 | XOOM_MIRKIN_034085 |
| XOOM_INIT_001269 | XOOM_MIRKIN_012274 | XOOM_MIRKIN_034086 |
| XOOM_INIT_001271 | XOOM_MIRKIN_012313 | XOOM_MIRKIN_034088 |
| XOOM_INIT_001273 | XOOM_MIRKIN_012314 | XOOM_MIRKIN_034090 |
| XOOM_INIT_001275 | XOOM_MIRKIN_012328 | XOOM_MIRKIN_034091 |
| XOOM_INIT_001277 | XOOM_MIRKIN_012367 | XOOM_MIRKIN_034095 |
| XOOM_INIT_001279 | XOOM_MIRKIN_012370 | XOOM_MIRKIN_034096 |
| XOOM_INIT_001281 | XOOM_MIRKIN_012463 | XOOM_MIRKIN_034097 |

| | | |
|---|---|---|
| XOOM_INIT_001284 | XOOM_MIRKIN_012582 | XOOM_MIRKIN_034099 |
| XOOM_INIT_001288 | XOOM_MIRKIN_012718 | XOOM_MIRKIN_034101 |
| XOOM_INIT_001290 | XOOM_MIRKIN_012825 | XOOM_MIRKIN_034106 |
| XOOM_INIT_001293 | XOOM_MIRKIN_012827 | XOOM_MIRKIN_034107 |
| XOOM_INIT_001295 | XOOM_MIRKIN_012829 | XOOM_MIRKIN_034108 |
| XOOM_INIT_001297 | XOOM_MIRKIN_013047 | XOOM_MIRKIN_034110 |
| XOOM_INIT_001299 | XOOM_MIRKIN_013055 | XOOM_MIRKIN_034112 |
| XOOM_INIT_001301 | XOOM_MIRKIN_013145 | XOOM_MIRKIN_034113 |
| XOOM_INIT_001304 | XOOM_MIRKIN_013163 | XOOM_MIRKIN_034117 |
| XOOM_INIT_001306 | XOOM_MIRKIN_013192 | XOOM_MIRKIN_034119 |
| XOOM_INIT_001308 | XOOM_MIRKIN_013198 | XOOM_MIRKIN_034121 |
| XOOM_INIT_001311 | XOOM_MIRKIN_013210 | XOOM_MIRKIN_034123 |
| XOOM_INIT_001313 | XOOM_MIRKIN_013234 | XOOM_MIRKIN_034125 |
| XOOM_INIT_001315 | XOOM_MIRKIN_013260 | XOOM_MIRKIN_034126 |
| XOOM_INIT_001317 | XOOM_MIRKIN_013268 | XOOM_MIRKIN_034127 |
| XOOM_INIT_001318 | XOOM_MIRKIN_013302 | XOOM_MIRKIN_034129 |
| XOOM_INIT_001322 | XOOM_MIRKIN_013311 | XOOM_MIRKIN_034132 |
| XOOM_INIT_001324 | XOOM_MIRKIN_013324 | XOOM_MIRKIN_034143 |
| XOOM_INIT_001326 | XOOM_MIRKIN_013489 | XOOM_MIRKIN_034145 |
| XOOM_INIT_001328 | XOOM_MIRKIN_013493 | XOOM_MIRKIN_034147 |
| XOOM_INIT_001331 | XOOM_MIRKIN_014023 | XOOM_MIRKIN_034149 |
| XOOM_INIT_001334 | XOOM_MIRKIN_014030 | XOOM_MIRKIN_034150 |
| XOOM_INIT_001336 | XOOM_MIRKIN_014031 | XOOM_MIRKIN_034151 |
| XOOM_INIT_001339 | XOOM_MIRKIN_014177 | XOOM_MIRKIN_034152 |
| XOOM_INIT_001341 | XOOM_MIRKIN_014178 | XOOM_MIRKIN_034154 |
| XOOM_INIT_001343 | XOOM_MIRKIN_014195 | XOOM_MIRKIN_034156 |
| XOOM_INIT_001345 | XOOM_MIRKIN_014196 | XOOM_MIRKIN_034161 |
| XOOM_INIT_001348 | XOOM_MIRKIN_014197 | XOOM_MIRKIN_034163 |
| XOOM_INIT_001350 | XOOM_MIRKIN_014198 | XOOM_MIRKIN_034165 |
| XOOM_INIT_001352 | XOOM_MIRKIN_014200 | XOOM_MIRKIN_034167 |
| XOOM_INIT_001354 | XOOM_MIRKIN_014202 | XOOM_MIRKIN_034168 |
| XOOM_INIT_001357 | XOOM_MIRKIN_014346 | XOOM_MIRKIN_034170 |
| XOOM_INIT_001359 | XOOM_MIRKIN_014474 | XOOM_MIRKIN_034172 |
| XOOM_INIT_001361 | XOOM_MIRKIN_014595 | XOOM_MIRKIN_034174 |
| XOOM_INIT_001364 | XOOM_MIRKIN_014693 | XOOM_MIRKIN_034176 |
| XOOM_INIT_001366 | XOOM_MIRKIN_014761 | XOOM_MIRKIN_034181 |
| XOOM_INIT_001368 | XOOM_MIRKIN_014763 | XOOM_MIRKIN_034182 |
| XOOM_INIT_001372 | XOOM_MIRKIN_015029 | XOOM_MIRKIN_034183 |
| XOOM_INIT_001374 | XOOM_MIRKIN_015206 | XOOM_MIRKIN_034185 |
| XOOM_INIT_001376 | XOOM_MIRKIN_015251 | XOOM_MIRKIN_034190 |
| XOOM_INIT_001380 | XOOM_MIRKIN_015267 | XOOM_MIRKIN_034192 |
| XOOM_INIT_001382 | XOOM_MIRKIN_015269 | XOOM_MIRKIN_034194 |
| XOOM_INIT_001384 | XOOM_MIRKIN_015426 | XOOM_MIRKIN_034196 |
| XOOM_INIT_001388 | XOOM_MIRKIN_015436 | XOOM_MIRKIN_034197 |
| XOOM_INIT_001390 | XOOM_MIRKIN_015504 | XOOM_MIRKIN_034199 |

| | | |
|---|---|---|
| XOOM_INIT_001392 | XOOM_MIRKIN_015544 | XOOM_MIRKIN_034201 |
| XOOM_INIT_001396 | XOOM_MIRKIN_015657 | XOOM_MIRKIN_034203 |
| XOOM_INIT_001399 | XOOM_MIRKIN_015725 | XOOM_MIRKIN_034205 |
| XOOM_INIT_001401 | XOOM_MIRKIN_015728 | XOOM_MIRKIN_034210 |
| XOOM_INIT_001405 | XOOM_MIRKIN_015730 | XOOM_MIRKIN_034211 |
| XOOM_INIT_001407 | XOOM_MIRKIN_015989 | XOOM_MIRKIN_034213 |
| XOOM_INIT_001409 | XOOM_MIRKIN_016175 | XOOM_MIRKIN_034215 |
| XOOM_INIT_001413 | XOOM_MIRKIN_016188 | XOOM_MIRKIN_034217 |
| XOOM_INIT_001415 | XOOM_MIRKIN_016204 | XOOM_MIRKIN_034219 |
| XOOM_INIT_001417 | XOOM_MIRKIN_016217 | XOOM_MIRKIN_034220 |
| XOOM_INIT_001420 | XOOM_MIRKIN_016476 | XOOM_MIRKIN_034222 |
| XOOM_INIT_001422 | XOOM_MIRKIN_016499 | XOOM_MIRKIN_034224 |
| XOOM_INIT_001425 | XOOM_MIRKIN_016516 | XOOM_MIRKIN_034226 |
| XOOM_INIT_001429 | XOOM_MIRKIN_016598 | XOOM_MIRKIN_034228 |
| XOOM_INIT_001432 | XOOM_MIRKIN_016714 | XOOM_MIRKIN_034231 |
| XOOM_INIT_001434 | XOOM_MIRKIN_016717 | XOOM_MIRKIN_034232 |
| XOOM_INIT_001436 | XOOM_MIRKIN_016878 | XOOM_MIRKIN_034233 |
| XOOM_INIT_001438 | XOOM_MIRKIN_016953 | XOOM_MIRKIN_034234 |
| XOOM_INIT_001441 | XOOM_MIRKIN_016955 | XOOM_MIRKIN_034235 |
| XOOM_INIT_001444 | XOOM_MIRKIN_017095 | XOOM_MIRKIN_034236 |
| XOOM_INIT_001446 | XOOM_MIRKIN_017441 | XOOM_MIRKIN_034237 |
| XOOM_INIT_001450 | XOOM_MIRKIN_017592 | XOOM_MIRKIN_034238 |
| XOOM_INIT_001453 | XOOM_MIRKIN_017596 | XOOM_MIRKIN_034240 |
