# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSANNA MIRKIN and BORIS MIRKIN, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>v.<br><br>XOOM ENERGY, LLC and XOOM ENERGY NEW YORK, LLC,<br><br>            Defendants. | No. 18 Civ. 2949 (ARR) (JAM) |

## MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 1.4 and upon the accompanying Declaration of James M. Chambers, I hereby move this Court to withdraw my appearance for Defendants XOOM Energy, LLC and XOOM Energy New York, LLC and to remove my name from the ECF service lists in the above-captioned action.

Dated: May 30, 2024

McDOWELL HETHERINGTON LLP

*/s/ James M. Chambers*
Michael D. Matthews, Jr.
Diane S. Wizig (admitted *pro hac vice*)
James M. Chambers (admitted *pro hac vice*)
David L. Villarreal (admitted *pro hac vice*)
Netra Sreeprakash
Justin Chapa (*pro hac* forthcoming)
1001 Fannin Street, Suite 2400
Houston, Texas 77002
Telephone: (713) 337-5580
Facsimile: (713) 337-8850
matt.matthews@mhllp.com
diane.wizig@mhllp.com
james.chambers@mhllp.com
david.villarreal@mhllp.com
netra.sreeprakash@mhllp.com

justin.chapa@mhllp.com

*Attorneys for Defendants XOOM Energy, LLC and XOOM Energy New York, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that a true and correct copy of the foregoing has been served on the 30th day of May, 2024 via email on all counsel of record.

/s/ *James M. Chambers*
James M. Chambers