**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SUSANNA MIRKIN and BORIS MIRKIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiffs,<br><br>v.<br><br>XOOM ENERGY, LLC and XOOM ENERGY NEW YORK, LLC,<br><br>                    Defendants. | No. 18 Civ. 2949 (ARR) (JAM) |

## DECLARATION OF JAMES M. CHAMBERS

James M. Chambers, pursuant to 28 U.S.C. § 1746, declares as follows:

1.  I submit this declaration in compliance with Local Civil Rule 1.4 to notify the Court that I am withdrawing as counsel because I have left the employment of McDowell Hetherington LLP.

2. My withdrawal will not delay the matter or prejudice any party, and I am not retaining or charging a lien.

3. McDowell Hetherington LLP will continue to represent Defendants XOOM Energy, LLC and XOOM Energy New York, LLC in this matter.

4. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.


Dated: May 30, 2024                    By:  */s/ James M. Chambers*
                                            James M. Chambers