# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSANNA MIRKIN, Individually and on Behalf of All Others Similarly Situated<br><br>Plaintiff,<br><br>v.<br><br>XOOM ENERGY, LLC and XOOM ENERGY NEW YORK, LLC,<br><br>Defendants. | Case No.: 18 Civ. 2949 (ARR) (JAM) |

### DECLARATION OF ETHAN D. ROMAN IN SUPPORT OF PLAINTIFF SUSANNA MIRKIN AND THE CERTIFIED CLASS'S MOTION *IN LIMINE* TO EXCLUDE THE TESTIMONY OF DAVID COLEMAN

Ethan D. Roman, an attorney duly admitted to practice before the Eastern District of New York, declares the following under penalty of perjury and pursuant to 28 U.S.C. § 1746:

1. My firm, Wittels McInturff Palikovic, is Class Counsel for Plaintiff Susanna Mirkin and the Class. Based on my active participation in all material aspects of the prosecution of this class action against Defendants XOOM Energy, LLC and XOOM Energy New York, LLC (together, "Defendants" or "XOOM"), I have personal knowledge of the matters set forth herein.

2. I make this Declaration in Support of Plaintiff Susanna Mirkin and the Certified Class's Motion *in Limine* to Exclude the Testimony of David Coleman and to authenticate the attached exhibits referenced in the accompanying motion.

### I. Authenticating Documents

3. Attached hereto as **Exhibit A** is a true and correct copy of the Amended Expert Report of David Coleman, dated October 31, 2022.

4. Attached hereto as **Exhibit B** is a true and correct copy of excerpts from the deposition of David Coleman, dated November 16, 2022, pp. 1, 18–20, 31–32, 34–38, 41–42, 50–51, 55–56, 66, 80–81, 86–89, 95–96, 99–100, 111.

5. Attached hereto as **Exhibit C** is a true and correct copy of the Rebuttal Report of David Coleman, dated November 4, 2022.

Dated: New York, New York
       May 20, 2024

                                                          Respectfully submitted,

                                                         /s/ Ethan D. Roman
                                                          Ethan D. Roman

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 20, 2024, the foregoing was served via email on all counsel of record.

                                                  By:    /s/ Ethan D. Roman
                                                                 Ethan D. Roman