**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SUSANNA MIRKIN and BORIS MIRKIN, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiffs,<br><br>v.<br><br>XOOM ENERGY, LLC and XOOM ENERGY NEW YORK, LLC,<br><br>            Defendants. | No. 18 Civ. 2949 (ARR) (JAM) |

**DECLARATION OF MICHAEL D. MATTHEWS, JR. IN SUPPORT OF XOOM'S OPPOSITION TO PLAINTIFF'S MOTION *IN LIMINE*
TO EXCLUDE THE TESTIMONY OF DAVID COLEMAN**

Michael D. Matthews, Jr., under penalty of perjury, declares as follows:

I am a partner of the law firm McDowell Hetherington LLP, attorneys for Defendants XOOM Energy, LLC and XOOM Energy New York, LLC. I submit this Declaration in support of XOOM'S Opposition to Plaintiff's Motion *in Limine* to Exclude the Testimony of David Coleman.

1.    Annexed hereto as **Exhibit A-1** is a true and correct copy of the Expert Report of David Coleman updated on October 31, 2022.

2.    Annexed hereto as **Exhibit A-2** is a true and correct copy of the Rebuttal Expert Report of David Coleman dated November 4, 2022.

3.    Annexed hereto as **Exhibit A-3** is a true and correct copy of relevant excerpts from the deposition of David Coleman dated November 16, 2022.

4.    Annexed hereto as **Exhibit A-4** is a true and correct copy of the Expert Report of Derya Eryilmaz and Seabron Adamson dated October 3, 2022, without attachments.

1

5.      Annexed hereto as **<u>Exhibit A-5</u>** is a true and correct copy of the Amended Expert Report of Seabron Adamson dated May 10, 2024, without attachments.

6.      Annexed hereto as **<u>Exhibit A-6</u>** is a true and correct copy of relevant excerpts from the deposition of Seabron Adamson dated November 8, 2022.

7.      Annexed hereto as **<u>Exhibit A-7</u>** is a true and correct copy of relevant excerpts from the deposition of Derya Eryilmaz dated November 15, 2022.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 10, 2024.

_____
Michael D. Matthews, Jr., Esq.