# Exhibit A-8
# Filed Under Seal