UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSANNA MIRKIN and BORIS MIRKIN, Individually and on Behalf of All Others Similarly Situated,<br><br>       Plaintiffs,<br><br>v.<br><br>XOOM ENERGY, LLC and XOOM ENERGY NEW YORK, LLC,<br><br>       Defendants. | No. 18 Civ. 2949 (ARR) (JAM) |

**REPLY DECLARATION OF MICHAEL D. MATTHEWS, JR.
IN FURTHER SUPPORT OF XOOM'S MOTIONS *IN LIMINE***

Michael D. Matthews, Jr., under penalty of perjury, declares as follows:

  I am a partner of the law firm McDowell Hetherington LLP, attorneys for Defendants XOOM Energy, LLC and XOOM Energy New York, LLC. I submit this Reply Declaration in further support of XOOM's Motions *in Limine*.

  1.  Annexed hereto as **Exhibit 8** is a true and correct copy of a transcript of the recording of the November 6, 2019, oral argument before the Second Circuit in *Mirkin v. XOOM Energy, LLC*, 931 F.3d 173 (2d Cir. 2019). The recording is available at https://www.ca2.uscourts.gov/oral_arguments.html (search for "Mirkin").

  2.  Annexed hereto as **Exhibit 9** is a true and correct copy of relevant excerpts from the November 8, 2022, deposition of Seabron Adamson.

  3.  Annexed hereto as **Exhibit 10** is a true and correct copy of relevant excerpts from the July 22, 2022, deposition of Ryan Park.

1

4.	Annexed hereto as **Exhibit 11** is a true and correct copy of relevant excerpts from the July 27, 2022, deposition of Jason Loehde.

5.	Annexed hereto as **Exhibit 12** is a true and correct copy of the March 1, 2024, Declaration of Jason Loehde, without exhibits.

6.	Annexed hereto as **Exhibit 13** is a true and correct copy of relevant excerpts from the May 11, 2022, deposition of Andrew Coppola.

7.	Annexed hereto as **Exhibit 14** is a true and correct copy of XOOM's Interrogatory Responses dated September 30, 2020.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 1, 2024.

_____
Michael D. Matthews, Jr., Esq.