# Reply Exhibit E

Document Filed Under Seal