# Reply Exhibit F

Document Filed Under Seal