Reply Exhibit G

**conEdison**   **Working for you 24/7**

**Amount Due $581.14**
**Pay By 01/06/20**

**Your account number:**
**Service delivered to:**
**Your electric rate:** EL1 Residential or Religious

**Next meter reading date: Thursday, Jan 9, 2020**
Avoid estimated bills - please give us access to read your meter.

## Your billing summary as of Dec 11, 2019

**Your previous charges and payments**

| | |
|---|---:|
| Total charges from your last bill | $309.85 |
| Payments through Dec 9, thank you | -$309.85 |
| **Remaining balance** | **None** |

**Your new charges** - details start on page 2
Billing period: Nov 06, 2019 to Dec 10, 2019

| | |
|---|---:|
| Esco electricity supply charges - for 34 days | $285.42 |
| Con Edison electricity charges | $295.72 |
| **Total new charges** | **$581.14** |
| **Total amount due** | **$581.14** |

Payment is due upon receipt of this bill. To avoid a late payment charge of 1.5%, please pay the total amount due by **Jan 6, 2020.**

**Message Center**

📌 **THE LEVEL PAYMENT PLAN MAY HELP YOU**
Pay the exact LEVEL PAYMENT AMOUNT of $470.00 this month instead of your TOTAL AMOUNT DUE. If we receive your payment by JAN 06, 1920, we will automatically enroll you in our Level Payment Plan and even out your payments. There is no need to call.

📌 **NOTIFICATIONS**
**Join our Direct Payment Plan (DPP).** Just place an 'X' in the DPP enrollment box on your payment slip when you mail back your payment by check. We'll use your banking information to enroll you in the plan. Then, each month, after you've had time to review your bill, we will automatically deduct your Con Edison bill payment from your checking account. Join Now.

**THIS BILL IS FOR A LONGER PERIOD**
Because of all the holidays in November and December, we made some changes to our meter reading schedules. This bill covers service used for 34 days. Your usual Con Edison bill period averages between 28 and 33 days. Be assured that you are only charged for the usage recorded on your meter.

📌 **Con Edison's offices will be closed, Wednesday, December 25, and Wednesday, January 01, in observance of Christmas and New Year's.** In the event of an emergency, our call center is available 24 hours a day, every day, including the holidays. However, we will experience very high call volumes on Thursday, December 26, and Thursday, January 02. You can avoid an extended wait by not calling on those days.

**Messages continued on page 4.**

**Contact us** 24 hours a day, 7 days a week

| | | | |
|---|---|---|---|
| 💻 | To report a service problem, call 1-800-75-CONED (1-800-752-6633) or visit **conEd.com** | | Self-Service **conEd.com** |
| | | 💲 | For payments, visit **conEd.com** or call **1-888-925-5016** |
| ✉ | Con Edison Cooper Station P.O. Box 138 New York, NY 10276-0138 | 📞 | For other information, call 1-212-243-1900 or 1-800-75-CONED (1-800-752-6633) |

Page **1** of 4

---

Tear or Cut here


**conEdison**

**Payment slip**
Please make checks payable to Con Edison.

To avoid a late payment charge of 1.5%, please pay the total amount due by **Jan 6, 2020.**

**Your account number:**
**Total amount due: $581.14**

Amount enclosed:


BROOKLYN NY

JAF STATION
P.O. BOX 1702
NEW YORK, NY 10116-1702

☐ Mark X to enroll in DPP



M97
0020567



Name: ███████████  Account number: ███████████   Billing period ending: Dec 10, 2019

Page **2** of 4

## Your electricity charges

These charges are for the electricity you used (supply) and getting that electricity to you (delivery). Rates are based on a 30 day period. When your billing period is more or less than 30 days, we prorate your bill accordingly.

**Electricity you used during this 34 day billing period from Nov 06, 2019 to Dec 10, 2019**
**Rate:** EL1 Residential or Religious      **Meter#** ███████

We measure your electricity by how many kilowatt hours (kWh) you use. One kWh will light a 100 watt bulb for 10 hours. The meter multiplier is the factor by which the meter reading difference is multiplied to determine your usage.

| | |
|---|---|
| Dec 10, 19 customer reading | 2585 |
| Nov 06, 19 customer reading | -2394 |
| Reading difference | 191 |
| Meter multiplier | X10 |
| **Your electricity use** | **1,910 kWh** |

▶**Your supply charges**
Your electricity is supplied by XOOM ENERGY NEW YORK LLC. Your supply charges appear on page 3.

