Exhibit C

Reply Declaration
of Diane S. Wizig
FILED UNDER SEAL