UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSANNA MIRKIN,<br>Individually and on Behalf of All Others<br>Similarly Situated,<br><br>                              Plaintiffs,<br><br>v.<br><br>XOOM ENERGY, LLC and<br>XOOM ENERGY NEW YORK, LLC<br><br>                              Defendants. | Case No. 1:18-cv-02949-ARR-JAM<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Netra Sreeprakash, of the law firm McDowell Hetherington LLP, is appearing in this action as counsel for Defendants XOOM Energy, LLC and XOOM Energy New York, LLC, and certifies that she is admitted to practice in this Court. Please take further notice that all papers and correspondence in this proceeding should be directed to the undersigned counsel at the address and email address below.

        Netra Sreeprakash
        MCDOWELL HETHERINGTON LLP
        1001 Fannin, Suite 2400
        Houston, Texas 77002
        T: 713.221.3841
        F: 713.337.8850
        netra.sreeprakash@mhllp.com

Dated: New York, New York
       August 16, 2024

                                                        MCDOWELL HETHERINGTON LLP
                                                        */s/ Netra Sreeprakash*
                                                        Michael D. Matthews, Jr.
                                                        Diane S. Wizig (admitted pro hac vice)
                                                        David L. Villarreal (admitted pro hac vice)

Netra Sreeprakash
Justin R. Chapa (pro hac forthcoming)
McDowell Hetherington LLP
1001 Fannin Street, Suite 2400
Houston, Texas 77002
Telephone: (713) 337-5580
Facsimile: (713) 337-8850
matt.matthews@mhllp.com
diane.wizig@mhllp.com
david.villarreal@mhllp.com
netra.sreeprakash@mhllp.com
justin.chapa@mhllp.com

*Attorneys for Defendants XOOM Energy, LLC and XOOM Energy New York, LLC*