# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSANNA MIRKIN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>XOOM ENERGY, LLC and<br>XOOM ENERGY NEW YORK, LLC<br><br>Defendants. | Case No. 18 Civ. 2949 (ARR) (JAM)<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR RECONSIDERATION**<br><br>**ORAL ARGUMENT REQUESTED** |

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Civil Procedure 60(b) and Rule 6.3 of the Local Civil Rules for the United States District Courts for the Southern and Eastern Districts of New York, Plaintiff Susanna Mirkin and the Class ("Plaintiff"), by their undersigned attorneys, will move the Court before the Honorable Judge Allyne R. Ross, at the United States District Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, on such day and time as counsel may be heard, for an Order granting Plaintiff's Motion for Reconsideration of and Relief from the Court's September 11, 2024 Order (Dkt. No. 267).

In support of this Motion, Plaintiff relies on the accompanying Memorandum of Law. As outlined in the accompanying Memorandum, Plaintiff seeks the Court to reconsider its September 11, 2024 Order and permit Plaintiff to either: (1) correct the calculation error from Plaintiff's original expert report's Model 2 and update it to incorporate XOOM's supplemental Class data production and present it to the jury at trial; or (2) present Plaintiff's amended expert report's Model C to the jury at trial.

Dated: October 4, 2024
      New York, New York

Respectfully submitted,

/s/ Ethan D. Roman
Ethan D. Roman

**WITTELS MCINTURFF PALIKOVIC**
J. Burkett McInturff
Steven L. Wittels
305 B‌ROADWAY 7ᵀᴴ F‌LOOR
N‌EW Y‌ORK, N‌EW Y‌ORK 10007
Telephone: (914) 775-8862
Facsimile: (914) 775-8862
edr@wittelslaw.com
jbm@wittelslaw.com
slw@wittelslaw.com

*Class Counsel for Plaintiff and the Class*

Richard Dolan
Bradley D. Simon
**SCHLAM STONE & DOLAN LLP**
26 B‌ROADWAY
N‌EW Y‌ORK, N‌EW Y‌ORK 10004
Telephone: (212) 344-5400
Facsimile: (212) 344-7677
rdolan@schlamstone.com
bsimon@schlamstone.com

Andrey Belenky
**KHEYFITS BELENKY LLP**
1140 A‌VENUE OF THE A‌MERICAS, 9ᵀᴴ F‌LOOR
N‌EW Y‌ORK, NY 10036
Telephone: (212) 203-5399
Facsimile: (212) 203-6445
abelenky@kblit.com

*Co-Counsel for Plaintiff and the Class*

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2024, the foregoing was served via email on all counsel of record.

                                              By:    /s/ Ethan D. Roman
                                                                  Ethan D. Roman