# Wittels McInturff Palikovic

November 22, 2024

**Via ECF**
The Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:   *Mirkin v. XOOM Energy, LLC, et al.*, No. 18 Civ. 2949 (ARR) (JAM)

Dear Judge Ross:

Pursuant to Your Honor's Individual Rule III.D, Plaintiff respectfully requests oral argument on Plaintiff's Motion for Reconsideration of and Relief from the Court's September 11, 2024 Order (Dkt No. 267) and Briefing on Why This Case Can Proceed on a Classwide Basis. Dkt. No. 270. Oral argument is warranted given the importance of the issues and the detailed factual and procedural history underpinning the parties' briefs.

As always, we appreciate the Court's consideration and attention to this matter.

Respectfully submitted,

/s/ Ethan D. Roman
Ethan D. Roman

cc:   *All counsel of record (via ECF)*