

Diane S. Wizig
Partner
1001 Fannin Street, Suite 2400
Houston, TX 77002
Ph: 713.333.5889 // F: 713.337.8850
diane.wizig@mhllp.com

December 19, 2024

*Via CM/ECF*

The Honorable Allyne R. Ross
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Mirkin, et al. v. XOOM Energy, LLC, et al.*; No. 18 Civ. 2949 (ARR) (JAM)

Dear Judge Ross:

XOOM submits this letter to request a ten-day extension of its deadline to move for reconsideration of the Court's Order Denying Decertification, ECF No. 267, pursuant to Local Civil Rule 6.3 and Federal Rule 60(b) until January 10, 2025. Although Plaintiff does not believe reconsideration is warranted, she and the Class take no position XOOM's request to extend its deadline.

The requested extension is necessary for several reasons. First, undersigned counsel has only recently returned from maternity leave this week and is in the process of catching up on all matters requiring her immediate attention. Second, XOOM's lead counsel Matt Matthews has pre-planned international travel with his family that coincides with the current deadline. Third, the upcoming holidays will prevent counsel from devoting the time and resources necessary to its anticipated motion in the time allotted. Thus, XOOM's counsel will be unable to devote the time necessary to prepare its anticipated motion by the current deadline.

Given these factors, including the upcoming holidays, XOOM requests a ten-day extension of the deadline to file its anticipated motion for reconsideration from December 30, 2024 until January 10, 2025 to allow counsel sufficient time. We appreciate the Court's consideration of this request.

                                Respectfully submitted,

                                */s/ Diane S. Wizig*
                              Diane S. Wizig
                              **MCDOWELL HETHERINGTON LLP**
                              1001 Fannin Street, Suite 2400
                              Houston, Texas 77002
                              diane.wizig@mhllp.com

                              *Counsel for XOOM*