# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SUSANNA MIRKIN and BORIS MIRKIN, Individually and on Behalf of All Others Similarly Situated,<br><br>                  Plaintiffs,<br><br>v.<br><br>XOOM ENERGY, LLC and XOOM ENERGY NEW YORK, LLC,<br><br>                  Defendants. | No. 18 Civ. 2949 (ARR) (JAM)<br><br>**ORAL ARGUMENT REQUESTED** |

### NOTICE OF XOOM'S MOTION FOR RECONSIDERATION OF CONTINUED CLASS TREATMENT

**PLEASE TAKE NOTICE** that, upon Defendants' Memorandum of Law in Support of Motion For Reconsideration of Continued Class Treatment, Defendants XOOM Energy, LLC and XOOM Energy New York, LLC move the Court to reconsider its Order on Continued Class Treatment entered December 16, 2024, Doc. 276.

Dated: December 30, 2024

McDOWELL HETHERINGTON LLP

*/s/ Michael D. Matthews, Jr*
Michael D. Matthews, Jr.
Diane S. Wizig (admitted *pro hac vice*)
David L. Villarreal (admitted *pro hac vice*)
Netra Sreeprakash
Justin R. Chapa (*pro hac* forthcoming)
McDOWELL HETHERINGTON LLP
1001 Fannin Street, Suite 2400
Houston, Texas 77002
Telephone: (713) 337-5580
Facsimile: (713) 337-8850
matt.matthews@mhllp.com
diane.wizig@mhllp.com
david.villarreal@mhllp.com
netra.sreeprakash@mhllp.com

justin.chapa@mhllp.com

*Attorneys for Defendants XOOM Energy, LLC and XOOM Energy New York, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served on the 30th day of December, 2024, via CM/ECF on all counsel of record.

/s/*Michael D. Matthews, Jr.*
Michael D. Matthews, Jr.