**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SUSANNA MIRKIN, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> XOOM ENERGY, LLC and XOOM ENERGY NEW YORK, LLC, <br><br> Defendants. | Case No.: 1:18-cv-02949-ARR-JAM |

## NOTICE OF CHANGE OF CONTACT INFORMATION FOR ANDREY BELENKY

PLEASE TAKE NOTICE of the new contact information for Andrey Belenky, attorney of record for Plaintiff Susanna Mirkin and the Class:

    Andrey Belenky
    WITTELS MCINTURFF PALIKOVIC
    305 Broadway, 7th Floor
    New York, New York 10007
    Tel. 914-775-8862
    Fax. 914-775-8862
    E-mail: abelenky@wittelslaw.com
    Second e-mail: case@wittelslaw.com

Dated: New York, New York
       January 8, 2025

                        By:   /s/ Andrey Belenky
                                Andrey Belenky
                                WITTELS MCINTURFF PALIKOVIC
                                305 Broadway, 7th Floor
                                New York, New York 10007
                                Tel. 914-775-8862
                                Fax. 914-775-8862
                                E-mail: abelenky@wittelslaw.com

                                *Counsel for Plaintiff and the Class*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Notice was served via ECF on January 8, 2025 upon all counsel of record.

/s/ Andrey Belenky
Andrey Belenky