

**Wittels McInturff Palikovic**

March 13, 2025

<u>Via ECF</u>

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:**    *Mirkin, et al. v. XOOM Energy, LLC, et al.*, No. 18 Civ. 2949 (RPK) (JAM)

Dear Judge Kovner,

We write on behalf of Plaintiff and the Class pursuant to Your Honor's Individual Practice Rule I.F. to request a two-day extension of Plaintiff's deadline to serve Plaintiff's Response to XOOM's Second Submission Regarding Trial Exhibits (ECF No. 291, "Second Exhibits Submission"). XOOM consents to this request so long as it is given a commensurate two-day extension for Defendants' Reply in support of the Second Exhibits Submission.

The reason for this request is that due to multiple unanticipated absences at our firm, Plaintiff's counsel require additional time to adequately prepare our Response. The parties further agreed to a two-day extension for XOOM's Reply to accommodate the revised Response date.

Per Your Honor's Individual Practice Rule I.F.1, the current and requested new deadlines follow:

| Brief | Current Deadline | Requested New Deadline |
|---|---|---|
| Plaintiff's Response | March 19, 2025 | March 21, 2025 |
| Defendants' Reply | April 2, 2025 | April 4, 2025 |

This is the parties' first request to extend these deadlines and all parties consent. No other scheduled dates are affected.

Thank you for the Court's consideration of this request.

Respectfully Submitted

/s/ Ethan D. Roman
   Ethan D. Roman

*Class Counsel for Plaintiff and the Class*

cc: All Counsel of Record (*via ECF*)