

Diane S. Wizig
Partner
1001 Fannin Street, Suite 2400
Houston, TX 77002
Ph: 713.333.5889 // F: 713.337.8850
diane.wizig@mhllp.com

March 31, 2025

*Via CM/ECF*

The Honorable Rachel P. Kovner
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Mirkin, et al. v. XOOM Energy, LLC, et al.*; No. 18 Civ. 2949-RPK-JAM

Dear Judge Kovner:

XOOM submits this letter to request a one-week extension of its deadline to reply in support of its Second Exhibit Submission, ECF No. 291, until April 11, 2025. Plaintiff consents to this request.

The reason for this request is that counsel for XOOM are unexpectedly attending to family medical issues requiring their immediate attention for the remainder of this week. XOOM's counsel therefore require additional time to adequately prepare XOOM's reply in support of its Second Exhibits Submission.

XOOM previously sought and received a reciprocal two-day extension of its time to file this reply when Plaintiff sought a two-day extension of her time to respond. All parties consent to XOOM's request and no other scheduled dates are affected. XOOM's current deadline is April 4, 2025, and its new deadline would be April 11, 2025.

We appreciate the Court's consideration of this request.

                                           Respectfully submitted,

                                           */s/ Diane S. Wizig*
                                           Diane S. Wizig
                                           **MCDOWELL HETHERINGTON LLP**
                                           1001 Fannin Street, Suite 2400
                                           Houston, Texas 77002
                                           diane.wizig@mhllp.com

                                           *Counsel for XOOM*