| XOOM_INIT_001456 | XOOM_MIRKIN_017742 | XOOM_MIRKIN_034242 |
| XOOM_INIT_001458 | XOOM_MIRKIN_017755 | XOOM_MIRKIN_034244 |
| XOOM_INIT_001461 | XOOM_MIRKIN_017757 | XOOM_MIRKIN_034247 |
| XOOM_INIT_001464 | XOOM_MIRKIN_017827 | XOOM_MIRKIN_034248 |
| XOOM_INIT_001466 | XOOM_MIRKIN_018032 | XOOM_MIRKIN_034249 |
| XOOM_INIT_001469 | XOOM_MIRKIN_018033 | XOOM_MIRKIN_034250 |
| XOOM_INIT_001472 | XOOM_MIRKIN_018243 | XOOM_MIRKIN_034251 |
| XOOM_INIT_001474 | XOOM_MIRKIN_018258 | XOOM_MIRKIN_034252 |
| XOOM_INIT_001477 | XOOM_MIRKIN_018310 | XOOM_MIRKIN_034253 |
| XOOM_INIT_001480 | XOOM_MIRKIN_018533 | XOOM_MIRKIN_034255 |
| XOOM_INIT_001482 | XOOM_MIRKIN_018542 | XOOM_MIRKIN_034257 |
| XOOM_INIT_001483 | XOOM_MIRKIN_018551 | XOOM_MIRKIN_034259 |
| XOOM_INIT_001484 | XOOM_MIRKIN_018582 | XOOM_MIRKIN_034264 |
| XOOM_INIT_001487 | XOOM_MIRKIN_018766 | XOOM_MIRKIN_034265 |
| XOOM_INIT_001490 | XOOM_MIRKIN_018779 | XOOM_MIRKIN_034266 |
| XOOM_INIT_001492 | XOOM_MIRKIN_018809 | XOOM_MIRKIN_034267 |
| XOOM_INIT_001496 | XOOM_MIRKIN_018814 | XOOM_MIRKIN_034268 |
| XOOM_INIT_001498 | XOOM_MIRKIN_018818 | XOOM_MIRKIN_034269 |
| XOOM_INIT_001500 | XOOM_MIRKIN_018823 | XOOM_MIRKIN_034270 |
| XOOM_INIT_001501 | XOOM_MIRKIN_018870 | XOOM_MIRKIN_034271 |
| XOOM_INIT_001504 | XOOM_MIRKIN_018871 | XOOM_MIRKIN_034272 |
| XOOM_INIT_001507 | XOOM_MIRKIN_018873 | XOOM_MIRKIN_034273 |

| | | |
|---|---|---|
| XOOM_INIT_001509 | XOOM_MIRKIN_018943 | XOOM_MIRKIN_034274 |
| XOOM_INIT_001513 | XOOM_MIRKIN_018989 | XOOM_MIRKIN_034275 |
| XOOM_INIT_001515 | XOOM_MIRKIN_019019 | XOOM_MIRKIN_034276 |
| XOOM_INIT_001517 | XOOM_MIRKIN_019035 | XOOM_MIRKIN_034277 |
| XOOM_INIT_001519 | XOOM_MIRKIN_019203 | XOOM_MIRKIN_034278 |
| XOOM_INIT_001522 | XOOM_MIRKIN_019432 | XOOM_MIRKIN_034279 |
| XOOM_INIT_001525 | XOOM_MIRKIN_019567 | XOOM_MIRKIN_034280 |
| XOOM_INIT_001527 | XOOM_MIRKIN_019572 | XOOM_MIRKIN_034281 |
| XOOM_INIT_001529 | XOOM_MIRKIN_019762 | XOOM_MIRKIN_034282 |
| XOOM_INIT_001531 | XOOM_MIRKIN_019797 | XOOM_MIRKIN_034283 |
| XOOM_INIT_001536 | XOOM_MIRKIN_019800 | XOOM_MIRKIN_034284 |
| XOOM_INIT_001538 | XOOM_MIRKIN_019846 | XOOM_MIRKIN_034285 |
| XOOM_INIT_001540 | XOOM_MIRKIN_019867 | XOOM_MIRKIN_034286 |
| XOOM_INIT_001542 | XOOM_MIRKIN_019965 | XOOM_MIRKIN_034287 |
| XOOM_INIT_001545 | XOOM_MIRKIN_020039 | XOOM_MIRKIN_034288 |
| XOOM_INIT_001548 | XOOM_MIRKIN_020083 | XOOM_MIRKIN_034289 |
| XOOM_INIT_001550 | XOOM_MIRKIN_020232 | XOOM_MIRKIN_034290 |
| XOOM_INIT_001553 | XOOM_MIRKIN_020248 | XOOM_MIRKIN_034291 |
| XOOM_INIT_001555 | XOOM_MIRKIN_020465 | XOOM_MIRKIN_034292 |
| XOOM_INIT_001558 | XOOM_MIRKIN_020471 | XOOM_MIRKIN_034293 |
| XOOM_INIT_001560 | XOOM_MIRKIN_020476 | XOOM_MIRKIN_034294 |
| XOOM_INIT_001563 | XOOM_MIRKIN_020477 | XOOM_MIRKIN_034295 |
| XOOM_INIT_001566 | XOOM_MIRKIN_020490 | XOOM_MIRKIN_034296 |
| XOOM_INIT_001569 | XOOM_MIRKIN_020603 | XOOM_MIRKIN_034297 |
| XOOM_INIT_001571 | XOOM_MIRKIN_020685 | XOOM_MIRKIN_034298 |
| XOOM_INIT_001574 | XOOM_MIRKIN_020698 | XOOM_MIRKIN_034299 |
| XOOM_INIT_001577 | XOOM_MIRKIN_020855 | XOOM_MIRKIN_034300 |
| XOOM_INIT_001579 | XOOM_MIRKIN_020859 | XOOM_MIRKIN_034301 |
| XOOM_INIT_001582 | XOOM_MIRKIN_020864 | XOOM_MIRKIN_034302 |
| XOOM_INIT_001586 | XOOM_MIRKIN_020875 | XOOM_MIRKIN_034303 |
| XOOM_INIT_001588 | XOOM_MIRKIN_020892 | XOOM_MIRKIN_034304 |
| XOOM_INIT_001590 | XOOM_MIRKIN_020895 | XOOM_MIRKIN_034305 |
| XOOM_INIT_001594 | XOOM_MIRKIN_020899 | XOOM_MIRKIN_034306 |
| XOOM_INIT_001597 | XOOM_MIRKIN_021041 | XOOM_MIRKIN_034307 |
| XOOM_INIT_001599 | XOOM_MIRKIN_021044 | XOOM_MIRKIN_034308 |
| XOOM_INIT_001602 | XOOM_MIRKIN_021049 | XOOM_MIRKIN_034309 |
| XOOM_INIT_001605 | XOOM_MIRKIN_021052 | XOOM_MIRKIN_034310 |
| XOOM_INIT_001610 | XOOM_MIRKIN_021242 | XOOM_MIRKIN_034311 |
| XOOM_INIT_001612 | XOOM_MIRKIN_021284 | XOOM_MIRKIN_034312 |
| XOOM_INIT_001614 | XOOM_MIRKIN_021313 | XOOM_MIRKIN_034313 |
| XOOM_INIT_001617 | XOOM_MIRKIN_021316 | XOOM_MIRKIN_034314 |
| XOOM_INIT_001619 | XOOM_MIRKIN_021356 | XOOM_MIRKIN_034315 |
| XOOM_INIT_001621 | XOOM_MIRKIN_021358 | XOOM_MIRKIN_034316 |
| XOOM_INIT_001623 | XOOM_MIRKIN_021511 | XOOM_MIRKIN_034317 |
| XOOM_INIT_001624 | XOOM_MIRKIN_021517 | XOOM_MIRKIN_034318 |

| | | |
|---|---|---|
| XOOM_INIT_001626 | XOOM_MIRKIN_021525 | XOOM_MIRKIN_034319 |
| XOOM_INIT_001631 | XOOM_MIRKIN_021588 | XOOM_MIRKIN_034320 |
| XOOM_INIT_001632 | XOOM_MIRKIN_021678 | XOOM_MIRKIN_034321 |
| XOOM_INIT_001633 | XOOM_MIRKIN_021684 | XOOM_MIRKIN_034322 |
| XOOM_INIT_001635 | XOOM_MIRKIN_021742 | XOOM_MIRKIN_034323 |
| XOOM_INIT_001637 | XOOM_MIRKIN_021744 | XOOM_MIRKIN_034324 |
| XOOM_INIT_001638 | XOOM_MIRKIN_021842 | XOOM_MIRKIN_034325 |
| XOOM_INIT_001642 | XOOM_MIRKIN_021980 | XOOM_MIRKIN_034326 |