▶**Your delivery charges**

**Basic service charge** — $17.86
Charge for basic system infrastructure and customer-related services, including customer accounting, and metering services.

**Delivery 1,910 kWh @13.2581¢/kWh** — $253.23
Charge for maintaining the system through which Con Edison delivers electricity to you.

**System Benefit Charge @0.6801¢/kWh** — $12.99
The System Benefits Charge recovers costs associated with clean energy activities conducted by the New York State Energy Research and Development Authority (NYSERDA) and energy efficiency programs implemented by the Company.

**Tax Sur-Credit @-0.7502¢/kWh** — -$14.33
Credit reflecting the tax savings related to the Tax Cuts and Jobs Act of 2017.

**GRT & other tax surcharges** — $13.24
Taxes on Con Edison gross receipts from sales of utility services and other tax surcharges.

Sales tax @4.5000%      $12.73
Tax collected on behalf of New York City.
**Total delivery charges**      **$295.72**

▶▶ **Con Edison electric charges**      **$295.72**



Your average daily electricity use

### Ways To Pay Your Bill

**1. Direct Payment** — Pay your bill automatically from your checking or savings account at no charge. Enroll at conEd.com/myaccount or call **1-212-243-1900**.

**2. Internet** — Pay online at **conEd.com/myaccount**. There is no fee for payments from a checking or savings account, but our payment agent charges a small fee for debit/credit card transactions.

**3. Phone** — Pay by phone at **1-888-925-5016**. There is no fee for payments from a checking or savings account, but our payment agent charges a small fee for debit/credit card transactions.

**4. In-Person Authorized Payment Agents** — Visit **conEd.com/paymentagents** or call **1-212-243-1900** for the nearest agents in your area.
Our walk-in centers are open Monday to Friday, 8:30 a.m. to 5 p.m.

**Manhattan** - 122 East 124th Street
**Queens** - @National Grid - 89-67 162nd Street
**Staten Island** - 1140 Richmond Terrace (exact pay only)
**Bronx** - 1775 Grand Concourse
**Brooklyn** - @National Grid - 345 Jay Street
**Westchester** - @Food Bazaar - 1 Bogopa Plaza, Mt. Vernon

**5. Mail** — Make check or money order payable to Con Edison and mail it in the window envelope provided with your bill. Do not send cash.
**Mail to: Con Edison, JAF Station, PO Box 1702, New York, NY 10116-1702**
Check processing notice: When you provide a check as payment, you authorize us to either use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check. You will not receive your check back from your financial institution.
**Address Change?** — If you are moving or changing your mailing address, call **1-800-752-6633** and let us know.
For more information, call **1-800-75-CONED (1-800-752-6633)**.

# Your electricity supply detail

## Your electricity supplier

XOOM ENERGY NEW YORK LLC
11208 STATESVILLE ROA
SUITE 200
HUNTERSVILLE NC 28078
For information call:  1-888-997-8979

▶ **Your electricity supply charges**

34 day billing period from Nov 06, 2019 to Dec 10, 2019
kWh used 1910

| | |
|---|---|
| Customer charge | $0.00 |
| Supply cost @13.7251¢ per kWh | $262.15 |
| Sales tax  @8.8760% | $23.27 |
| **Total electricity supply charges** | **$285.42** |

## MESSAGES from your electricity ESCO

NEW!  Login to My Account at coned.com for a new ESCO bill comparison tool!

## Message Center (Continued from page 1)

📌 **YOUR DOLLAR FOR ENERGYSHARE CAN MAKE A DIFFERENCE**
If you pay the total amount of this bill and exactly $1.00 more, that dollar will go into the EnergyShare fund sponsored by Con Edison. And, Con Edison matches each contribution. EnergyShare helps eligible residential customers who are struggling to pay their bills with one-time grants of up to $200.

📌 **VISIT MY ENERGY CALCULATOR**
Visit www.coned.com/customercentral and select My Energy Calculator. Then, use the calculators to estimate your savings when you "go green" and conserve energy.