| XOOM_INIT_001643 | XOOM_MIRKIN_022089 | XOOM_MIRKIN_034327 |
| XOOM_INIT_001645 | XOOM_MIRKIN_022305 | XOOM_MIRKIN_034328 |
| XOOM_INIT_001647 | XOOM_MIRKIN_022423 | XOOM_MIRKIN_034329 |
| XOOM_INIT_001648 | XOOM_MIRKIN_022456 | XOOM_MIRKIN_034330 |
| XOOM_INIT_001652 | XOOM_MIRKIN_022548 | XOOM_MIRKIN_034331 |
| XOOM_INIT_001653 | XOOM_MIRKIN_022603 | XOOM_MIRKIN_034332 |
| XOOM_INIT_001655 | XOOM_MIRKIN_022770 | XOOM_MIRKIN_034333 |
| XOOM_INIT_001657 | XOOM_MIRKIN_022783 | XOOM_MIRKIN_034334 |
| XOOM_INIT_001658 | XOOM_MIRKIN_022820 | XOOM_MIRKIN_034335 |
| XOOM_INIT_001662 | XOOM_MIRKIN_022876 | XOOM_MIRKIN_034336 |
| XOOM_INIT_001663 | XOOM_MIRKIN_023109 | XOOM_MIRKIN_034337 |
| XOOM_INIT_001665 | XOOM_MIRKIN_023221 | XOOM_MIRKIN_034338 |
| XOOM_INIT_001667 | XOOM_MIRKIN_023314 | XOOM_MIRKIN_034339 |
| XOOM_INIT_001668 | XOOM_MIRKIN_023345 | XOOM_MIRKIN_034340 |
| XOOM_INIT_001672 | XOOM_MIRKIN_023559 | XOOM_MIRKIN_034341 |
| XOOM_INIT_001673 | XOOM_MIRKIN_023676 | XOOM_MIRKIN_034342 |
| XOOM_INIT_001675 | XOOM_MIRKIN_023690 | XOOM_MIRKIN_034343 |
| XOOM_INIT_001677 | XOOM_MIRKIN_023697 | XOOM_MIRKIN_034344 |
| XOOM_INIT_001680 | XOOM_MIRKIN_023853 | XOOM_MIRKIN_034345 |
| XOOM_INIT_001682 | XOOM_MIRKIN_023855 | XOOM_MIRKIN_034346 |
| XOOM_INIT_001683 | XOOM_MIRKIN_023858 | XOOM_MIRKIN_034347 |
| XOOM_INIT_001685 | XOOM_MIRKIN_023989 | XOOM_MIRKIN_034348 |
| XOOM_INIT_001687 | XOOM_MIRKIN_024066 | XOOM_MIRKIN_034349 |
| XOOM_INIT_001691 | XOOM_MIRKIN_024088 | XOOM_MIRKIN_034350 |
| XOOM_INIT_001692 | XOOM_MIRKIN_024122 | XOOM_MIRKIN_034351 |
| XOOM_INIT_001693 | XOOM_MIRKIN_024396 | XOOM_MIRKIN_034352 |
| XOOM_INIT_001695 | XOOM_MIRKIN_024411 | XOOM_MIRKIN_034353 |
| XOOM_INIT_001700 | XOOM_MIRKIN_024421 | XOOM_MIRKIN_034354 |
| XOOM_INIT_001701 | XOOM_MIRKIN_024436 | XOOM_MIRKIN_034355 |
| XOOM_INIT_001702 | XOOM_MIRKIN_024523 | XOOM_MIRKIN_034356 |
| XOOM_INIT_001703 | XOOM_MIRKIN_024526 | XOOM_MIRKIN_034357 |
| XOOM_INIT_001705 | XOOM_MIRKIN_024527 | XOOM_MIRKIN_034358 |
| XOOM_INIT_001707 | XOOM_MIRKIN_024563 | XOOM_MIRKIN_034359 |
| XOOM_INIT_001709 | XOOM_MIRKIN_024577 | XOOM_MIRKIN_034360 |
| XOOM_INIT_001711 | XOOM_MIRKIN_024586 | XOOM_MIRKIN_034361 |
| XOOM_INIT_001713 | XOOM_MIRKIN_024731 | XOOM_MIRKIN_034362 |
| XOOM_INIT_001714 | XOOM_MIRKIN_024738 | XOOM_MIRKIN_034363 |

| | | |
|---|---|---|
| XOOM_INIT_001716 | XOOM_MIRKIN_024743 | XOOM_MIRKIN_034364 |
| XOOM_INIT_001718 | XOOM_MIRKIN_024746 | XOOM_MIRKIN_034365 |
| XOOM_INIT_001720 | XOOM_MIRKIN_024824 | XOOM_MIRKIN_034366 |
| XOOM_INIT_001722 | XOOM_MIRKIN_024849 | XOOM_MIRKIN_034367 |
| XOOM_INIT_001723 | XOOM_MIRKIN_024873 | XOOM_MIRKIN_034368 |
| XOOM_INIT_001724 | XOOM_MIRKIN_024880 | XOOM_MIRKIN_034369 |
| XOOM_INIT_001725 | XOOM_MIRKIN_024923 | XOOM_MIRKIN_034370 |
| XOOM_INIT_001726 | XOOM_MIRKIN_025101 | XOOM_MIRKIN_034371 |
| XOOM_INIT_001727 | XOOM_MIRKIN_025206 | XOOM_MIRKIN_034372 |
| XOOM_INIT_001728 | XOOM_MIRKIN_025210 | XOOM_MIRKIN_034373 |
| XOOM_INIT_001729 | XOOM_MIRKIN_025389 | XOOM_MIRKIN_034374 |
| XOOM_INIT_001730 | XOOM_MIRKIN_025398 | XOOM_MIRKIN_034375 |
| XOOM_INIT_001731 | XOOM_MIRKIN_025461 | XOOM_MIRKIN_034376 |
| XOOM_INIT_001732 | XOOM_MIRKIN_025468 | XOOM_MIRKIN_034377 |
| XOOM_INIT_001733 | XOOM_MIRKIN_025713 | XOOM_MIRKIN_034378 |
| XOOM_INIT_001734 | XOOM_MIRKIN_025724 | XOOM_MIRKIN_034379 |
| XOOM_INIT_001735 | XOOM_MIRKIN_025737 | XOOM_MIRKIN_034380 |
| XOOM_INIT_001736 | XOOM_MIRKIN_025827 | XOOM_MIRKIN_034381 |
| XOOM_INIT_001737 | XOOM_MIRKIN_025931 | XOOM_MIRKIN_034382 |
| XOOM_INIT_001738 | XOOM_MIRKIN_026025 | XOOM_MIRKIN_034383 |
| XOOM_INIT_001739 | XOOM_MIRKIN_026038 | XOOM_MIRKIN_034384 |
| XOOM_INIT_001740 | XOOM_MIRKIN_026079 | XOOM_MIRKIN_034385 |
| XOOM_INIT_001741 | XOOM_MIRKIN_026154 | XOOM_MIRKIN_034386 |
| XOOM_INIT_001742 | XOOM_MIRKIN_026251 | XOOM_MIRKIN_034387 |
| XOOM_INIT_001743 | XOOM_MIRKIN_026417 | XOOM_MIRKIN_034388 |
| XOOM_INIT_001744 | XOOM_MIRKIN_026496 | XOOM_MIRKIN_034389 |
| XOOM_INIT_001745 | XOOM_MIRKIN_026511 | XOOM_MIRKIN_034390 |
| XOOM_INIT_001746 | XOOM_MIRKIN_026703 | XOOM_MIRKIN_034391 |
| XOOM_INIT_001747 | XOOM_MIRKIN_026723 | XOOM_MIRKIN_034392 |
| XOOM_INIT_001748 | XOOM_MIRKIN_026747 | XOOM_MIRKIN_034393 |
| XOOM_INIT_001749 | XOOM_MIRKIN_026815 | XOOM_MIRKIN_034394 |
| XOOM_INIT_001750 | XOOM_MIRKIN_027180 | XOOM_MIRKIN_034395 |
| XOOM_INIT_001751 | XOOM_MIRKIN_027353 | XOOM_MIRKIN_034396 |
| XOOM_INIT_001752 | XOOM_MIRKIN_027431 | XOOM_MIRKIN_034397 |
| XOOM_INIT_001753 | XOOM_MIRKIN_027531 | XOOM_MIRKIN_034398 |
| XOOM_INIT_001754 | XOOM_MIRKIN_027539 | XOOM_MIRKIN_034399 |
| XOOM_INIT_001755 | XOOM_MIRKIN_027679 | XOOM_MIRKIN_034400 |
| XOOM_INIT_001756 | XOOM_MIRKIN_027690 | XOOM_MIRKIN_034401 |
| XOOM_INIT_001757 | XOOM_MIRKIN_027761 | XOOM_MIRKIN_034402 |
| XOOM_INIT_001758 | XOOM_MIRKIN_027864 | XOOM_MIRKIN_034403 |
| XOOM_INIT_001759 | XOOM_MIRKIN_027876 | XOOM_MIRKIN_034404 |
| XOOM_INIT_001760 | XOOM_MIRKIN_027957 | XOOM_MIRKIN_034405 |
| XOOM_INIT_001761 | XOOM_MIRKIN_028080 | XOOM_MIRKIN_034406 |
| XOOM_INIT_001762 | XOOM_MIRKIN_028136 | XOOM_MIRKIN_034407 |
| XOOM_INIT_001763 | XOOM_MIRKIN_028397 | XOOM_MIRKIN_034408 |

| | | |
|---|---|---|
| XOOM_INIT_001764 | XOOM_MIRKIN_028548 | XOOM_MIRKIN_034409 |
| XOOM_INIT_001765 | XOOM_MIRKIN_028556 | XOOM_MIRKIN_034410 |
| XOOM_INIT_001766 | XOOM_MIRKIN_028642 | XOOM_MIRKIN_034670 |
| XOOM_INIT_001767 | XOOM_MIRKIN_028665 | XOOM_MIRKIN_034805 |
| XOOM_INIT_001768 | XOOM_MIRKIN_028684 | XOOM_MIRKIN_034817 |
| XOOM_INIT_001769 | XOOM_MIRKIN_028802 | XOOM_MIRKIN_034880 |
| XOOM_INIT_001770 | XOOM_MIRKIN_028823 | XOOM_MIRKIN_034975 |
| XOOM_INIT_001771 | XOOM_MIRKIN_028856 | XOOM_MIRKIN_034990 |
| XOOM_INIT_001772 | XOOM_MIRKIN_028938 | XOOM_MIRKIN_035005 |
| XOOM_INIT_001773 | XOOM_MIRKIN_028940 | XOOM_MIRKIN_035033 |
| XOOM_INIT_001774 | XOOM_MIRKIN_029111 | XOOM_MIRKIN_035060 |
| XOOM_INIT_001775 | XOOM_MIRKIN_029278 | XOOM_MIRKIN_035088 |
| XOOM_INIT_001776 | XOOM_MIRKIN_029285 | XOOM_MIRKIN_035117 |
| XOOM_INIT_001777 | XOOM_MIRKIN_029436 | XOOM_MIRKIN_035148 |
| XOOM_INIT_001778 | XOOM_MIRKIN_029447 | XOOM_MIRKIN_035178 |
| XOOM_INIT_001779 | XOOM_MIRKIN_029460 | XOOM_MIRKIN_035227 |
| XOOM_INIT_001780 | XOOM_MIRKIN_029527 | XOOM_MIRKIN_035309 |
| XOOM_INIT_001781 | XOOM_MIRKIN_029665 | XOOM_MIRKIN_035450 |
| XOOM_INIT_001782 | XOOM_MIRKIN_029744 | XOOM_MIRKIN_035506 |
| XOOM_INIT_001783 | XOOM_MIRKIN_029814 | XOOM_MIRKIN_035613 |
| XOOM_INIT_001784 | XOOM_MIRKIN_029916 | XOOM_MIRKIN_035690 |
| XOOM_INIT_001785 | XOOM_MIRKIN_029969 | XOOM_MIRKIN_035809 |
| XOOM_INIT_001786 | XOOM_MIRKIN_030154 | XOOM_MIRKIN_035847 |
| XOOM_INIT_001787 | XOOM_MIRKIN_030280 | XOOM_MIRKIN_035851 |
| XOOM_INIT_001788 | XOOM_MIRKIN_030345 | XOOM_MIRKIN_036247 |
| XOOM_INIT_001789 | XOOM_MIRKIN_030413 | XOOM_MIRKIN_036284 |
| XOOM_INIT_001790 | XOOM_MIRKIN_030554 | XOOM_MIRKIN_036470 |
| XOOM_INIT_001791 | XOOM_MIRKIN_030587 | XOOM_MIRKIN_036485 |
| XOOM_INIT_001792 | XOOM_MIRKIN_030626 | XOOM_MIRKIN_036646 |
| XOOM_INIT_001793 | XOOM_MIRKIN_030742 | XOOM_MIRKIN_036677 |
| XOOM_INIT_001794 | XOOM_MIRKIN_030750 | XOOM_MIRKIN_036942 |
| XOOM_INIT_001795 | XOOM_MIRKIN_030800 | XOOM_MIRKIN_037091 |
| XOOM_INIT_001796 | XOOM_MIRKIN_030805 | XOOM_MIRKIN_037103 |
| XOOM_INIT_001797 | XOOM_MIRKIN_030806 | XOOM_MIRKIN_037240 |
| XOOM_INIT_001798 | XOOM_MIRKIN_030808 | XOOM_MIRKIN_037367 |
| XOOM_INIT_001799 | XOOM_MIRKIN_030809 | XOOM_MIRKIN_037515 |
| XOOM_INIT_001800 | XOOM_MIRKIN_030811 | XOOM_MIRKIN_037642 |
| XOOM_INIT_001801 | XOOM_MIRKIN_030969 | XOOM_MIRKIN_037651 |
| XOOM_INIT_001802 | XOOM_MIRKIN_031052 | XOOM_MIRKIN_037698 |
| XOOM_INIT_001803 | XOOM_MIRKIN_031056 | XOOM_MIRKIN_038170 |
| XOOM_INIT_001804 | XOOM_MIRKIN_031270 | XOOM_MIRKIN_038174 |
| XOOM_INIT_001805 | XOOM_MIRKIN_031273 | XOOM_MIRKIN_038363 |
| XOOM_INIT_001806 | XOOM_MIRKIN_031692 | XOOM_MIRKIN_038483 |
| XOOM_INIT_001807 | XOOM_MIRKIN_031906 | XOOM_MIRKIN_038546 |
| XOOM_INIT_001808 | XOOM_MIRKIN_031943 | XOOM_MIRKIN_038548 |

| | | |
|---|---|---|
| XOOM_INIT_001809 | XOOM_MIRKIN_031956 | XOOM_MIRKIN_038564 |
| XOOM_INIT_001810 | XOOM_MIRKIN_032004 | XOOM_MIRKIN_038757 |
| XOOM_INIT_001811 | XOOM_MIRKIN_032008 | XOOM_MIRKIN_038759 |
| XOOM_INIT_001812 | XOOM_MIRKIN_032014 | XOOM_MIRKIN_038880 |
| XOOM_INIT_001813 | XOOM_MIRKIN_032142 | XOOM_MIRKIN_039012 |
| XOOM_INIT_001814 | XOOM_MIRKIN_032151 | XOOM_MIRKIN_039046 |
| XOOM_INIT_001815 | XOOM_MIRKIN_032267 | XOOM_MIRKIN_039372 |
| XOOM_INIT_001816 | XOOM_MIRKIN_032270 | XOOM_MIRKIN_039380 |
| XOOM_INIT_001817 | XOOM_MIRKIN_032273 | XOOM_MIRKIN_039641 |
| XOOM_INIT_001818 | XOOM_MIRKIN_032320 | XOOM_MIRKIN_039664 |
| XOOM_INIT_001819 | XOOM_MIRKIN_032411 | XOOM_MIRKIN_039832 |
| XOOM_INIT_001820 | XOOM_MIRKIN_032426 | XOOM_MIRKIN_040173 |
| XOOM_INIT_001821 | XOOM_MIRKIN_032484 | XOOM_MIRKIN_040176 |
| XOOM_INIT_001822 | XOOM_MIRKIN_032622 | XOOM_MIRKIN_040181 |
| XOOM_INIT_001823 | XOOM_MIRKIN_032760 | XOOM_MIRKIN_040211 |
| XOOM_INIT_001824 | XOOM_MIRKIN_032761 | XOOM_MIRKIN_040399 |
| XOOM_INIT_001825 | XOOM_MIRKIN_032762 | XOOM_MIRKIN_040405 |
| XOOM_INIT_001826 | XOOM_MIRKIN_032763 | XOOM_MIRKIN_040580 |
| XOOM_INIT_001827 | XOOM_MIRKIN_032764 | XOOM_MIRKIN_040592 |
| XOOM_INIT_001828 | XOOM_MIRKIN_032765 | XOOM_MIRKIN_040598 |
| XOOM_INIT_001829 | XOOM_MIRKIN_032766 | XOOM_MIRKIN_040662 |
| XOOM_INIT_001830 | XOOM_MIRKIN_032767 | XOOM_MIRKIN_040740 |
| XOOM_INIT_001831 | XOOM_MIRKIN_032768 | XOOM_MIRKIN_040748 |
| XOOM_INIT_001832 | XOOM_MIRKIN_032769 | XOOM_MIRKIN_040815 |
| XOOM_INIT_001833 | XOOM_MIRKIN_032770 | XOOM_MIRKIN_040821 |
| XOOM_INIT_001834 | XOOM_MIRKIN_032771 | XOOM_MIRKIN_040900 |
| XOOM_INIT_001835 | XOOM_MIRKIN_032772 | XOOM_MIRKIN_040902 |
| XOOM_INIT_001836 | XOOM_MIRKIN_032773 | XOOM_MIRKIN_040938 |
| XOOM_INIT_001838 | XOOM_MIRKIN_032774 | XOOM_MIRKIN_040943 |
| XOOM_INIT_001840 | XOOM_MIRKIN_032775 | XOOM_MIRKIN_041117 |
| XOOM_INIT_001842 | XOOM_MIRKIN_032776 | XOOM_MIRKIN_041121 |
| XOOM_INIT_001843 | XOOM_MIRKIN_032778 | XOOM_MIRKIN_041149 |
| XOOM_INIT_001844 | XOOM_MIRKIN_032779 | XOOM_MIRKIN_041183 |
| XOOM_INIT_001845 | XOOM_MIRKIN_032780 | XOOM_MIRKIN_041193 |
| XOOM_INIT_001846 | XOOM_MIRKIN_032781 | XOOM_MIRKIN_041221 |
| XOOM_INIT_001847 | XOOM_MIRKIN_032782 | XOOM_MIRKIN_041351 |
| XOOM_INIT_001848 | XOOM_MIRKIN_033382 | XOOM_MIRKIN_041469 |
| XOOM_INIT_001849 | XOOM_MIRKIN_033383 | XOOM_MIRKIN_041606 |
| XOOM_INIT_001850 | XOOM_MIRKIN_033385 | XOOM_MIRKIN_041641 |
| XOOM_INIT_001851 | XOOM_MIRKIN_033387 | XOOM_MIRKIN_042268 |
| XOOM_INIT_001854 | XOOM_MIRKIN_033390 | XOOM_MIRKIN_042427 |
| XOOM_INIT_001855 | XOOM_MIRKIN_033392 | XOOM_MIRKIN_042536 |
| XOOM_INIT_001858 | XOOM_MIRKIN_033393 | XOOM_MIRKIN_042549 |
| XOOM_INIT_001861 | XOOM_MIRKIN_033394 | XOOM_MIRKIN_042686 |
| XOOM_INIT_001864 | XOOM_MIRKIN_033395 | XOOM_MIRKIN_042688 |

| | | |
|---|---|---|
| XOOM_INIT_001865 | XOOM_MIRKIN_033396 | XOOM_MIRKIN_042758 |
| XOOM_INIT_001868 | XOOM_MIRKIN_033397 | XOOM_MIRKIN_042859 |
| XOOM_INIT_001871 | XOOM_MIRKIN_033399 | XOOM_MIRKIN_042896 |
| XOOM_INIT_001874 | XOOM_MIRKIN_033400 | XOOM_MIRKIN_042938 |
| XOOM_INIT_001877 | XOOM_MIRKIN_033401 | XOOM_MIRKIN_043002 |
| XOOM_INIT_001880 | XOOM_MIRKIN_033402 | XOOM_MIRKIN_043075 |
| XOOM_INIT_001883 | XOOM_MIRKIN_033403 | XOOM_MIRKIN_043092 |
| XOOM_INIT_001886 | XOOM_MIRKIN_033404 | XOOM_MIRKIN_043160 |
| XOOM_INIT_001889 | XOOM_MIRKIN_033405 | XOOM_MIRKIN_043186 |
| XOOM_INIT_001892 | XOOM_MIRKIN_033406 | XOOM_MIRKIN_043219 |
| XOOM_INIT_001895 | XOOM_MIRKIN_033407 | XOOM_MIRKIN_043328 |
| XOOM_INIT_001898 | XOOM_MIRKIN_033408 | XOOM_MIRKIN_043342 |
| XOOM_INIT_001901 | XOOM_MIRKIN_033409 | XOOM_MIRKIN_043346 |
| XOOM_INIT_001904 | XOOM_MIRKIN_033412 | XOOM_MIRKIN_043429 |
| XOOM_INIT_001907 | XOOM_MIRKIN_033415 | XOOM_MIRKIN_043488 |
| XOOM_INIT_001910 | XOOM_MIRKIN_033416 | XOOM_MIRKIN_043526 |
| XOOM_INIT_001911 | XOOM_MIRKIN_033417 | XOOM_MIRKIN_043554 |
| XOOM_INIT_001912 | XOOM_MIRKIN_033420 | XOOM_MIRKIN_043573 |
| XOOM_INIT_001915 | XOOM_MIRKIN_033421 | XOOM_MIRKIN_043599 |
| XOOM_INIT_001918 | XOOM_MIRKIN_033422 | XOOM_MIRKIN_043601 |
| XOOM_INIT_001921 | XOOM_MIRKIN_033424 | XOOM_MIRKIN_043644 |
| XOOM_INIT_001924 | XOOM_MIRKIN_033425 | XOOM_MIRKIN_043657 |
| XOOM_INIT_001927 | XOOM_MIRKIN_033426 | XOOM_MIRKIN_043701 |
| XOOM_INIT_001928 | XOOM_MIRKIN_033427 | XOOM_MIRKIN_043756 |
| XOOM_INIT_001933 | XOOM_MIRKIN_033428 | XOOM_MIRKIN_043879 |
| XOOM_INIT_001936 | XOOM_MIRKIN_033429 | XOOM_MIRKIN_043910 |
| XOOM_INIT_001939 | XOOM_MIRKIN_033430 | XOOM_MIRKIN_044322 |
| XOOM_INIT_001941 | XOOM_MIRKIN_033431 | XOOM_MIRKIN_044436 |
| XOOM_INIT_001943 | XOOM_MIRKIN_033432 | XOOM_MIRKIN_044818 |
| XOOM_INIT_001945 | XOOM_MIRKIN_033433 | XOOM_MIRKIN_044855 |
| XOOM_INIT_001947 | XOOM_MIRKIN_033434 | XOOM_MIRKIN_044963 |
| XOOM_INIT_001949 | XOOM_MIRKIN_033435 | XOOM_MIRKIN_045045 |
| XOOM_INIT_001951 | XOOM_MIRKIN_033436 | XOOM_MIRKIN_045047 |
| XOOM_INIT_001953 | XOOM_MIRKIN_033437 | XOOM_MIRKIN_045213 |
| XOOM_INIT_001955 | XOOM_MIRKIN_033439 | XOOM_MIRKIN_045214 |
| XOOM_INIT_001957 | XOOM_MIRKIN_033441 | XOOM_MIRKIN_045240 |
| XOOM_INIT_001959 | XOOM_MIRKIN_033442 | XOOM_MIRKIN_045243 |
| XOOM_INIT_001961 | XOOM_MIRKIN_033443 | XOOM_MIRKIN_045267 |
| XOOM_INIT_001963 | XOOM_MIRKIN_033446 | XOOM_MIRKIN_045281 |
| XOOM_INIT_001965 | XOOM_MIRKIN_033448 | XOOM_MIRKIN_045291 |
| XOOM_INIT_001967 | XOOM_MIRKIN_033450 | XOOM_MIRKIN_045462 |
| XOOM_INIT_001969 | XOOM_MIRKIN_033451 | XOOM_MIRKIN_045554 |
| XOOM_INIT_001971 | XOOM_MIRKIN_033453 | XOOM_MIRKIN_045555 |
| XOOM_INIT_001973 | XOOM_MIRKIN_033454 | XOOM_MIRKIN_045595 |
| XOOM_INIT_001974 | XOOM_MIRKIN_033456 | XOOM_MIRKIN_045852 |

| | | |
|---|---|---|
| XOOM_INIT_001975 | XOOM_MIRKIN_033458 | XOOM_MIRKIN_045899 |
| XOOM_INIT_001976 | XOOM_MIRKIN_033463 | XOOM_MIRKIN_045916 |
| XOOM_INIT_001977 | XOOM_MIRKIN_033465 | XOOM_MIRKIN_045963 |
| XOOM_INIT_001978 | XOOM_MIRKIN_033467 | XOOM_MIRKIN_046015 |
| XOOM_INIT_001979 | XOOM_MIRKIN_033472 | XOOM_MIRKIN_046065 |
| XOOM_INIT_001980 | XOOM_MIRKIN_033473 | XOOM_MIRKIN_046095 |
| XOOM_INIT_001981 | XOOM_MIRKIN_033474 | XOOM_MIRKIN_046151 |
| XOOM_INIT_001982 | XOOM_MIRKIN_033476 | XOOM_MIRKIN_046160 |
| XOOM_INIT_001983 | XOOM_MIRKIN_033478 | XOOM_MIRKIN_046163 |
| XOOM_INIT_001984 | XOOM_MIRKIN_033480 | XOOM_MIRKIN_046180 |
| XOOM_INIT_001985 | XOOM_MIRKIN_033482 | XOOM_MIRKIN_046231 |
| XOOM_INIT_001986 | XOOM_MIRKIN_033484 | XOOM_MIRKIN_046387 |
| XOOM_INIT_001987 | XOOM_MIRKIN_033486 | XOOM_MIRKIN_046414 |
| XOOM_INIT_001988 | XOOM_MIRKIN_033490 | XOOM_MIRKIN_046473 |
| XOOM_INIT_001989 | XOOM_MIRKIN_033492 | XOOM_MIRKIN_046474 |
| XOOM_INIT_001990 | XOOM_MIRKIN_033494 | XOOM_MIRKIN_046475 |
| XOOM_INIT_001991 | XOOM_MIRKIN_033496 | XOOM_MIRKIN_046476 |
| XOOM_INIT_001992 | XOOM_MIRKIN_033498 | XOOM_MIRKIN_046555 |
| XOOM_INIT_001993 | XOOM_MIRKIN_033500 | XOOM_MIRKIN_046556 |
| XOOM_INIT_001994 | XOOM_MIRKIN_033501 | XOOM_MIRKIN_046558 |
| XOOM_INIT_001995 | XOOM_MIRKIN_033502 | XOOM_MIRKIN_046679 |
| XOOM_INIT_001996 | XOOM_MIRKIN_033503 | XOOM_MIRKIN_046732 |
| XOOM_INIT_001997 | XOOM_MIRKIN_033505 | XOOM_MIRKIN_046766 |
| XOOM_INIT_001998 | XOOM_MIRKIN_033507 | XOOM_MIRKIN_046796 |
| XOOM_INIT_001999 | XOOM_MIRKIN_033509 | XOOM_MIRKIN_046845 |
| XOOM_INIT_002000 | XOOM_MIRKIN_033511 | XOOM_MIRKIN_046846 |
| XOOM_INIT_002001 | XOOM_MIRKIN_033513 | XOOM_MIRKIN_046847 |
| XOOM_INIT_002002 | XOOM_MIRKIN_033516 | XOOM_MIRKIN_046898 |
| XOOM_INIT_002003 | XOOM_MIRKIN_033518 | XOOM_MIRKIN_046920 |
| XOOM_INIT_002004 | XOOM_MIRKIN_033520 | XOOM_MIRKIN_046993 |
| XOOM_INIT_002005 | XOOM_MIRKIN_033522 | XOOM_MIRKIN_047018 |
| XOOM_INIT_002006 | XOOM_MIRKIN_033524 | XOOM_MIRKIN_047100 |
| XOOM_INIT_002007 | XOOM_MIRKIN_033526 | XOOM_MIRKIN_047141 |
| XOOM_INIT_002008 | XOOM_MIRKIN_033528 | XOOM_MIRKIN_047163 |
| XOOM_INIT_002009 | XOOM_MIRKIN_033530 | XOOM_MIRKIN_047185 |
| XOOM_INIT_002010 | XOOM_MIRKIN_033532 | XOOM_MIRKIN_047250 |
| XOOM_INIT_002011 | XOOM_MIRKIN_033534 | XOOM_MIRKIN_047252 |
| XOOM_INIT_002012 | XOOM_MIRKIN_033536 | XOOM_MIRKIN_047380 |
| XOOM_INIT_002013 | XOOM_MIRKIN_033537 | XOOM_MIRKIN_047387 |
| XOOM_INIT_002014 | XOOM_MIRKIN_033541 | XOOM_MIRKIN_047406 |
| XOOM_INIT_002015 | XOOM_MIRKIN_033545 | XOOM_MIRKIN_047413 |
| XOOM_INIT_002016 | XOOM_MIRKIN_033547 | XOOM_MIRKIN_047442 |
| XOOM_INIT_002017 | XOOM_MIRKIN_033549 | XOOM_MIRKIN_047454 |
| XOOM_INIT_002018 | XOOM_MIRKIN_033551 | XOOM_MIRKIN_047519 |
| XOOM_INIT_002019 | XOOM_MIRKIN_033554 | XOOM_MIRKIN_047605 |

| | | |
|---|---|---|
| XOOM_INIT_002020 | XOOM_MIRKIN_033556 | XOOM_MIRKIN_047606 |
| XOOM_INIT_002021 | XOOM_MIRKIN_033558 | XOOM_MIRKIN_047611 |
| XOOM_INIT_002022 | XOOM_MIRKIN_033560 | XOOM_MIRKIN_047739 |
| XOOM_INIT_002023 | XOOM_MIRKIN_033561 | XOOM_MIRKIN_047768 |
| XOOM_INIT_002024 | XOOM_MIRKIN_033563 | XOOM_MIRKIN_047770 |
| XOOM_INIT_002025 | XOOM_MIRKIN_033566 | XOOM_MIRKIN_047848 |
| XOOM_INIT_002026 | XOOM_MIRKIN_033569 | XOOM_MIRKIN_048273 |
| XOOM_INIT_002027 | XOOM_MIRKIN_033570 | XOOM_MIRKIN_048274 |
| XOOM_INIT_002028 | XOOM_MIRKIN_033571 | XOOM_MIRKIN_048353 |
| XOOM_INIT_002029 | XOOM_MIRKIN_033572 | XOOM_MIRKIN_048413 |
| XOOM_INIT_002031 | XOOM_MIRKIN_033574 | XOOM_MIRKIN_048427 |
| XOOM_INIT_002032 | XOOM_MIRKIN_033576 | XOOM_MIRKIN_048458 |
| XOOM_INIT_002034 | XOOM_MIRKIN_033581 | XOOM_MIRKIN_048546 |
| XOOM_INIT_002036 | XOOM_MIRKIN_033583 | XOOM_MIRKIN_048571 |
| XOOM_INIT_002038 | XOOM_MIRKIN_033585 | XOOM_MIRKIN_048599 |
| XOOM_INIT_002039 | XOOM_MIRKIN_033587 | XOOM_MIRKIN_048647 |
| XOOM_INIT_002040 | XOOM_MIRKIN_033588 | XOOM_MIRKIN_048649 |
| XOOM_INIT_002041 | XOOM_MIRKIN_033590 | XOOM_MIRKIN_048683 |
| XOOM_INIT_002042 | XOOM_MIRKIN_033594 | XOOM_MIRKIN_048708 |
| XOOM_INIT_002043 | XOOM_MIRKIN_033595 | XOOM_MIRKIN_048912 |
| XOOM_INIT_002044 | XOOM_MIRKIN_033599 | XOOM_MIRKIN_048972 |
| XOOM_INIT_002045 | XOOM_MIRKIN_033601 | XOOM_MIRKIN_048974 |
| XOOM_INIT_002046 | XOOM_MIRKIN_033603 | XOOM_MIRKIN_048979 |
| XOOM_INIT_002047 | XOOM_MIRKIN_033605 | XOOM_MIRKIN_048982 |
| XOOM_INIT_002048 | XOOM_MIRKIN_033610 | XOOM_MIRKIN_048986 |
| XOOM_INIT_002049 | XOOM_MIRKIN_033613 | XOOM_MIRKIN_049235 |
| XOOM_INIT_002050 | XOOM_MIRKIN_033615 | XOOM_MIRKIN_049245 |
| XOOM_MIRKIN_005216 | XOOM_MIRKIN_033617 | XOOM_MIRKIN_049268 |
| XOOM_MIRKIN_005219 | XOOM_MIRKIN_033621 | XOOM_MIRKIN_049411 |
| XOOM_MIRKIN_005221 | XOOM_MIRKIN_033624 | XOOM_MIRKIN_049412 |
| XOOM_MIRKIN_005237 | XOOM_MIRKIN_033626 | XOOM_MIRKIN_050462 |
| XOOM_MIRKIN_005239 | XOOM_MIRKIN_033628 | XOOM_MIRKIN_050463 |
| XOOM_MIRKIN_005241 | XOOM_MIRKIN_033630 | XOOM_MIRKIN_050623 |
| XOOM_MIRKIN_005249 | XOOM_MIRKIN_033633 | XOOM_MIRKIN_050631 |
| XOOM_MIRKIN_005250 | XOOM_MIRKIN_033635 | XOOM_MIRKIN_050765 |
| XOOM_MIRKIN_005305 | XOOM_MIRKIN_033637 | XOOM_MIRKIN_050774 |
| XOOM_MIRKIN_005311 | XOOM_MIRKIN_033639 | XOOM_MIRKIN_050820 |
| XOOM_MIRKIN_005358 | XOOM_MIRKIN_033641 | XOOM_MIRKIN_050888 |
| XOOM_MIRKIN_005389 | XOOM_MIRKIN_033644 | XOOM_MIRKIN_050995 |
| XOOM_MIRKIN_005417 | XOOM_MIRKIN_033647 | XOOM_MIRKIN_050999 |
| XOOM_MIRKIN_005461 | XOOM_MIRKIN_033651 | XOOM_MIRKIN_051130 |
| XOOM_MIRKIN_005648 | XOOM_MIRKIN_033653 | XOOM_MIRKIN_051145 |
| XOOM_MIRKIN_005679 | XOOM_MIRKIN_033655 | XOOM_MIRKIN_051160 |
| XOOM_MIRKIN_005683 | XOOM_MIRKIN_033657 | XOOM_MIRKIN_051175 |
| XOOM_MIRKIN_005706 | XOOM_MIRKIN_033659 | XOOM_MIRKIN_051494 |

| | | |
|---|---|---|
| XOOM_MIRKIN_006501 | XOOM_MIRKIN_033662 | XOOM_MIRKIN_051496 |
| XOOM_MIRKIN_006618 | XOOM_MIRKIN_033664 | XOOM_MIRKIN_051501 |
| XOOM_MIRKIN_006663 | XOOM_MIRKIN_033667 | XOOM_MIRKIN_051513 |
| XOOM_MIRKIN_006678 | XOOM_MIRKIN_033670 | XOOM_MIRKIN_051532 |
| XOOM_MIRKIN_006820 | XOOM_MIRKIN_033674 | XOOM_MIRKIN_051548 |
| XOOM_MIRKIN_006833 | XOOM_MIRKIN_033676 | XOOM_MIRKIN_051565 |
| XOOM_MIRKIN_006862 | XOOM_MIRKIN_033679 | XOOM_MIRKIN_051581 |
| XOOM_MIRKIN_006872 | XOOM_MIRKIN_033682 | XOOM_MIRKIN_051712 |
| XOOM_MIRKIN_006929 | XOOM_MIRKIN_033687 | XOOM_MIRKIN_051722 |
| XOOM_MIRKIN_007004 | XOOM_MIRKIN_033689 | XOOM_MIRKIN_051733 |
| XOOM_MIRKIN_007014 | XOOM_MIRKIN_033692 | XOOM_MIRKIN_051748 |
| XOOM_MIRKIN_007039 | XOOM_MIRKIN_033694 | XOOM_MIRKIN_051764 |
| XOOM_MIRKIN_007041 | XOOM_MIRKIN_033697 | XOOM_MIRKIN_051785 |
| XOOM_MIRKIN_007241 | XOOM_MIRKIN_033700 | XOOM_MIRKIN_051799 |
| XOOM_MIRKIN_007279 | XOOM_MIRKIN_033702 | XOOM_MIRKIN_051819 |
| XOOM_MIRKIN_007282 | XOOM_MIRKIN_033707 | XOOM_MIRKIN_051840 |
| XOOM_MIRKIN_007310 | XOOM_MIRKIN_033710 | XOOM_MIRKIN_051999 |
| XOOM_MIRKIN_007510 | XOOM_MIRKIN_033713 | XOOM_MIRKIN_052014 |
| XOOM_MIRKIN_007520 | XOOM_MIRKIN_033715 | XOOM_MIRKIN_052070 |
| XOOM_MIRKIN_007525 | XOOM_MIRKIN_033719 | XOOM_MIRKIN_052088 |
| XOOM_MIRKIN_007582 | XOOM_MIRKIN_033722 | XOOM_MIRKIN_052095 |
| XOOM_MIRKIN_007613 | XOOM_MIRKIN_033727 | XOOM_MIRKIN_052105 |
| XOOM_MIRKIN_007645 | XOOM_MIRKIN_033730 | XOOM_MIRKIN_052120 |
| XOOM_MIRKIN_007722 | XOOM_MIRKIN_033732 | XOOM_MIRKIN_052139 |
| XOOM_MIRKIN_007750 | XOOM_MIRKIN_033733 | XOOM_MIRKIN_052154 |
| XOOM_MIRKIN_007755 | XOOM_MIRKIN_033736 | XOOM_MIRKIN_052235 |
| XOOM_MIRKIN_007865 | XOOM_MIRKIN_033738 | XOOM_MIRKIN_052378 |
| XOOM_MIRKIN_007878 | XOOM_MIRKIN_033741 | XOOM_MIRKIN_052400 |
| XOOM_MIRKIN_007912 | XOOM_MIRKIN_033743 | XOOM_MIRKIN_052462 |
| XOOM_MIRKIN_007923 | XOOM_MIRKIN_033745 | XOOM_MIRKIN_052479 |
| XOOM_MIRKIN_007967 | XOOM_MIRKIN_033747 | XOOM_MIRKIN_052537 |
| XOOM_MIRKIN_008150 | XOOM_MIRKIN_033748 | XOOM_MIRKIN_052553 |
| XOOM_MIRKIN_008172 | XOOM_MIRKIN_033750 | XOOM_MIRKIN_052569 |
| XOOM_MIRKIN_008297 | XOOM_MIRKIN_033753 | XOOM_MIRKIN_052585 |
| XOOM_MIRKIN_008344 | XOOM_MIRKIN_033755 | XOOM_MIRKIN_052692 |
| XOOM_MIRKIN_008352 | XOOM_MIRKIN_033756 | XOOM_MIRKIN_052720 |
| XOOM_MIRKIN_008427 | XOOM_MIRKIN_033758 | XOOM_MIRKIN_052735 |
| XOOM_MIRKIN_008474 | XOOM_MIRKIN_033760 | XOOM_MIRKIN_052777 |
| XOOM_MIRKIN_008798 | XOOM_MIRKIN_033761 | XOOM_MIRKIN_052870 |
| XOOM_MIRKIN_008799 | XOOM_MIRKIN_033762 | XOOM_MIRKIN_052872 |
| XOOM_MIRKIN_008805 | XOOM_MIRKIN_033764 | XOOM_MIRKIN_053764 |
| XOOM_MIRKIN_008806 | XOOM_MIRKIN_033767 | XOOM_MIRKIN_061098 |
| XOOM_MIRKIN_008808 | XOOM_MIRKIN_033769 | XOOM_MIRKIN_062075 |
| XOOM_MIRKIN_008809 | XOOM_MIRKIN_033770 | XOOM_MIRKIN_062104 |
| XOOM_MIRKIN_008811 | XOOM_MIRKIN_033773 | XOOM_MIRKIN_062106 |

| | | |
|---|---|---|
| XOOM_MIRKIN_009069 | XOOM_MIRKIN_033775 | XOOM_MIRKIN_062171 |
| XOOM_MIRKIN_009147 | XOOM_MIRKIN_033778 | XOOM_MIRKIN_062186 |
| XOOM_MIRKIN_009148 | XOOM_MIRKIN_033780 | XOOM_MIRKIN_062263 |
| XOOM_MIRKIN_009149 | XOOM_MIRKIN_033781 | XOOM_MIRKIN_062288 |
| XOOM_MIRKIN_009150 | XOOM_MIRKIN_033783 | XOOM_MIRKIN_062305 |
| XOOM_MIRKIN_009151 | XOOM_MIRKIN_033785 | XOOM_MIRKIN_062313 |
| XOOM_MIRKIN_009152 | XOOM_MIRKIN_033792 | XOOM_MIRKIN_062341 |
| XOOM_MIRKIN_009153 | XOOM_MIRKIN_033793 | XOOM_MIRKIN_062345 |
| XOOM_MIRKIN_009154 | XOOM_MIRKIN_033797 | XOOM_MIRKIN_062447 |
| XOOM_MIRKIN_009155 | XOOM_MIRKIN_033799 | XOOM_MIRKIN_062463 |
| XOOM_MIRKIN_009156 | XOOM_MIRKIN_033801 | XOOM_MIRKIN_062605 |
| XOOM_MIRKIN_009157 | XOOM_MIRKIN_033804 | XOOM_MIRKIN_062606 |
| XOOM_MIRKIN_009158 | XOOM_MIRKIN_033811 | XOOM_MIRKIN_062625 |
| XOOM_MIRKIN_009159 | XOOM_MIRKIN_033812 | XOOM_MIRKIN_062626 |
| XOOM_MIRKIN_009160 | XOOM_MIRKIN_033813 | XOOM_MIRKIN_062678 |
| XOOM_MIRKIN_009161 | XOOM_MIRKIN_033814 | XOOM_MIRKIN_062679 |
| XOOM_MIRKIN_009162 | XOOM_MIRKIN_033818 | XOOM_MIRKIN_062680 |
| XOOM_MIRKIN_009163 | XOOM_MIRKIN_033825 | XOOM_MIRKIN_062681 |
| XOOM_MIRKIN_009164 | XOOM_MIRKIN_033828 | XOOM_MIRKIN_062682 |
| XOOM_MIRKIN_009165 | XOOM_MIRKIN_033832 | XOOM_MIRKIN_062683 |
| XOOM_MIRKIN_009166 | XOOM_MIRKIN_033837 | XOOM_MIRKIN_062684 |
| XOOM_MIRKIN_009167 | XOOM_MIRKIN_033840 | XOOM_MIRKIN_062688 |
| XOOM_MIRKIN_009168 | XOOM_MIRKIN_033841 | XOOM_MIRKIN_062695 |
| XOOM_MIRKIN_009169 | XOOM_MIRKIN_033844 | XOOM_MIRKIN_062710 |
| XOOM_MIRKIN_009170 | XOOM_MIRKIN_033848 | XOOM_MIRKIN_063267 |
| XOOM_MIRKIN_009171 | XOOM_MIRKIN_033850 | XOOM_MIRKIN_063381 |
| XOOM_MIRKIN_009172 | XOOM_MIRKIN_033853 | XOOM_MIRKIN_063566 |
| XOOM_MIRKIN_009173 | XOOM_MIRKIN_033856 | XOOM_MIRKIN_063994 |
| XOOM_MIRKIN_009174 | XOOM_MIRKIN_033858 | XOOM_MIRKIN_064114 |
| XOOM_MIRKIN_009175 | XOOM_MIRKIN_033859 | XOOM_MIRKIN_064150 |
| XOOM_MIRKIN_009176 | XOOM_MIRKIN_033860 | XOOM_MIRKIN_064421 |
| XOOM_MIRKIN_009177 | XOOM_MIRKIN_033861 | XOOM_MIRKIN_064807 |
| XOOM_MIRKIN_009178 | XOOM_MIRKIN_033864 | XOOM_MIRKIN_064956 |
| XOOM_MIRKIN_009179 | XOOM_MIRKIN_033867 | XOOM_MIRKIN_064980 |
| XOOM_MIRKIN_009180 | XOOM_MIRKIN_033869 | XOOM_MIRKIN_065114 |
| XOOM_MIRKIN_009181 | XOOM_MIRKIN_033870 | XOOM_MIRKIN_065172 |
| XOOM_MIRKIN_009182 | XOOM_MIRKIN_033875 | XOOM_MIRKIN_065240 |
| XOOM_MIRKIN_009183 | XOOM_MIRKIN_033877 | XOOM_MIRKIN_065242 |
| XOOM_MIRKIN_009184 | XOOM_MIRKIN_033879 | XOOM_MIRKIN_065652 |
| XOOM_MIRKIN_009185 | XOOM_MIRKIN_033880 | XOOM_MIRKIN_066063 |
| XOOM_MIRKIN_009186 | XOOM_MIRKIN_033881 | XOOM_MIRKIN_066858 |
| XOOM_MIRKIN_009187 | XOOM_MIRKIN_033887 | XOOM_MIRKIN_067107 |
| XOOM_MIRKIN_009188 | XOOM_MIRKIN_033889 | XOOM_MIRKIN_067186 |
| XOOM_MIRKIN_009189 | XOOM_MIRKIN_033892 | XOOM_MIRKIN_067808 |
| XOOM_MIRKIN_009190 | XOOM_MIRKIN_033894 | XOOM_MIRKIN_067811 |

| | | |
|---|---|---|
| XOOM_MIRKIN_009191 | XOOM_MIRKIN_033895 | XOOM_MIRKIN_067865 |
| XOOM_MIRKIN_009192 | XOOM_MIRKIN_033898 | XOOM_MIRKIN_067890 |
| XOOM_MIRKIN_009193 | XOOM_MIRKIN_033900 | XOOM_MIRKIN_068920 |
| XOOM_MIRKIN_009194 | XOOM_MIRKIN_033902 | XOOM_MIRKIN_068921 |
| XOOM_MIRKIN_009195 | XOOM_MIRKIN_033904 | XOOM_MIRKIN_068946 |
| XOOM_MIRKIN_009196 | XOOM_MIRKIN_033905 | XOOM_MIRKIN_069060 |
| XOOM_MIRKIN_009197 | XOOM_MIRKIN_033906 | XOOM_MIRKIN_069118 |
| XOOM_MIRKIN_009198 | XOOM_MIRKIN_033908 | XOOM_MIRKIN_069146 |
| XOOM_MIRKIN_009199 | XOOM_MIRKIN_033912 | XOOM_MIRKIN_069304 |
| XOOM_MIRKIN_009200 | XOOM_MIRKIN_033913 | XOOM_MIRKIN_069386 |
| XOOM_MIRKIN_009201 | XOOM_MIRKIN_033916 | XOOM_MIRKIN_069413 |
| XOOM_MIRKIN_009202 | XOOM_MIRKIN_033918 | XOOM_MIRKIN_069479 |
| XOOM_MIRKIN_009203 | XOOM_MIRKIN_033921 | XOOM_MIRKIN_069603 |
| XOOM_MIRKIN_009204 | XOOM_MIRKIN_033923 | XOOM_MIRKIN_069707 |
| XOOM_MIRKIN_009205 | XOOM_MIRKIN_033924 | XOOM_MIRKIN_069779 |
| XOOM_MIRKIN_009206 | XOOM_MIRKIN_033930 | XOOM_MIRKIN_069818 |
| XOOM_MIRKIN_009207 | XOOM_MIRKIN_033932 | XOOM_MIRKIN_069870 |
| XOOM_MIRKIN_009208 | XOOM_MIRKIN_033934 | XOOM_MIRKIN_070027 |
| XOOM_MIRKIN_009209 | XOOM_MIRKIN_033936 | XOOM_MIRKIN_070120 |
| XOOM_MIRKIN_009210 | XOOM_MIRKIN_033938 | XOOM_MIRKIN_070208 |
| XOOM_MIRKIN_009211 | XOOM_MIRKIN_033941 | XOOM_MIRKIN_070359 |
| XOOM_MIRKIN_009212 | XOOM_MIRKIN_033943 | XOOM_MIRKIN_070412 |
| XOOM_MIRKIN_009286 | XOOM_MIRKIN_033944 | XOOM_MIRKIN_070490 |
| XOOM_MIRKIN_009291 | XOOM_MIRKIN_033947 | XOOM_MIRKIN_070562 |
| XOOM_MIRKIN_009399 | XOOM_MIRKIN_033949 | XOOM_MIRKIN_070633 |
| XOOM_MIRKIN_009401 | XOOM_MIRKIN_033950 | XOOM_MIRKIN_070675 |
| XOOM_MIRKIN_009403 | XOOM_MIRKIN_033953 | XOOM_MIRKIN_070739 |
| XOOM_MIRKIN_009520 | XOOM_MIRKIN_033955 | XOOM_MIRKIN_070813 |
| XOOM_MIRKIN_009528 | XOOM_MIRKIN_033956 | XOOM_MIRKIN_070881 |
| XOOM_MIRKIN_009536 | XOOM_MIRKIN_033959 | XOOM_MIRKIN_070903 |
| XOOM_MIRKIN_009567 | XOOM_MIRKIN_033962 | XOOM_MIRKIN_070944 |
| XOOM_MIRKIN_009585 | XOOM_MIRKIN_033965 | XOOM_MIRKIN_071322 |
| XOOM_MIRKIN_009589 | XOOM_MIRKIN_033967 | XOOM_MIRKIN_071341 |
| XOOM_MIRKIN_009591 | XOOM_MIRKIN_033970 | XOOM_MIRKIN_073041 |
| XOOM_MIRKIN_009720 | XOOM_MIRKIN_033971 | XOOM_MIRKIN_073063 |
| XOOM_MIRKIN_009763 | XOOM_MIRKIN_033974 | XOOM_MIRKIN_073086 |
| XOOM_MIRKIN_009802 | XOOM_MIRKIN_033976 | XOOM_MIRKIN_073095 |
| XOOM_MIRKIN_009820 | XOOM_MIRKIN_033979 | XOOM_MIRKIN_073098 |
| XOOM_MIRKIN_009822 | XOOM_MIRKIN_033983 | XOOM_MIRKIN_073185 |
| XOOM_MIRKIN_009824 | XOOM_MIRKIN_033985 | XOOM_MIRKIN_073186 |
| XOOM_MIRKIN_009832 | XOOM_MIRKIN_033987 | XOOM_MIRKIN_073187 |
| XOOM_MIRKIN_009871 | XOOM_MIRKIN_033991 | XOOM_MIRKIN_073188 |
| XOOM_MIRKIN_009907 | XOOM_MIRKIN_033994 | XOOM_MIRKIN_073189 |
| XOOM_MIRKIN_009915 | XOOM_MIRKIN_033995 | XOOM_MIRKIN_073190 |
| XOOM_MIRKIN_009918 | XOOM_MIRKIN_033997 | XOOM_MIRKIN_073191 |

| | | |
|---|---|---|
| XOOM_MIRKIN_009951 | XOOM_MIRKIN_033998 | XOOM_MIRKIN_073216 |
| XOOM_MIRKIN_010007 | XOOM_MIRKIN_033999 | XOOM_MIRKIN_074113 |
| XOOM_MIRKIN_010192 | XOOM_MIRKIN_034003 | XOOM_MIRKIN_074128 |
| XOOM_MIRKIN_010298 | XOOM_MIRKIN_034006 | XOOM_MIRKIN_INT_000014 |
| XOOM_MIRKIN_010346 | XOOM_MIRKIN_034009 | |